**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central__ District of __California__
(State)

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Urban Commons LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   EIN __ __ - __ __ __ __ __ __ __

5. **Debtor's address**

   Principal place of business:

   10250 Constellation Blvd, Suite 1750
   Number    Street

   _____

   Los Angeles    CA    90067
   City           State  ZIP Code

   Los Angeles
   County

   Mailing address, if different:

   _____
   Number   Street

   P.O. Box _____

   _____
   City       State   ZIP Code

   Location of principal assets, if different from principal place of business:

   _____
   Number   Street

   _____
   City       State   ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **Urban Commons LLC**    Case number (if known) _____

6. Debtor's website (URL)    www.urban-commons.com

7. Type of debtor
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?
   - ☐ No
   - ☒ Yes. Debtor **Urban Commons Gramercy LLC**   Relationship **Subsidiary**
     District **Cal. Central**   Date filed **2/16/2021** (MM/DD/YYYY)   Case number, if known **21-11234-ER**

     Debtor _____   Relationship _____
     District _____   Date filed _____ (MM/DD/YYYY)   Case number, if known _____

## Part 3: Report About the Case

10. Venue

    *Check one:*
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession

12. Has there been a transfer of any claim against the debtor by or to any petitioner?
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: Urban Commons LLC

Case number (if known): _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Selbert Perkins Design, Inc. | Contract for services | $ 8,350 |
| Epic Entertainment Group LLC | Contract for services | $ 999,424 |
| InterCommunications Inc. | Contract for services | $ 16,897 |
| | Total of petitioners' claims | $ 1,024,671 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Selbert Perkins Design, Inc.
432 Culver Blvd.
Playa del Rey, CA 90293

Name and mailing address of petitioner's representative, if any
Robin Perkins, c/o Selbert Perkins Design, Inc.
432 Culver Blvd.
Playa del Rey, CA 90293

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 04/29/2021

**Attorneys**

Jeffrey Golden, Esq.
Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa
Contact phone: 714-966-1000  Email: jgolden@wgllp.com
Bar number: 133040
State: CA

Date signed: 4/29/21

Official Form 205 — Involuntary Petition Against a Non-Individual — page 3

Debtor  Urban Commons LLC
          Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name: Epic Entertainment Group LLC
Number Street: 207 East Broadway #302
City: Long Beach   State: CA   ZIP Code: 90802

**Name and mailing address of petitioner's representative, if any**

Name: Steve Sheldon
Number Street: 207 East Broadway #302
City: Long Beach   State: CA   ZIP Code: 90802

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/15/2021

X _____
Signature of petitioner or representative, including representative's title

Printed name: Jeffrey Golden, Esq.
Firm name, if any: Weiland Golden Goodrich LLP
Number Street: 650 Town Center Drive, Suite 600
City: Costa Mesa   State: CA   ZIP Code: 92626
Contact phone: 714-966-1000   Email: jgolden@wgllp.com
Bar number: 133040
State: CA

X _____
Signature of attorney
Date signed: 4/29/21

---

**Name and mailing address of petitioner**

Name: InterCommunications Inc.
Number Street: 1375 Dove Street, Suite 200
City: Newport Beach   State: CA   ZIP Code: 92660

**Name and mailing address of petitioner's representative, if any**

Name: Toni Alexander, President
Number Street: 1375 Dove Street, Suite 200
City: Newport Beach   State: CA   ZIP Code: 92660

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/14/21

X _____
Signature of petitioner or representative, including representative's title

Printed name: Jeffrey Golden, Esq.
Firm name, if any: Weiland Golden Goodrich LLP
Number Street: 650 Town Center Drive, Suite 600
City: Costa Mesa   State: CA   ZIP Code: 92626
Contact phone: 714-966-1000   Email: jgolden@wgllp.com
Bar number: 133040
State: CA

X _____
Signature of attorney
Date signed: 4/29/21