**Fill in this information to identify the case:**

Debtor name    **Urban Commons, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:21-bk-13523 ER**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 11, 2021**    X   **See Declaration of Carolyn A. Dye attached at the end of these schedules**
                                             Signature of individual signing on behalf of debtor

                                             **Carolyn A. Dye, Chapter 7 Trustee**
                                             Printed name

                                             **Chapter 7 Trustee**
                                             Position or relationship to debtor

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **2:21-bk-11234-ER Urban Commons Gramercy, LLC**
    **Case type: bk Chapter: 11 Asset: Yes Vol: v Judge: Ernest M. Robles**
    **Date filed: 02/16/2021**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles**                               , California.

Date:        **November 11, 2021**

**See Declaration of Carolyn A. Dye attached at the end of these schedules**

**Carolyn A. Dye, Chapter 7 Trustee**
Signature of Debtor 1

_____

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*              **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name **Urban Commons, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:21-bk-13523 ER**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................    $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................    $ 120,602.37

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................    $ 120,602.37

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ 3,137.50

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ 44,427,524.12

4. **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b    $ 44,430,661.62

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Urban Commons, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**2:21-bk-13523 ER**__

☐ Check if this is an
    amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | CTBC Bank | Checking | 9928 | $99,966.47 |
| 3.2. | EastWest Bank | Checking | 1231 | $205.14 |
| 3.3. | EastWest Bank | Checking Accounnt | 1478 | $430.76 |
| 3.4. | Bank of America, N.A. | Checking | 8928 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $100,602.37 |
|---|

**Part 2:**     **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Urban Commons, LLC** | Case number *(If known)* **2:21-bk-13523 ER** |
|---|---|---|
| | Name | |

---

**Part 3:**     **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:       % of ownership | | |
| | **The Trustee is informed and believes that these entites are all wholly owned subsidiaries of the Debtor.  The Trustee is further informed and believes that these entities own no assets of value.  However, the Trustee continues to investigate the prepetition business activities of these entities.** | | |
| | **1. EHT Asset Management, LLC**<br>**2. EHT CPDCT, LLC**<br>**3. EHT ESAN, LLC**<br>**4. EHT ESPD, LLC**<br>**5. EHT FP5J, LLC**<br>**6. EHT HIA, LLC**<br>**7. EHT HIDH, LLC**<br>**8. EHT HISM, LLC**<br>**9. EHT HIOR, LLC**<br>**10. EHT QMLB, LLC**<br>**11. EHT RDH, LLC**<br>**12. EHT SPH, LLC**<br>**13. EHT WSAC, LLC**<br>**14. EHT RWH, LLC**<br>**15. EHT HAN, LLC**<br>**16. EHT DHSLC, LLC**<br>**17. EHT HHG, LLC**<br>**18. EHT CPDGA, LLC** | | |
| 15.1. | **19. EHT SDTC, LLC**      **100** % | | **$0.00** |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Urban Commons, LLC**                                Case number *(if known)* **2:21-bk-13523 ER**
Name

**Urban Commons Gramercy, LLC**

| | | | |
|---|---|---|---|
| **The Debtor has a 5.183% in Urban Commons Gramercy, LLC ("Gramercy") is a Chapter 11 Debtor in 2:21-bk-11234-ER Urban Commons Gramercy, LLC.  Gramercy owns approximately 38.19% of a parcel of real property that was recently sold.  There are disputes over the proceeds.  Presently it appears that the Debtor's interest is worth $10,000 or less** | **5.183%** % | Comparable sale | $10,000.00 |
| 15.2. | | | |

| | | | |
|---|---|---|---|
| **Urban Commons Battery Park, LLC ("Battery")  Battery owns and operates a hotel.  The Trustee has investigated the value of the estate's equity interest and is informed that all of Battery's assets are overnumbered and therefore the Debtor's equity position is without any present value.** | **9.505** % | Liquidation | $0.00 |
| 15.3. | | | |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                                         | $10,000.00 |
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

| Debtor | **Urban Commons, LLC** | | Case number *(If known)* | **2:21-bk-13523 ER** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **Chairs Herman Miller 14**<br>**Chairs Black Chairs 30**<br>**Furniture Desk 1**<br>**Furniture Side Table 3**<br>**Furniture Tea Cup Set of 3 1**<br>**Furniture  Couch 1**<br>**Conference room table**<br>**Office Cubicles**<br>**Miscellaneous Kitchen small appliances,**<br>**coffee maker, water cooler, pots, pans,**<br>**refrigerator**<br>**Guest seating and coffee table** | | **Unknown** | **Comparable sale** | **$5,000.00** |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and**
        **communication systems equipment and software**

| | | | | |
|---|---|---|---|---|
| **Desktop Speakers 2**<br>**Dockingstations 34**<br>**Mouse 22**<br>**Network Swtich 4**<br>**Sonicwall 1**<br>**Wifi Systems 1**<br>**Network Rack 1**<br>**Network UPS 2**<br>**Network Digital Drawing Boards 2**<br>**Keyboards  28**<br>**Monitors 38**<br>**Paper Holder 4**<br>**Staplers**<br>**Hole Punchers 2**<br>**Mail Scale 1**<br>**Paper Shreders 3**<br>**Surge Protectors 19**<br>**HP - Ink 15**<br>**Postit Note Holder 1**<br>**Label Maker 2**<br>**Desktop Phones 2**<br>**Conference Room Phones 2**<br>**Printers  9**<br>**Monitor Stands 12**<br>**UC Case NAS 1**<br>**UC Case Tablets at UC 2**<br>**UC Case External USB HD 1**<br>**Laptops Computers 11** | | **Unknown** | **Comparable sale** | **$5,000.00** |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collect bles

43.     **Total of Part 7.**
        Add lines 39 through 42.  Copy the total to line 86.        **$10,000.00**

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Urban Commons, LLC** | Case number *(If known)* **2:21-bk-13523 ER** |
|---|---|---|
| | Name | |

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **10250 Constellation Blvd, Ste 1750, Los Angeles, California 90067, US**<br><br>**Real Property lease that was rejected post petition by the Trustee** | Leasee | $0.00 | | $0.00 |
| 55.2.  **777 South Figueroa Street, Suites 2850 and 2870, Los Angeles, California 90017**<br><br>**Trustee asserts this lease was rejected by operation of law** | Leasee | $0.00 | | $0.00 |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

| Debtor | **Urban Commons, LLC** | Case number *(If known)* | **2:21-bk-13523 ER** |
|---|---|---|---|
| | Name | | |

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 11:</span>    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**The Trustee is continuing to investigate the Debtor's prepetition business activities including, pre and post petition transfers of monies and other assets to the Debtor's insiders, affiliated companies, business partners and other entities.  The Trustee believes that these investigations will result in the identification of the legal claims for avoidance of fraudulent transfers and other avoidance claims.**<br><br>**The Trustee will continue to amend these schedules as she identifies assets of value for the estate and its creditors.** | **$0.00** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Urban Commons, LLC** | Case number *(If known)* | **2:21-bk-13523 ER** |
|---|---|---|---|
| | Name | | |

---

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100,602.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $10,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $120,602.37 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $120,602.37 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Urban Commons, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:21-bk-13523 ER** |

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

 ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

 ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Urban Commons, LLC**__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) __**2:21-bk-13523 ER**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach  he Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Attn Bankruptcy**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date,  he claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,137.50 | $3,137.50 |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Income Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**1750 Daimler Trust LSR**<br>**c/o Linebarger Goggan Blair & Samps**<br>**PO Box 659443**<br>**San Antonio, TX 78265-9443**<br>Date(s) debt was incurred __2021__<br>Last 4 digits of account number __2958__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  __Unpaid car lease payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $255.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Adams and Reese LLP**<br>**Dept. 5208**<br>**Birmingham, AL 35287**<br>Date(s) debt was incurred __2019__<br>Last 4 digits of account number __0001__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  __Legal services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $12,713.87 |

| Debtor | **Urban Commons, LLC** | | Case number *(if known)* | **2:21-bk-13523 ER** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,824.00** |
| | **AEI Consultants** | ☐ Contingent | |
| | **2500 Camino Diablo** | ☐ Unliquidated | |
| | **Walnut Creek, CA 94597** | ☐ Disputed | |
| | Date(s) debt was incurred  **2018-2020** | **Basis for the claim:  Environmental assessement services** | |
| | Last 4 digits of account number  **5590** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Aimbridge Concession, Inc.** | ☐ Contingent | |
| | **c/o Brownstein Hyatt Farber Schreck** | ☐ Unliquidated | |
| | **2049 Century Park East Suite 3550** | ☐ Disputed | |
| | **Los Angeles, CA 90067** | | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:  Lawsuit for breach contract** | |
| | Last 4 digits of account number  **0282** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
| | **Air Supply Incorporated** | ☐ Contingent | |
| | **655 E A Street** | ☐ Unliquidated | |
| | **Upland, CA 91786** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:  Exhaust fan services** | |
| | Last 4 digits of account number  **2514** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$615.32** |
| | **Allstate Insurance Company** | ☐ Contingent | |
| | **PO Box 4344** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred  **2021** | **Basis for the claim:  Unpaid insurance premium** | |
| | Last 4 digits of account number  **2008** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,352.66** |
| | **Alternative Collections LLC** | ☐ Contingent | |
| | **65 Lawrence Bell Dr. Suite 101** | ☐ Unliquidated | |
| | **Buffalo, NY 14221** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019** | **Basis for the claim:  Collection agency for CIT Bank NA SBS** | |
| | Last 4 digits of account number  **7001** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,051.53** |
| | **American Express** | ☐ Contingent | |
| | **PO Box 297879** | ☐ Unliquidated | |
| | **Fort Lauderdale, FL 33329-7879** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:  Credit card charges** | |
| | Last 4 digits of account number  **2001** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,281.00** |
| | **BakerHostetler** | | |
| | **Attn: Andrew Grossman** | ☐ Contingent | |
| | **1050 Connecticut Avenue, NW** | ☐ Unliquidated | |
| | **Suite 1100** | ☐ Disputed | |
| | **Washington, DC 20036** | | |
| | Date(s) debt was incurred  **2021** | **Basis for the claim:  Legal Services** | |
| | Last 4 digits of account number  **0001** | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Urban Commons, LLC**

Name

Case number *(if known)* **2:21-bk-13523 ER**

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,650.16 |
|---|---|---|---|

**Bank of America Business Card**
**PO Box 15796**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **6754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392,234.33 |
|---|---|---|---|

**Brookfield Properties Management In**
**777 South Figueroa Street Suite 375**
**Los Angeles, CA 90017**

Date(s) debt was incurred  **2011-2015**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Real property lease for 777 S. Figueroa Street Los Angeles**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce Beretta**
**c/o Tullius Law Group**
**Attn: Jennifer R. Tullius**
**515 S. Flower Street 18th Floor**
**Los Angeles, CA 90071**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **8346**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit for breach of contract**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,390.00 |
|---|---|---|---|

**C Below Subsurface Imaging**
**14280 Eulid Ave**
**Chino, CA 91710**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Undergroud Imaging Services**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.88 |
|---|---|---|---|

**Canon Finanancial Servies**
**14904 Collections Center Drive**
**Chicago, IL 60693-0149**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **0147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Copier Lease**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,050,000.00 |
|---|---|---|---|

**Carl Carlson**
**c/o Gokal Law Group, Inc.**
**Attn: Alison S. Gokal**
**26080 Towne Centre Dr.**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **3636**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit for personal injury**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Century Group International, LLC**
**222 N. Pacific Coast Highway**
**El Segundo, CA 90245**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional search & placement services**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Urban Commons, LLC** | Case number (if known) | **2:21-bk-13523 ER** |
|---|---|---|---|
| | Name | | |

---

**3.17**

**Nonpriority creditor's name and mailing address**
Cisco, Inc.
1702 Townhurst Dr.
Houston, TX 77043

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **R8C4**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Collection agency for Cogency Global, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

**$5,551.75**

---

**3.18**

**Nonpriority creditor's name and mailing address**
City of Long Beach
c/o Brutzkus Gubner Rozansky Seror
Attn: Corey Weber
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.19**

**Nonpriority creditor's name and mailing address**
City of Los Angeles
Office of Finance
51108
Los Angeles, CA 90051

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **2929**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **City Taxes**

Is the claim subject to offset? ■ No ☐ Yes

**$12,163.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**
Clifford Rosen
GARCIA RAINEY BLANK & BOWERBANK
LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Real Estate Investment**

Is the claim subject to offset? ■ No ☐ Yes

**$250,000.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**
Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **0019**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telecommunication services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,623.60**

---

**3.22**

**Nonpriority creditor's name and mailing address**
Complete Copy Systems Group
3300 Beverly Blvd.
Los Angeles, CA 90004

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **9111**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Copier maintenance contract**

Is the claim subject to offset? ■ No ☐ Yes

**$2,027.12**

---

**3.23**

**Nonpriority creditor's name and mailing address**
Constellation Place LLC
10250 Constellation Blvd. Suite 800
Los Angeles, CA 90067

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Real property lease for 10250 Constellation Blvd., Suite 170, Los Angeles, CA 90067**

Is the claim subject to offset? ■ No ☐ Yes

**$2,274,291.76**

---

| Debtor | **Urban Commons, LLC** | Case number (if known) | **2:21-bk-13523 ER** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,826.52 |
|---|---|---|---|

**Creditors Adjustment Bureau**
**c/o Law Offices of Kenneth J. Freed**
**14226 Ventura Blvd.**
**Sherman Oaks, CA 91413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Collection accountt**

Last 4 digits of account number **7161**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,217.55 |
|---|---|---|---|

**CSC**
**251 Little Falls Drive**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Corporation services/Agent for Service of Process services**

Last 4 digits of account number **4055**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danny Harris**
**c/oCarpenter Zuckerman & Rowley LLP**
**8827 West Olympic Blvd.**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **19STCV34891**

**Basis for the claim:  Lawsuit for Personal Injury**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $49,368.79 |
|---|---|---|---|

**Datasite LLC**
**The Baker Center**
**733 S. Marquette Ave., Suite 600**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

**Basis for the claim:  Advertising Services**

Last 4 digits of account number **9186**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EHT US1, Inc.**
**c/o Paul Hastings LLP**
**Attn: Nick Bassett**
**2050 M St., N.W.**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

**Basis for the claim:  _**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,792.15 |
|---|---|---|---|

**Ellenoff Grossman & Schole LLP**
**1345 Avenue of the Americas**
**New York, NY 10105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Legal Services**

Last 4 digits of account number **532M**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $999,424.00 |
|---|---|---|---|

**Epic Entertainment Group, LLC**
**207 East Broadway #302**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

**Basis for the claim:  Contract for services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Urban Commons, LLC** | Case number (if known) | **2:21-bk-13523 ER** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,150,000.00** |
|---|---|---|---|

**ERJMJ Investments, LP**
**32 S La Senda Drive**
**Laguna Beach, CA 92651**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Notes**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,730.44** |
|---|---|---|---|

**Ervin Cohen Jessup LLP**
**9401 Wilshire Blvd 9th Floor**
**Beverly Hills, CA 90212**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **7175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,222.35** |
|---|---|---|---|

**Ford Motor Credit Company**
**Department 194101**
**PO Box 55000**
**Detroit, MI 48255-1941**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Deficiency on automobile purchase contract**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,123,165.75** |
|---|---|---|---|

**George M. Lee and Galaxy Investment**
**81 N Mentor Ave**
**Pasadena, CA 91106**

Date(s) debt was incurred  **1/1/2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,787.50** |
|---|---|---|---|

**GeoSoils, Inc.**
**5741 Palmer Way Suite D**
**Carlsbad, CA 92010**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **7191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Geological services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,897.00** |
|---|---|---|---|

**InterCommunications Inc.**
**1375 Dove Street Suite 200**
**Newport Beach, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract for Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Dannelley & Mary A. Dannelley**
**c/o Bienert Katzman Littrell Willia**
**Attn: Anthony R. Bisconti**
**903 Calle Amanecer Suite 350**
**San Clemente, CA 92673**

Date(s) debt was incurred __

Last 4 digits of account number  **CCJC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Breach of Contract**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Urban Commons, LLC** | Case number (if known) | **2:21-bk-13523 ER** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Jenkins**
**c/o Equity Legal Group, P.C.**
**Attn: Kevin W. Chiang**
**201 S. Lake Ave. Suite 506**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Claim for labor code and law violations**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Fan**
**c/o Wallin & Russell**
**Attn: Michael Wallin**
**26000 Towne Centre Drive Suite 130**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Breach of Contract**

Last 4 digits of account number  **CCJC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Juice Capital**
**c/o Rutan & Tucker LLP**
**Attn: Heather N. Herd**
**18575 Jamboree Road 9th Floor**
**Irvine, CA 92612**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Breach of Contract**

Last 4 digits of account number  **4701**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $735.00 |
|---|---|---|---|

**LA Construction Heating and Air Con**
**6430 Variel Ave Suite 102**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Plumbing Services**

Last 4 digits of account number  **8479**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $78.55 |
|---|---|---|---|

**MarBorg Industries**
**PO Box 4127**
**Santa Barbara, CA 93140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Garbage collection services**

Last 4 digits of account number  **6490**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,087.68 |
|---|---|---|---|

**Matax Consulting**
**1370 Valley Vista Drive Suite 235**
**Diamond Bar, CA 91765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Tax assessment services**

Last 4 digits of account number  **8931**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,763.77 |
|---|---|---|---|

**Mercedes Benz Financial**
**PO Box 5209**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Motor vehicle lease**

Last 4 digits of account number  **3001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Urban Commons, LLC** | Case number (if known) | **2:21-bk-13523 ER** |
|---|---|---|---|
| | Name | | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Otto Rene Pineda** | | |
| **c/o Levin & Nalbandyan** | ☐ Contingent | |
| **Jacob Nalbandyan** | ☐ Unliquidated | |
| **811 Wilshire Blvd. Suite 800** | ☐ Disputed | |
| **Los Angeles, CA 90017** | | |
| Date(s) debt was incurred __2019__ | Basis for the claim: __Lawsuit for wrongful termination__ | |
| Last 4 digits of account number __2630__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250,000.00** |
|---|---|---|
| **Pacific Premier Trust** | | |
| **c/o Feldman Law** | ☐ Contingent | |
| **Andrew M. Feldman** | ☐ Unliquidated | |
| **9100 S. Dadeland Blvd. Suite 1500** | ☐ Disputed | |
| **Miami, FL 33156** | | |
| Date(s) debt was incurred __2019__ | Basis for the claim: __Breach of Contract__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,374,500.00** |
|---|---|---|
| **Paul Hwee** | | |
| **c/o Burkhalter Kessler Clement &** | ☐ Contingent | |
| **Attn: Alton Burkhalter** | ☐ Unliquidated | |
| **2020 Main Street Suite 600** | ☐ Disputed | |
| **Irvine, CA 92614** | | |
| Date(s) debt was incurred __2014__ | Basis for the claim: __Breach of contract__ | |
| Last 4 digits of account number __3598__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00** |
|---|---|---|
| **Pikepass** | | |
| **4401 W Memorial Road Suite 130** | ☐ Contingent | |
| **Oklahoma City, OK 73134** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred __2021__ | Basis for the claim: __Unpaid Tolls__ | |
| Last 4 digits of account number __4723__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,356.33** |
|---|---|---|
| **Polina Yatsyna** | | |
| **4240 Fulton Ave Unit 108** | ☐ Contingent | |
| **Studio City, CA 91604** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred __2020__ | Basis for the claim: __Unpaid Wages__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,768.50** |
|---|---|---|
| **Prince Lobel Tye LLP** | | |
| **One International Place Suite 3700** | ☐ Contingent | |
| **Boston, MA 02110** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred __2021__ | Basis for the claim: __Legal Services__ | |
| Last 4 digits of account number __9605__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440.00** |
|---|---|---|
| **R&R Electric** | | |
| **2803 Carlsbad Street** | ☐ Contingent | |
| **Redondo Beach, CA 90278** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred __2019__ | Basis for the claim: __Electrician Services__ | |
| Last 4 digits of account number __2086__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Urban Commons, LLC** | Case number (if known) | **2:21-bk-13523 ER** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Red Bus Charter Company**
**c/o Ronald Appel**
**2522 Chambers Rd**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Lawsuit for Breach of Contract**

Last 4 digits of account number **0282**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,942.62 |
|---|---|---|---|

**Regus Management Group LLC**
**655 North Central Ave 17th Floor**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2010**

Basis for the claim: **Unpaid rent**

Last 4 digits of account number **2570**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000,000.00 |
|---|---|---|---|

**Robert B. Cowan**
**3707 W. Garden Grove Blvd.**
**Orange, CA 92866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Unsecured loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,151.00 |
|---|---|---|---|

**ROBERT HALF MANAGEMENT RESOURCES**
**ROBERT HALF / RECOVERY DEPT**
**PO BOX 5024**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/2020**

Basis for the claim: **Staffing Services**

Last 4 digits of account number **1177**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500,000.00 |
|---|---|---|---|

**Ronald Chistensen**
**GARCIA RAINEY BLANK & BOWERBANK**
**LLP**
**695 Town Center Drive, Suite 700**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Real Estate Investment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,796.20 |
|---|---|---|---|

**Rossmoyne, Inc.**
**3500 Ocean View Blvd.**
**Glendale, CA 91208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Building Contractors Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,350.00 |
|---|---|---|---|

**Selbert Perkins Design, Inc.**
**432 Culver Blvd.**
**Playa Del Rey, CA 90293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Contract for Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Urban Commons, LLC** | | Case number *(if known)* | **2:21-bk-13523 ER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.59**

**Nonpriority creditor's name and mailing address**
**State of Delaware**
**Division of Corporations**
**PO Box 5509**
**Binghamton, NY 13902-5509**

Date(s) debt was incurred **2021**

Last 4 digits of account number **5415**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Annual Tax**

Is the claim subject to offset? ■ No ☐ Yes

$522.50

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Synter Resource Group LLC**
**5935 Rivers Ave Suite 102**
**Charleston, SC 29406**

Date(s) debt was incurred **2019**

Last 4 digits of account number **0WV5**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection agency for UPS**

Is the claim subject to offset? ■ No ☐ Yes

$117.57

---

**3.61**

**Nonpriority creditor's name and mailing address**
**Transworld Systems Inc**
**500 Virgina Dr. Suite 514**
**Fort Washington, PA 19034**

Date(s) debt was incurred **2020**

Last 4 digits of account number **2751**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collection agent for Ambient Environmental, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

$4,140.00

---

**3.62**

**Nonpriority creditor's name and mailing address**
**Verizon**
**PO Box 660108**
**Dallas, TX 75266**

Date(s) debt was incurred **2021**

Last 4 digits of account number **0002**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cell phone service**

Is the claim subject to offset? ■ No ☐ Yes

$166.45

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Voy Ventures**
**c/o Steven Booska**
**PO Box 2169**
**Oakland, CA 94621**

Date(s) debt was incurred **2020**

Last 4 digits of account number **1771**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit for Breach of Contract**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.64**

**Nonpriority creditor's name and mailing address**
**WBC Special Assets LLC**
**c/o Elkins Kalt Weintrabu et.al.**
**Attn: Julie Kimball**
**10345 W. Olympic Blvd.**
**Los Angeles, CA 90065**

Date(s) debt was incurred **2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

$2,940,049.00

---

**3.65**

**Nonpriority creditor's name and mailing address**
**Weileen Leu**
**c/o Equity Legal Group, P.C.**
**Attn: Kevin W. Chiang**
**201 S. Lake Ave. Suite 506**
**Pasadena, CA 91101**

Date(s) debt was incurred **2014-2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Claims for violations of labor code and laws**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Urban Commons, LLC** | Case number *(if known)* | **2:21-bk-13523 ER** |
|---|---|---|---|
| | Name | | |

---

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,229.59** |
|---|---|---|
| **Wells Fargo Small Business Lending**<br>**MAC N9777-01B**<br>**PO Box 5511**<br>**Sioux Falls, SD 57117-5511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Unsecured line of credit** | |
| Last 4 digits of account number  **0922** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,415,408.37** |
|---|---|---|
| **West Bay Capital, LLC.**<br>**c/o FCI Lending Services**<br>**PO Box 27370**<br>**Anaheim, CA 92809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Unsecured loan** | |
| Last 4 digits of account number  **9099** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,096.71** |
|---|---|---|
| **Wimberly Allison Tong & Goo, NA, In**<br>**c/o Lee Lefkowitz Zarin & Steinmetz**<br>**Lee J. Lefkowitz**<br>**81 Main Street Suite 415**<br>**White Plains, NY 10601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2020** | Basis for the claim:  **Lawsuit for foreclosure of mechanic's lien** | |
| Last 4 digits of account number  **2020** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,769.75** |
|---|---|---|
| **Wolters Kluwer**<br>**PO Box 4349**<br>**Carol Stream, IL 60197-4349** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2019-2021** | Basis for the claim:  **Corporation services/Agent for service of process** | |
| Last 4 digits of account number  **2006** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104.50** |
|---|---|---|
| **XPO LOGISTICS FREIGHT INC.**<br>**9151 Boulevard 26**<br>**North Richland Hills, TX 76180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2020** | Basis for the claim:  **Freight Services** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Yana Solomakhina**<br>**c/o Steven L. Mazza**<br>**Carpenter, Zuckerman & Rowley LLP**<br>**8827 West Olympic Blvd.**<br>**Beverly Hills, CA 90211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2020** | Basis for the claim:  **Lawsuit for personal injury claims** | |
| Last 4 digits of account number  **8181** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|
| **Zurich American Insurance**<br>**c/o Christopher McEvoy, VP**<br>**600 Red Brook Blvd, 6th FL**<br>**Owings Mills, MD 21117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2020** | Basis for the claim:  **Insurance Deductible** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

| Debtor | **Urban Commons, LLC** | Case number (if known) | **2:21-bk-13523 ER** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adam C. Rogoff**<br>**KRAMER LEVIN NAFTALIS & FRANKEL**<br>**1177 Avenue of the Americas**<br>**New York, NY 10036** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Adam Soibelman**<br>**R2 Law Group, LLC**<br>**23901 Calabasas Road**<br>**Suite 2006**<br>**Calabasas, CA 91302** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Brian Winn**<br>**110 E Wilshire Ave., Suite 212**<br>**Fullerton, CA 92832** | Line **3.46**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **James W Bates**<br>**Law Offices of James W. Bates**<br>**1055 E. Colorado Blvd. 5th Floor**<br>**Pasadena, CA 91106** | Line **3.57**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Maguire Properties**<br>**P.O. Box 840835**<br>**Los Angeles, CA 90084** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **UPS**<br>**2085 Lynnhave Pkwy**<br>**Virginia Beach, VA 23456** | Line **3.60**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Zarin & Steinmetx**<br>**81 Main Street Suite 415**<br>**White Plains, NY 10601** | Line **3.68**<br>☐ Not listed. Explain ____ | _ |

<div style="background:black;color:white;display:inline-block">**Part 4:**</div>    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **3,137.50** |
| **5b. Total claims from Part 2** | 5b. + | $ | **44,427,524.12** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **44,430,661.62** |

**Fill in this information to identify the case:**

Debtor name  **Urban Commons, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:21-bk-13523 ER**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Lease for Debtor's offices at 777 South Figueroa Street.** |
|     **Property surrendered/lease rejected.** | |
|     State the term remaining  **0** | |
|     List the contract number of any government contract | **Brookfield Properties Management In 777 South Figueroa Street Suite 375 Los Angeles, CA 90017** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Copier lease.** |
|     State the term remaining  **0** | |
|     List the contract number of any government contract | **Canon Finanancial Servies 14904 Collections Center Drive Chicago, IL 60693-0149** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for Debtor's former headquarters. Premises were surrendered to landlord.** |
|     State the term remaining  **0** | |
|     List the contract number of any government contract | **Constellation Place LLC 10250 Constellation Blvd. Suite 800 Los Angeles, CA 90067** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Urban Commons, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**2:21-bk-13523 ER**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Howard Wu** | **14635 Whitfeld Ave**<br>**Pacific Palisades, CA 90272** | **Paul Hwee** | ☐ D _____<br>■ E/F __**3.47**__<br>☐ G _____ |
| 2.2 | **Howard Wu** | **14635 Whitfeld Ave**<br>**Pacific Palisades, CA 90272** | **WBC Special Assets LLC** | ☐ D _____<br>■ E/F __**3.64**__<br>☐ G _____ |
| 2.3 | **Taylor Woods** | **826 Emerald Way**<br>**Laguna Beach, CA 92651** | **Paul Hwee** | ☐ D _____<br>■ E/F __**3.47**__<br>☐ G _____ |
| 2.4 | **Taylor Woods** | **826 Emerald Way**<br>**Laguna Beach, CA 92651** | **WBC Special Assets LLC** | ☐ D _____<br>■ E/F __**3.64**__<br>☐ G _____ |
| 2.5 | **Urban Commons 2 West II LLC** | **10250 Constellation Blvd Suite 1750**<br>**Los Angeles, CA 90067** | **Wimberly Allison Tong & Goo, NA, In** | ☐ D _____<br>■ E/F __**3.68**__<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Urban Commons, LLC** | Case number *(if known)* | **2:21-bk-13523 ER** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Urban Commons 2 West III LLC | 10250 Constellation Blvd Suite 1750 Los Angeles, CA 90067 | Wimberly Allison Tong & Goo, NA, In | ☐ D _____ ▮ E/F __3.68__ ☐ G _____ |
| 2.7 | Urban Commons 2 West IV LLC | 10250 Constellation Blvd Suite 1750 Los Angeles, CA 90067 | Wimberly Allison Tong & Goo, NA, In | ☐ D _____ ▮ E/F __3.68__ ☐ G _____ |
| 2.8 | Urban Commons 2 West LLC | 10250 Constellation Blvd Suite 1750 Los Angeles, CA 90067 | Wimberly Allison Tong & Goo, NA, In | ☐ D _____ ▮ E/F __3.68__ ☐ G _____ |
| 2.9 | Howard Wu | 14635 Whitfeld Ave Pacific Palisades, CA 90272 | Constellation Place LLC | ☐ D _____ ☐ E/F _____ ▮ G __2.3__ |
| 2.10 | Howard Wu | 14635 Whitfeld Ave Pacific Palisades, CA 90272 | Brookfield Properties Management In | ☐ D _____ ☐ E/F _____ ▮ G __2.1__ |
| 2.11 | Taylor Woods | 826 Emerald Way Laguna Beach, CA 92651 | Constellation Place LLC | ☐ D _____ ☐ E/F _____ ▮ G __2.3__ |
| 2.12 | Taylor Woods | 826 Emerald Way Laguna Beach, CA 92651 | Brookfield Properties Management In | ☐ D _____ ☐ E/F _____ ▮ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name   **Urban Commons, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:21-bk-13523 ER**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   **See Debtor's bank statements attached hereto for the 90 day period prior to the petition date.**

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Urban Commons, LLC** | | Case number *(if known)* **2:21-bk-13523 ER** |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Howard Wu** **14635 Whitfeld Ave** **Pacific Palisades, CA 90272** **Debtor's 50% Member** | **2020: 4/30, 5/7, 5/12, 5/22, 5/28, 6/9, 6/17, 6/26, 7/1,7/21, 8/4, 8/14, 8/25,9/25, 11/2, 11/12, 11/20, 11/30, 12/8, 12/17, 12/8** **2021: 1/14, 1/15, 1/19, 1/20, 1/21, 1/25, 2/5, 2/8, 2/11, 2/12, 2/17, 3/8, 4/9** | $392,300.00 | **Unknown. Chapter 7 Trustee is investigating the reasons these payments were made.** **The Trustee believes that there are other payments that were made by the Debtor for the benefit of the insider and will amend these schedules as she discovers aditional transfers.** |
| 4.2. **Taylor Woods** **826 Emerald Way** **Laguna Beach, CA 92651** **Debtor's 50% Member** | **2020: 4/30, 5/7, 5/12, 5/22, 5/28, 6/9, 6/17, 6/26, 7/1,7/21, 7/31, 8/4, 8/14, 8/25,9/25, 11/2, 11/30, 12/8, 12/17, 12/8** **2021: 1/21, 1/25, 2/5, 2/12, 3/8** | $368,500.00 | **Unknown. Chapter 7 Trustee is investigating the reasons these payments were made.** **The Trustee believes that there are other payments that were made by the Debtor for the benefit of the insider and will amend these schedules as she discovers aditional transfers.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Urban Commons, LLC** | Case number *(if known)* | **2:21-bk-13523 ER** |
|---|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Yana Solomakhina v. Urban Commons, LLC et. al.**<br>20STCV48181 | **Lawsuit for personal injury** | **Superior Court of California**<br>**Los Angeles**<br>**312 North Spring Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Carl Carlson v. Urban Commons, LLC**<br>20STCV43636 | **Lawsuit for persona injury** | **Superior Court of California**<br>**Los Angeles**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Bruce Beretta v. Urban Commons, LLC**<br>20STCV48346 | **Breach of Contract** | **Superior Court of California**<br>**Los Angeles**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **John Dannelley & Mary A. Dannelley v. Urban Commons, LLC**<br>30-2020-01161801-CU-BC-CJC | **Breach of Contract** | **Superior Court of California**<br>**Orange Coun**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Paul Hwee v Urban Commons, LLC**<br>21STCV13598 | **Breach of Contract** | **Superior Court of California**<br>**Los Angeles**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Otto Rene Pineda v. Urban Commons, LLC**<br>19STCV12630 | **Claim for wrongful termination** | **Superior Court of California**<br>**Los Angeles**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Juice Capital v Urban Commons LLC**<br>21STCV14701 | **Breach of Contract** | **Superior Court of California**<br>**Los Angeles**<br>**111 N. Hill Streeet**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Joseph Fan v. Urban Commons, LLC**<br>30-2020-01170646-CU-BC-CJC | **Breach of Contract** | **Superior Court of California**<br>**County of O**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Danny Harris v Urban Commons LLC**<br>19STCV34891 | **Lawsuit for Personal Injury** | **Superior Court of California**<br>**Los Angeles**<br>**312 North Spring Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Voy Ventures v. Urban Commons, LLC**<br>20SMCV01771 | **Lawsuit for Breach of Contract** | **Superior Court of California**<br>**Santa Monic**<br>**1725 Main Street**<br>**Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Red Bus Charter Company v. Urban Commons, LLC**<br>20LBCV00282 | **Breach of Contract** | **Superior Court of California**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Urban Commons, LLC** | Case number *(if known)* | **2:21-bk-13523 ER** |
|---|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Potter Anderson Corroon LLP**<br>**1313 NORTH MARKET STREET, 6TH FLOOR**<br>**Wilmington, DE 19801** | | **1/29/21-5/14 /2021** | **$550,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

| Debtor | **Urban Commons, LLC** | Case number *(if known)* | **2:21-bk-13523 ER** |

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Urban Commons, LLC**                                    Case number *(if known)*    **2:21-bk-13523 ER**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Urban Commons, LLC**                                    Case number *(if known)*    **2:21-bk-13523 ER**

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

---

Debtor    **Urban Commons, LLC**    Case number *(if known)*    **2:21-bk-13523 ER**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 11, 2021**
**See Declaration of Carolyn A. Dye attached at the end of these schedules**

_____    **Carolyn A. Dye, Chapter 7 Trustee**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Chapter 7 Trustee**    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

80-03171231    PAGE

##XXH1928DPCSTM        01312108003171231

```
                                              ACCOUNT STATEMENT
                                                    Page 1 of 7
135 N. Los Robles Ave., 6TH FL.        STARTING DATE: January 01, 2021
Pasadena, CA. 91101                     ENDING DATE: January 31, 2021
                                       Total days in statement period: 31
                                                     80-03171231
                                                          ( 2)

                                          Direct inquiries to:
                                             888 761-3967

        URBAN COMMONS LLC
        10250 CONSTELLATION BLVD STE 1750
        CENTURY CITY CA  90067-6257
```

Commercial Analysis Checking

```
Account number          80-03171231
Enclosures                        2
Low balance             $-3,509.07
Average balance           $768.53      Beginning bal                    $4,250.77
                                       Total additions   ( 57)         391,856.52
                                       Total subtractions( 101)        395,836.16
                                       Ending balance                    $271.13
```

CREDITS

| Number | Date | Transaction Description | Additions | Control Number |
|--------|------|-------------------------|-----------|----------------|
| | 01-04 | Onln Bkg Trft C FR ACC 08003171322 | 6,000.00 | 012000104161231 |
| | 01-04 | Wire Trans-IN   MASSIVE DYNAMIC EN | | |
| | | TERPRISE, INC. | 5,000.00 | 000000000008231 |
| | 01-04 | Wire Trans-IN   TAYLOR R WOODS | 5,000.00 | 000000000008464 |
| | 01-05 | Onln Bkg Trft C FR ACC 08003171363 | 60.00 | 012000105115203 |
| | 01-05 | Onln Bkg Trft C FR ACC 08003171256 | 85.00 | 012000105115045 |
| | 01-05 | Onln Bkg Trft C FR ACC 08003052936 | 95.00 | 012000105114730 |
| | 01-05 | Onln Bkg Trft C FR ACC 08003050567 | 125.00 | 012000105114648 |
| | 01-05 | Onln Bkg Trft C FR ACC 08003052910 | 150.00 | 012000105114049 |
| | 01-05 | Onln Bkg Trft C FR ACC 08003091066 | 246.00 | 012000105114317 |
| | 01-05 | Onln Bkg Trft C FR ACC 08003050906 | 550.00 | 012000105114007 |
| | 01-05 | Onln Bkg Trft C FR ACC 08003171264 | 3,300.00 | 012000105113050 |
| | 01-05 | Onln Bkg Trft C FR ACC 08003171322 | 6,900.00 | 012000105112855 |
| | 01-06 | Onln Bkg Trft C FR ACC 08003171322 | 500.00 | 012000106121517 |
| | 01-06 | Onln Bkg Trft C FR ACC 08003171322 | 2,200.00 | 012000106182253 |
| | 01-07 | Onln Bkg Trft C FR ACC 08003171322 | 100.00 | 012000107141123 |
| | 01-07 | Onln Bkg Trft C FR ACC 08003171322 | 5,000.00 | 012000107161352 |
| | 01-07 | Wire Trans-IN   MASSIVE DYNAMIC EN | | |
| | | TERPRISE, INC. | 2,000.00 | 000000000005935 |
| | 01-07 | Wire Trans-IN   TAYLOR R WOODS | 13,000.00 | 000000000006299 |

##XXH1928DPCSTM          01312108003171231

ACCOUNT STATEMENT
Page 2 of 7

135 N. Los Robles Ave., 6TH FL.          STARTING DATE: January 01, 2021
Pasadena, CA. 91101                      ENDING DATE: January 31, 2021
                                Total days in statement period: 31
          URBAN COMMONS LLC                      80-03171231
                                                   ( 2)

| Number | Date | Transaction Description | Additions | Control Number |
|---|---|---|---|---|
| | 01-08 | Onln Bkg Trft C FR ACC 08003171322 | 6,300.00 | 012000108105126 |
| | 01-08 | Wire Trans-IN   HOWARD WU | 10,000.00 | 000000000006317 |
| | 01-11 | Onln Bkg Trft C FR ACC 08061001478 | 10.00 | 012000111092901 |
| | 01-11 | Onln Bkg Trft C FR ACC 08003050906 | 100.00 | 012000111093011 |
| | 01-11 | Onln Bkg Trft C FR ACC 08003050906 | 1,500.00 | 012000111161653 |
| | 01-11 | Wire Trans-IN   TAYLOR R WOODS | 8,000.00 | 000000000007532 |
| | 01-12 | Wire Trans-IN   GALAXY INVESTMENT CAPITAL, INC. | 10,000.00 | 000000000005040 |
| | 01-12 | Pre-Auth Credit WELLS FARGO IFI TRIAL DEP 210112 | 0.21 | 091000013652015 |
| | 01-12 | Pre-Auth Credit WELLS FARGO IFI TRIAL DEP 210112 | 0.31 | 091000013652016 |
| | 01-13 | Onln Bkg Trft C FR ACC 08003052910 | 4,500.00 | 012000113162217 |
| | 01-14 | Onln Bkg Trft C FR ACC 08003052910 | 1,000.00 | 012000114141212 |
| | 01-15 | Onln Bkg Trft C FR ACC 08003050906 | 305.00 | 012000115160715 |
| | 01-15 | Onln Bkg Trft C FR ACC 08003052910 | 380.00 | 012000115122805 |
| | 01-15 | Onln Bkg Trft C FR ACC 08003050906 | 1,000.00 | 012000115122927 |
| | 01-15 | Onln Bkg Trft C FR ACC 08003050906 | 1,000.00 | 012000115160036 |
| | 01-15 | Onln Bkg Trft C FR ACC 08003171322 | 3,730.00 | 012000115115236 |
| | 01-19 | Wire Trans-IN   TAYLOR R WOODS | 12,500.00 | 000000000012262 |
| | 01-20 | Onln Bkg Trft C FR ACC 08003171256 | 4,500.00 | 012000120153500 |
| | 01-21 | Onln Bkg Trft C FR ACC 08003121178 | 100,000.00 | 012000121151106 |
| | 01-22 | Onln Bkg Trft C FR ACC 08003121178 | 20,000.00 | 012000122122251 |
| | 01-25 | Onln Bkg Trft C FR ACC 08003121178 | 1,000.00 | 012000125111232 |
| | 01-25 | Onln Bkg Trft C FR ACC 08003121178 | 1,000.00 | 012000125112537 |
| | 01-25 | Onln Bkg Trft C FR ACC 08003121178 | 3,000.00 | 012000125122019 |
| | 01-25 | Onln Bkg Trft C FR ACC 08003121178 | 5,000.00 | 012000125153631 |
| | 01-26 | Onln Bkg Trft C FR ACC 08003050575 | 1,200.00 | 012000126120043 |
| | 01-26 | Onln Bkg Trft C FR ACC 08003121178 | 7,000.00 | 012000126133811 |
| | 01-26 | Onln Bkg Trft C FR ACC 08003121178 | 15,000.00 | 012000126154433 |
| | 01-26 | Onln Bkg Trft C FR ACC 08003121178 | 20,000.00 | 012000126115036 |
| | 01-27 | Onln Bkg Trft C FR ACC 08003121178 | 23,000.00 | 012000127111523 |
| | 01-28 | Onln Bkg Trft C FR ACC 08003050906 | 320.00 | 012000128140223 |
| | 01-28 | Onln Bkg Trft C FR ACC 08003171322 | 400.00 | 012000128132844 |
| | 01-28 | Onln Bkg Trft C FR ACC 08003121178 | 3,000.00 | 012000128154504 |
| | 01-28 | Onln Bkg Trft C FR ACC 08003121178 | 5,000.00 | 012000128132800 |
| | 01-28 | Onln Bkg Trft C FR ACC 08003121178 | 6,000.00 | 012000128144319 |
| | 01-28 | Onln Bkg Trft C FR ACC 08003121178 | 10,000.00 | 012000128134307 |
| | 01-28 | Onln Bkg Trft C FR ACC 08003121178 | 200.00 | 012000129164654 |
| | 01-29 | Onln Bkg Trft C FR ACC 08003171256 | 2,800.00 | 012000129145601 |
| | 01-29 | Onln Bkg Trft C FR ACC 08003121178 | 20,300.00 | 012000129151536 |
| | 01-29 | Onln Bkg Trft C FR ACC 08003121178 | 32,500.00 | 012000129160405 |

```
                        80-03171231      PAGE
##XXH1928DPCSTM        01312108003171231
```

```
                                          ACCOUNT STATEMENT
                                             Page 3 of 7
135 N. Los Robles Ave., 6TH FL.     STARTING DATE: January 01, 2021
Pasadena, CA. 91101                  ENDING DATE: January 31, 2021
                                Total days in statement period: 31
        URBAN COMMONS LLC                      80-03171231
                                                  ( 2)
```

CHECKS

| Number | Date | Amount | Control |
|--------|------|--------|---------|
| 103 | 01-28 | 3,035.00 | 000009103511230 |
| 122 * | 01-26 | 663.82 | 000009103324280 |

\* Skip in check sequence

DEBITS

| Date | Transaction Description | Subtractions | Control Number |
|------|------------------------|--------------|----------------|
| 01-04 | Outgoing Wire  Music Trip.Com Inc . | 18,000.00 | 000000000008498 |
| 01-04 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 100329637542 | 5.39 | 000006375420000 |
| 01-04 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 036620637274 | 5.76 | 000006372740000 |
| 01-04 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 100224637454 | 12.04 | 000006374540000 |
| 01-04 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 ME ET F HTTPSPOST CA 4490950001142046 SEQ # 100321637523 | 21.55 | 000006375230000 |
| 01-04 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 100228637448 | 22.09 | 000006374480000 |
| 01-04 | POS Purchase  MERCHANT PURCHASE TERMINAL 469216 AMZN Mktp US ZJ9TL 00Y3 Amzn com WA 4490950001142046 SEQ # 036624100174 | 30.64 | 000001001740000 |
| 01-04 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 ME ET F HTTPSPOST CA 4490950001142046 SEQ # 100325637574 | 33.76 | 000006375740000 |
| 01-04 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 ME ET F HTTPSPOST CA 4490950001142046 SEQ # 100128637340 | 48.16 | 000006373400000 |
| 01-04 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 DOORDASH POPEYES WWW DOORD CA 4490950001142046 SEQ # 036629637280 | 48.56 | 000006372800000 |
| 01-04 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES 97763 DO OMIE HTTPSPOST CA 4490950001142046 SEQ # 036626637303 | 117.73 | 000006373030000 |
| 01-04 | POS Purchase  MERCHANT PURCHASE TERMINAL 449804 VZWRLSS IVR VB 800 92202 GA 4490950001142046 SEQ # 036625666187 | 532.97 | 000006661870000 |

```
                                   80-03171231      PAGE
##XXH1928DPCSTM        01312108003171231
```

```
                                        ACCOUNT STATEMENT
                                            Page 4 of 7
135 N. Los Robles Ave., 6TH FL.         STARTING DATE: January 01, 2021
Pasadena, CA. 91101                     ENDING DATE: January 31, 2021
                                    Total days in statement period: 31
         URBAN COMMONS LLC                       80-03171231
                                                   ( 2)
```

| Date | Transaction Description | Subtractions | Control Number |
|------|------------------------|-------------|----------------|
| 01-04 POS Purchase | MERCHANT PURCHASE TERMINAL 469216 AMZN Mktp US E613R 3QS3 Amzn com WA 4490950001142046 SEQ # 036620100206 | 547.49 | 000001002060000 |
| 01-05 Onln Bkg Trfn | DTO ACC 08003171348 | 1,365.00 | 012000105115356 |
| 01-05 Onln Bkg Trfn | DTO ACC 08003171348 | 1,500.00 | 012000105113522 |
| 01-05 Onln Bkg Trfn | DTO ACC 08003050575 | 9,200.00 | 012000105113209 |
| 01-05 POS Purchase | POS PURCHASE TERMINAL 77827301 SQ *SMART HOMES IN NOVA VAN NUYS CA 4490950001142046 SEQ # 100423225353 | 175.00 | 000022253530000 |
| 01-05 POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 ST ARBU HTTPSPOST CA 4490950001142046 SEQ # 100424637680 | 19.29 | 000006376800000 |
| 01-05 POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 ST ARBU HTTPSPOST CA 4490950001142046 SEQ # 100422637648 | 28.40 | 000006376480000 |
| 01-06 Onln Bkg Trfn | DTO ACC 08003171348 | 400.00 | 012000106121641 |
| 01-06 Onln Bkg Trfn | DTO ACC 08003050575 | 2,200.00 | 012000106182757 |
| 01-06 POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 100522637700 | 4.82 | 000006377000000 |
| 01-06 POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 100629637771 | 5.09 | 000006377710000 |
| 01-06 POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 ME E F HTTPSPOST CA 4490950001142046 SEQ # 100527637760 | 20.36 | 000006377600000 |
| 01-07 Outgoing Wire | Donald J. Watson J r | 1,000.00 | 000000000006326 |
| 01-07 Outgoing Wire | Music Trip.Com Inc . | 18,000.00 | 000000000006322 |
| 01-07 Onln Bkg Trfn | DTO ACC 08003050575 | 100.00 | 012000107141202 |
| 01-07 Onln Bkg Trfn | DTO ACC 08003050575 | 800.00 | 012000107163039 |
| 01-07 POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 100623637783 | 7.10 | 000006377830000 |
| 01-07 POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 ME E F HTTPSPOST CA 4490950001142046 SEQ # 100729637847 | 18.12 | 000006378470000 |
| 01-08 Outgoing Wire | Interserv, LP-Oper ating Account | 12,000.00 | 000000000007199 |
| 01-08 Onln Bkg Trfn | DTO ACC 08003171363 | 505.00 | 012000108105353 |
| 01-08 Onln Bkg Trfn | DTO ACC 08003050575 | 3,750.00 | 012000108105239 |
| 01-11 Outgoing Wire | Mirae Asset Securi ties&Investments | 1,500.00 | 000000000007540 |
| 01-11 Outgoing Wire | Interserv, LP-Oper ating Account | 8,000.00 | 000000000007531 |
| 01-11 Onln Bkg Trfn | DTO ACC 08003171322 | 90.00 | 012000111093050 |

```
                                    80-03171231       PAGE
##XXH1928DPCSTM        01312108003171231
```

```
                                        ACCOUNT STATEMENT
                                           Page 5 of 7
135 N. Los Robles Ave., 6TH FL.        STARTING DATE: January 01, 2021
Pasadena, CA. 91101                    ENDING DATE: January 31, 2021
                                   Total days in statement period: 31
       URBAN COMMONS LLC               80-03171231
                                          ( 2)
```

| Date | Transaction Description | Subtractions | Control Number |
|------|-------------------------|--------------|----------------|
| 01-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 101020637109 | | |
| | | | 4.53 | 000006371090000 |
| 01-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 4OBD3 ME ET F HTTPSPOST CA 4490950001142046 SEQ # 101029637171 | | |
| | | | 24.65 | 000006371710000 |
| 01-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 GRUBHUBMAMAHONGSVI ETN GRUBHUB C NY 4490950001142046 SEQ # 100828745515 | | |
| | | | 87.64 | 000007455150000 |
| 01-11 | POS Purchase | MERCHANT PURCHASE TERMINAL 401134 ROGERS REPAIRS COM ROGERS RE CA 4490950001142046 SEQ # 100929000001 | | |
| | | | 225.00 | 00000000010000 |
| 01-12 | Outgoing Wire | Mirae Asset Securi ties&Investments | 3,500.00 | 000000000006351 |
| 01-12 | Outgoing Wire | Interserv, LP-Oper ating Account | 5,000.00 | 000000000006347 |
| 01-12 | Preauth Debit | WELLS FARGO IFI TRIAL DEP 210112 | 0.52 | 091000013662890 |
| 01-13 | Onln Bkg Trfn | DTO ACC 08003171363 | 150.00 | 012000113122628 |
| 01-13 | Onln Bkg Trfn | DTO ACC 08003050575 | 900.00 | 012000113122127 |
| 01-13 | Onln Bkg Trfn | DTO ACC 08003171348 | 4,000.00 | 012000113162300 |
| 01-13 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 GRUBHUBTENDERGREEN S GRUBHUB C NY 4490950001142046 SEQ # 101225715793 | | |
| | | | 15.38 | 000007157930000 |
| 01-14 | Outgoing Wire | Howard Wu | 1,500.00 | 000000000006726 |
| 01-15 | Outgoing Wire | Howard Wu | 1,500.00 | 000000000008122 |
| 01-15 | Onln Bkg Trfn | DTO ACC 08003050575 | 1,500.00 | 012000115123043 |
| 01-15 | Onln Bkg Trfn | DTO ACC 08003050575 | 3,700.00 | 012000115115626 |
| 01-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 GRUBHUBSUSHISTOPNO RTH GRUBHUB C NY 4490950001142046 SEQ # 101425743927 | | |
| | | | 85.68 | 000007439270000 |
| 01-19 | Outgoing Wire | Howard Wu | 500.00 | 000000000013016 |
| 01-19 | Outgoing Wire | Mick Management In c. | 5,000.00 | 000000000012881 |
| 01-19 | Onln Bkg Trfn | DTO ACC 08003050575 | 2,500.00 | 012000119150848 |
| 01-19 | Onln Bkg Trfn | DTO ACC 08003171256 | 4,500.00 | 012000119163213 |
| 01-19 | POS Purchase | MERCHANT PURCHASE TERMINAL 443106 KFC H730122 LOS ANGEL CA 4490950001142046 SEQ # 101629091191 | | |
| | | | 10.90 | 000000911910000 |
| 01-19 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 GRUBHUBUMAMIBURGER GRUBHUB C NY 4490950001142046 SEQ # 101520717998 | | |
| | | | 66.92 | 000007179980000 |
| 01-20 | Outgoing Wire | Howard Wu | 400.00 | 000000000009243 |
| 01-20 | Outgoing Wire | Mick Management In c. | 4,000.00 | 000000000009223 |
| 01-20 | Analysis Servic | ANALYSIS ACTIVITY FOR 12/20 | 3,610.82 | 000000000000000 |
| 01-21 | Outgoing Wire | Howard Wu | 5,000.00 | 000000000008855 |
| 01-21 | Outgoing Wire | Taylor Woods | 5,000.00 | 000000000008868 |
| 01-21 | Outgoing Wire | Music Trip.Com Inc . | 17,000.00 | 000000000008836 |

80-03171231      PAGE

##XXH1928DPCSTM        01312108003171231

ACCOUNT STATEMENT
Page 6 of 7
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021
Total days in statement period: 31
80-03171231
( 2)

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

URBAN COMMONS LLC

| Date | Transaction Description | Subtractions | Control Number |
|------|------------------------|--------------|----------------|
| 01-21 | Onln Bkg Trfn DTO ACC 08003086439 | 4,000.00 | 012000121160314 |
| 01-21 | Onln Bkg Trfn DTO ACC 08003171348 | 32,000.00 | 012000121154858 |
| 01-21 | Onln Bkg Trfn DTO ACC 08003050575 | 33,000.00 | 012000121163606 |
| 01-22 | Outgoing Wire  Mick Management In c. | 11,000.00 | 000000000006976 |
| 01-22 | Onln Bkg Trfn DTO ACC 08003171363 | 400.00 | 012000122125533 |
| 01-22 | Preauth Debit  AMEX EPAYMENT ACH PMT 210122 | 5,964.91 | 091000014202244 |
| 01-25 | Outgoing Wire  Taylor Woods | 1,000.00 | 000000000008559 |
| 01-25 | Outgoing Wire  Howard Wu | 5,000.00 | 000000000010744 |
| 01-25 | Onln Bkg Trfn DTO ACC 08003050575 | 1,000.00 | 012000125122211 |
| 01-25 | Onln Bkg Trfn DTO ACC 08003050575 | 1,000.00 | 012000125170701 |
| 01-25 | POS Purchase   MERCHANT PURCHASE TERMINAL 449215 GRUBHUBVERSAILLESC UBA GRUBHUB C NY 4490950001142046 SEQ # 102228713486 | 227.74 | 000007134860000 |
| 01-25 | POS Purchase   MERCHANT PURCHASE TERMINAL 449215 GRUBHUBGENWAKOREAN BBQ GRUBHUB C NY 4490950001142046 SEQ # 102328715557 | 304.85 | 000007155570000 |
| 01-25 | Preauth Debit  Tesla 13 AGNT PYMNT 210125 | 1,746.54 | 041001039494880 |
| 01-25 | Preauth Debit  WELLS FARGO CARD RESERVE 210125 | 2,011.00 | 091000011286808 |
| 01-26 | Outgoing Wire  Mick Management In c. | 7,000.00 | 000000000008057 |
| 01-26 | Outgoing Wire  JMBM Depository Ac ct | 15,000.00 | 000000000009516 |
| 01-26 | Onln Bkg Trfn DTO ACC 08003171348 | 4,200.00 | 012000126120113 |
| 01-26 | Onln Bkg Trfn DTO ACC 08003050575 | 15,000.00 | 012000126115217 |
| 01-26 | Preauth Debit  REP CF MBFS D000007852 210126 | 15.00 | 096016930962850 |
| 01-26 | Preauth Debit  MBFS - 15.00 D000007844 210126 | 2,663.77 | 096016930962586 |
| 01-27 | Onln Bkg Trfn DTO ACC 08003050575 | 10,200.00 | 012000127111630 |
| 01-27 | Onln Bkg Trfn DTO ACC 08003171348 | 11,100.00 | 012000127111725 |
| 01-27 | POS Purchase   MERCHANT PURCHASE TERMINAL 449215 GRUBHUBBBQBILL GRUBHUB C NY 4490950001142046 SEQ # 102626715764 | 89.43 | 000007157640000 |
| 01-27 | Preauth Debit  BANK OF AMERICA QRMT Pymt 210126 URBAN COMM | 490.00 | 051000017217958 |
| 01-28 | Outgoing Wire  Mick Management In c. | 6,000.00 | 000000000007777 |
| 01-28 | Onln Bkg Trfn DTO ACC 08003171348 | 320.00 | 012000128140259 |
| 01-28 | Onln Bkg Trfn DTO ACC 08003171348 | 1,770.00 | 012000128140043 |
| 01-28 | Onln Bkg Trfn DTO ACC 08003171348 | 2,700.00 | 012000128154544 |
| 01-28 | Onln Bkg Trfn DTO ACC 08003050575 | 5,800.00 | 012000128133246 |
| 01-28 | Onln Bkg Trfn DTO ACC 08003050575 | 8,300.00 | 012000128134439 |
| 01-29 | Outgoing Wire  Brian Thomas De Ma rco | 7,500.00 | 000000000008809 |
| 01-29 | Outgoing Wire  Potter Anderson & Corroon LLP | 25,000.00 | 000000000008955 |
| 01-29 | Onln Bkg Trfn DTO ACC 08003050575 | 5,300.00 | 012000129151633 |
| 01-29 | Onln Bkg Trfn DTO ACC 08003086439 | 15,000.00 | 012000129152102 |
| 01-29 | POS Purchase   MERCHANT PURCHASE TERMINAL 449215 GRUBHUBNORTHERNCAF ECH GRUBHUB C NY 4490950001142046 SEQ # 102822715904 | 137.74 | 000007159040000 |

##XXH1928DPCSTM          01312108003171231L

80-03171231          PAGE

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

URBAN COMMONS LLC

ACCOUNT STATEMENT
Page 7 of 7
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021
Total days in statement period: 31
80-03171231
( 2)

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12-31 | 4,250.77 | 01-12 | 1,515.63 | 01-22 | 3,126.02 |
| 01-04 | 824.63 | 01-13 | 950.25 | 01-25 | 835.89 |
| 01-05 | 47.94 | 01-14 | 450.25 | 01-26 | -506.70 |
| 01-06 | 117.67 | 01-15 | 79.57 | 01-27 | 613.87 |
| 01-07 | 292.45 | 01-19 | 1.75 | 01-28 | -2,591.13 |
| 01-08 | 337.45 | 01-20 | -3,509.07 | 01-29 | 271.13 |
| 01-11 | 15.63 | 01-21 | 490.93 | | |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

##XXH1928DPCSTM          02282108003171231

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

ACCOUNT STATEMENT
Page 1 of 6
STARTING DATE: February 01, 2021
ENDING DATE: February 28, 2021
Total days in statement period: 28
80-03171231
( 1)

Direct inquiries to:
888 761-3967

URBAN COMMONS LLC
10250 CONSTELLATION BLVD STE 1750
CENTURY CITY CA  90067-6257

Commercial Analysis Checking

| Account number | 80-03171231 |
| Enclosures | 1 |
| Low balance | $-3,663.56 |
| Average balance | $2,324.13 |

| Beginning bal | $271.13 |
| Total additions  ( 30) | 914,338.68 |
| Total subtractions( 105) | 899,873.37 |
| Ending balance | $14,736.44 |

CREDITS

| Number | Date | Transaction Description | Additions | Control Number |
|---|---|---|---|---|
| | 02-01 | Onln Bkg Trft C FR ACC 08003121178 | 25,000.00 | 012000201155829 |
| | 02-05 | Onln Bkg Trft C FR ACC 08003121178 | 50,000.00 | 012000205150009 |
| | 02-05 | Onln Bkg Trft C FR ACC 08003121178 | 60,000.00 | 012000205161646 |
| | 02-05 | Onln Bkg Trft C FR ACC 08003121178 | 120,000.00 | 012000205141339 |
| | 02-08 | Onln Bkg Trft C FR ACC 08003121178 | 21,000.00 | 012000208115152 |
| | 02-08 | Onln Bkg Trft C FR ACC 08003121178 | 27,000.00 | 012000208135512 |
| | 02-08 | Onln Bkg Trft C FR ACC 08003121178 | 30,000.00 | 012000208175850 |
| | 02-09 | Onln Bkg Trft C FR ACC 08003121178 | 33,000.00 | 012000209154729 |
| | 02-09 | Onln Bkg Trft C FR ACC 08003121178 | 38,000.00 | 012000209121942 |
| | 02-10 | Onln Bkg Trft C FR ACC 08003121178 | 2,000.00 | 012000210114525 |
| | 02-10 | Onln Bkg Trft C FR ACC 08003121178 | 10,000.00 | 012000210113638 |
| | 02-10 | Onln Bkg Trft C FR ACC 08003121178 | 66,000.00 | 012000210160056 |
| | 02-10 | Onln Bkg Trft C FR ACC 08003121178 | 90,000.00 | 012000210160727 |
| | 02-11 | Onln Bkg Trft C FR ACC 08003121178 | 12,000.00 | 012000211161353 |
| | 02-11 | Onln Bkg Trft C FR ACC 08003121178 | 15,000.00 | 012000211124513 |
| | 02-11 | Onln Bkg Trft C FR ACC 08003121178 | 37,000.00 | 012000211122630 |
| | 02-12 | Onln Bkg Trft C FR ACC 08003121178 | 7,500.00 | 012000212135614 |
| | 02-12 | Onln Bkg Trft C FR ACC 08003121178 | 127,000.00 | 012000212122828 |
| | 02-16 | Onln Bkg Trft C FR ACC 08003121178 | 26,000.00 | 012000216053201 |
| | 02-16 | Onln Bkg Trft C FR ACC 08003121178 | 30,000.00 | 012000216135835 |

##XXH1928DPCSTM        02282108003171231

```
                                        ACCOUNT STATEMENT
                                            Page 2 of 6
135 N. Los Robles Ave., 6TH FL.          STARTING DATE: February 01, 2021
Pasadena, CA. 91101                      ENDING DATE: February 28, 2021
                                       Total days in statement period: 28
        URBAN COMMONS LLC                     80-03171231
                                                ( 1)
```

| Number | Date | Transaction Description | Additions | Control Number |
|---|---|---|---|---|
| | 02-16 | Deposit          TLR 606 BR 8006 | 10,000.00 | 021300606125337 |
| | 02-17 | Onln Bkg Trft C FR ACC 08003121178 | 2,000.00 | 012000217125715 |
| | 02-17 | Onln Bkg Trft C FR ACC 08003121178 | 10,000.00 | 012000217155835 |
| | 02-17 | Onln Bkg Trft C FR ACC 08003121178 | 14,000.00 | 012000217123643 |
| | 02-17 | Deposit | 22,538.68 | 000007054120520 |
| | 02-19 | Onln Bkg Trft C FR ACC 08003121178 | 100.00 | 012000219162114 |
| | 02-19 | Onln Bkg Trft C FR ACC 08003121178 | 5,000.00 | 012000219114723 |
| | 02-22 | Onln Bkg Trft C FR ACC 08003050575 | 600.00 | 012000222112418 |
| | 02-22 | Onln Bkg Trft C FR ACC 08003171264 | 3,600.00 | 012000222112224 |
| | 02-26 | Wire Trans-IN   TAYLOR R WOODS | 20,000.00 | 000000000009678 |

**CHECKS**

| Number | Date | Amount | Control |
|---|---|---|---|
| 104 | 02-16 | 2,000.00 | 800009267890480 |

**DEBITS**

| Date | Transaction Description | Subtractions | Control Number |
|---|---|---|---|
| 02-01 | Outgoing Wire  Potter Anderson & Corroon LLP | 25,000.00 | 000000000009542 |
| 02-01 | POS Purchase   MERCHANT PURCHASE TERMINAL 449215 | | |
| | GRUBHUBHAIDILAOHOT POT GRUBHUB C NY | | |
| | 4490950001142046 SEQ # 103028719068 | 92.77 | 000007190680000 |
| 02-02 | POS Purchase   MERCHANT PURCHASE TERMINAL 469216 AMZN Mktp | | |
| | US RR57F 4723 Amzn com WA 4490950001142046 | | |
| | SEQ # 103223100391 | 69.48 | 000001003910000 |
| 02-05 | Outgoing Wire  Richard B. Gerdts | 5,095.89 | 000000000009053 |
| 02-05 | Outgoing Wire  First Choice Bank | 10,000.00 | 000000000009014 |
| 02-05 | Outgoing Wire  JMBM Depository Ac ct | 15,000.00 | 000000000007802 |
| 02-05 | Outgoing Wire  Howard Wu | 15,000.00 | 000000000008396 |
| 02-05 | Outgoing Wire  Taylor Woods | 15,000.00 | 000000000008437 |
| 02-05 | Outgoing Wire  Potter Anderson & Corroon LLP | 100,000.00 | 000000000007821 |
| 02-05 | Onln Bkg Trfn DTO ACC 08003050575 | 100.00 | 012000205145820 |
| 02-05 | Onln Bkg Trfn DTO ACC 08003171363 | 100.00 | 012000205145900 |
| 02-05 | Onln Bkg Trfn DTO ACC 08003171348 | 1,000.00 | 012000205160712 |
| 02-05 | Onln Bkg Trfn DTO ACC 08003086439 | 68,300.00 | 012000205161805 |
| 02-08 | Outgoing Wire  Howard Wu | 27,000.00 | 000000000008207 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003091066 | 2,400.00 | 012000208180334 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003050567 | 3,000.00 | 012000208181117 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003050575 | 4,200.00 | 012000208115358 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003050906 | 6,200.00 | 012000208180808 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003171348 | 6,700.00 | 012000208115709 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003050575 | 10,000.00 | 012000208115319 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003171264 | 17,000.00 | 012000208181808 |

80-03171231    PAGE

##XXH1928DPCSTM          02282108003171231

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

URBAN COMMONS LLC

ACCOUNT STATEMENT
Page 3 of 6
STARTING DATE: February 01, 2021
ENDING DATE: February 28, 2021
Total days in statement period: 28
80-03171231
( 1)

| Date | Transaction Description | | Subtractions | Control Number |
|------|------------|------------|------|------|
| 02-08 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 GRUBHUBGENWAKOREAN BBQ GRUBHUB C NY 4490950001142046 SEQ # 103728715572 | 156.80 | 000007155720000 |
| 02-09 | Outgoing Wire | Mick Management In c. | 33,000.00 | 000000000007379 |
| 02-09 | Onln Bkg Trfn | DTO ACC 08003171348 | 8,000.00 | 012000209122450 |
| 02-09 | Onln Bkg Trfn | DTO ACC 08003171363 | 9,500.00 | 012000209122243 |
| 02-09 | Onln Bkg Trfn | DTO ACC 08003050575 | 20,000.00 | 012000209122149 |
| 02-09 | Preauth Debit | DTF - 0.00 D000008388 210209 | 1,657.84 | 096016930076472 |
| 02-10 | Outgoing Wire | Global Law Group C orporation | 1,811.00 | 000000000004937 |
| 02-10 | Outgoing Wire | Donald J. Watson J r | 5,000.00 | 000000000007361 |
| 02-10 | Outgoing Wire | PWC Developers LLC | 20,000.00 | 000000000007476 |
| 02-10 | Outgoing Wire | Potter Anderson & Corroon LLP | 100,000.00 | 000000000007338 |
| 02-10 | Onln Bkg Trfn | DTO ACC 08003171348 | 1,000.00 | 012000210113745 |
| 02-10 | Onln Bkg Trfn | DTO ACC 08003171348 | 2,700.00 | 012000210162214 |
| 02-10 | Onln Bkg Trfn | DTO ACC 08003050575 | 3,000.00 | 012000210113713 |
| 02-10 | Onln Bkg Trfn | DTO ACC 08003086439 | 29,000.00 | 012000210160450 |
| 02-10 | Preauth Debit | AMEX EPAYMENT ACH PMT 210210 | 5,930.99 | 091000017034959 |
| 02-11 | Outgoing Wire | JMBM Depository Ac ct | 15,000.00 | 000000000003537 |
| 02-11 | Outgoing Wire | Howard Wu | 30,000.00 | 000000000003403 |
| 02-11 | Onln Bkg Trfn | DTO ACC 08003171348 | 2,500.00 | 012000211124321 |
| 02-11 | Onln Bkg Trfn | DTO ACC 08003050575 | 4,500.00 | 012000211124227 |
| 02-11 | Onln Bkg Trfn | DTO ACC 08003171348 | 4,650.00 | 012000211161541 |
| 02-11 | Onln Bkg Trfn | DTO ACC 08003050575 | 7,500.00 | 012000211161657 |
| 02-12 | Outgoing Wire | Brian Thomas De Ma rco | 7,500.00 | 000000000003143 |
| 02-12 | Outgoing Wire | Howard Wu | 10,000.00 | 000000000002463 |
| 02-12 | Outgoing Wire | Taylor Woods | 10,000.00 | 000000000002476 |
| 02-12 | Onln Bkg Trfn | DTO ACC 08003171348 | 4,200.00 | 012000212124158 |
| 02-12 | Onln Bkg Trfn | DTO ACC 08003171264 | 16,500.00 | 012000212124332 |
| 02-12 | Onln Bkg Trfn | DTO ACC 08003050575 | 17,100.00 | 012000212124123 |
| 02-12 | Onln Bkg Trfn | DTO ACC 08003086439 | 66,760.00 | 012000212125646 |
| 02-12 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 AMERICAN AIR001215 651103FORT WORT TX 4490950001142046 SEQ # 104223978000 | 11.20 | 000009780000000 |
| 02-12 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 AMERICAN AIR001215 651103FORT WORT TX 4490950001142046 SEQ # 104226978000 | 11.20 | 000009780000000 |
| 02-12 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 AMERICAN AIR001215 651103FORT WORT TX 4490950001142046 SEQ # 104228978000 | 11.20 | 000009780000000 |
| 02-12 | Preauth Debit | BANK OF AMERICA QRMT Pymt 210211 URBAN COMM | 702.32 | 051000019175686 |
| 02-12 | Preauth Debit | BANK OF AMERICA QRMT Pymt 210211 URBAN COMM | 1,398.18 | 051000019175688 |
| 02-16 | Outgoing Wire | NES Financial Corp . | 3,000.00 | 000000000006704 |

##XXH1928DPCSTM          02282108003171231I

ACCOUNT STATEMENT
Page 4 of 6
STARTING DATE: February 01, 2021
ENDING DATE: February 28, 2021
Total days in statement period: 28
80-03171231
( 1 )

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

URBAN COMMONS LLC

| Date | Transaction Description | | Subtractions | Control Number |
|------|------------------------|---|------------|----------------|
| 02-16 | Outgoing Wire | G&B Law, LLP | 30,000.00 | 000000000005603 |
| 02-16 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL NVBGOX02 3600 LAS VEGAS BLV D SO LAS VEGAS NV 4490950001142046 SEQ # 104500009721 | 508.99 | 000000097210000 |
| 02-16 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL NVBGOX02 3600 LAS VEGAS BLV D SO LAS VEGAS NV 4490950001142046 SEQ # 104600009894 | 508.99 | 000000009894000D |
| 02-16 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL NVBGOX01 3600 LAS VEGAS BLV D SO LAS VEGAS NV 4490950001142046 SEQ # 104400006515 | 2,008.99 | 000000065150000 |
| 02-16 | Onln Bkg Trfn | DTO ACC 08003171348 | 100.00 | 012000216115646 |
| 02-16 | Onln Bkg Trfn | DTO ACC 08003091066 | 2,300.00 | 012000216121420 |
| 02-16 | Onln Bkg Trfn | DTO ACC 08003050575 | 4,300.00 | 012000216124348 |
| 02-16 | Onln Bkg Trfn | DTO ACC 08003050575 | 5,000.00 | 012000216115448 |
| 02-16 | Onln Bkg Trfn | DTO ACC 08003171363 | 10,700.00 | 012000216115611 |
| 02-16 | POS Purchase | POS PURCHASE TERMINAL 19867171 CASHMAN PHOTO ENTE RPRISELAS VEGAS NV 4490950001142046 SEQ # 104521916909 | 44.00 | 000009169090000 |
| 02-16 | POS Purchase | POS PURCHASE TERMINAL 77827301 SQ *ALISA J. STEIN HAUE LAS VEGAS NV 4490950001142046 SEQ # 104322346623 | 287.50 | 000003466230000 |
| 02-16 | POS Purchase | POS PURCHASE TERMINAL NVBGOX02 EVI*BELLAGIO LAS VEGAS NV 4490950001142046 SEQ # 104617870012 | 522.95 | 000008700120000 |
| 02-16 | POS Purchase | POS PURCHASE TERMINAL NVBGOX14 EVI*BELLAGIO LAS VEGAS NV 4490950001142046 SEQ # 104618112845 | 522.95 | 000001128450000 |
| 02-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 405523 CURB SVC LV NEW CA B LAS VEGAS NV 4490950001142046 SEQ # 104722046023 | 18.55 | 000000460230000 |
| 02-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 486948 TAXI SVC LV NELLIS CAB Long Isla NY 4490950001142046 SEQ # 104527263761 | 19.40 | 000002637610000 |
| 02-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 413746 LAS VEGAS COFFEE I NVESTOLAS VEGAS NV 4490950001142046 SEQ # 104528300551 | 25.97 | 000003005510000 |
| 02-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 STARBUCKS FLV LAS VEGAS NV 4490950001142046 SEQ # 104725006140 | 56.63 | 000000061400000D |
| 02-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 443106 YARD HOUSE 0108353 LAS VEGAS NV 4490950001142046 SEQ # 104625091900 | 198.19 | 000000919000000 |

80-03171231    PAGE

##XXH1928DPCSTM          02282108003171231

```
                                              ACCOUNT STATEMENT
                                                  Page 5 of 6
135 N. Los Robles Ave., 6TH FL.          STARTING DATE: February 01, 2021
Pasadena, CA. 91101                        ENDING DATE: February 28, 2021
                                         Total days in statement period: 28
        URBAN COMMONS LLC                              80-03171231
                                                          ( 1)
```

| Date | Transaction | Description | Subtractions | Control Number |
|------|-------------|-------------|--------------|----------------|
| 02-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 424818 VENMO* VISA DIRE NY 4490950001142046 SEQ # 104518332180 | 500.00 | 000003321800000 |
| 02-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 424818 VENMO* VISA DIRE NY 4490950001142046 SEQ # 104518312757 | 1,000.00 | 000003127570000 |
| 02-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 424818 VENMO* VISA DIRE NY 4490950001142046 SEQ # 104617566249 | 1,400.00 | 000005662490000 |
| 02-17 | Outgoing Wire | Howard Wu | 10,000.00 | 000000000005509 |
| 02-17 | Onln Bkg Trfn | DTO ACC 08003050575 | 2,000.00 | 012000217125832 |
| 02-17 | Onln Bkg Trfn | DTO ACC 08003050575 | 5,000.00 | 012000217132243 |
| 02-17 | Onln Bkg Trfn | DTO ACC 08003171348 | 6,800.00 | 012000217132419 |
| 02-17 | POS Purchase | MERCHANT PURCHASE TERMINAL 486948 TAXI SVC LV YCS LAS VEGAS NV 4490950001142046 SEQ # 104722262626 | 18.22 | 000002626260000 |
| 02-17 | POS Purchase | MERCHANT PURCHASE TERMINAL 486948 TAXI SVC LV YCS LAS VEGAS NV 4490950001142046 SEQ # 104726262626 | 22.81 | 000002626260000 |
| 02-17 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 AMERICAN AIR001026 462761FORT WORT TX 4490950001142046 SEQ # 104720978000 | 30.00 | 000009780000000 |
| 02-17 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 AMERICAN AIR001026 462761FORT WORT TX 4490950001142046 SEQ # 104722978000 | 30.00 | 000009780000000 |
| 02-17 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 AMERICAN AIR001026 462760FORT WORT TX 4490950001142046 SEQ # 104724978000 | 30.00 | 000009780000000 |
| 02-17 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 AMERICAN AIR001026 462760FORT WORT TX 4490950001142046 SEQ # 104728978000 | 30.00 | 000009780000000 |
| 02-17 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 AMERICAN AIR001026 462760FORT WORT TX 4490950001142046 SEQ # 104726978000 | 70.00 | 000009780000000 |
| 02-17 | POS Purchase | MERCHANT PURCHASE TERMINAL 416407 FEDEX 772901666981 800 46333 TN 4490950001142046 SEQ # 104721741016 | 83.35 | 000007410160000 |
| 02-18 | Onln Bkg Trfn | DTO ACC 08003171348 | 7,000.00 | 012000218115539 |
| 02-18 | Onln Bkg Trfn | DTO ACC 08003050575 | 16,000.00 | 012000218115202 |
| 02-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 413746 NORDSTROM 384 LOS ANGEL CA 4490950001142046 SEQ # 104929001161 | 5.00 | 000000011610000 |

##XXH1928DPCSTM          02282108003171231

```
                                        ACCOUNT STATEMENT
                                             Page 6 of 6
135 N. Los Robles Ave., 6TH FL.          STARTING DATE: February 01, 2021
Pasadena, CA. 91101                       ENDING DATE: February 28, 2021
                                        Total days in statement period: 28
      URBAN COMMONS LLC                          80-03171231
                                                   ( 1)
```

| Date | Transaction Description | | Subtractions | Control Number |
|------|------------------------|---|-------------|----------------|
| 02-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 469029 LA CREME CAFE 2 LOS ANGEL CA 4490950001142046 SEQ # 104829017025 | 19.64 | 000000170250000 |
| 02-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 426979 ECHIGO RESTAURANT LOS ANGEL CA 4490950001142046 SEQ # 104827500424 | 416.32 | 00005004240000 |
| 02-18 | Preauth Debit | WELLS FARGO CARD PHONE PYMT 210218 | 2,005.00 | 091000014686740 |
| 02-19 | Onln Bkg Trfn | DTO ACC 08003050575 | 5,000.00 | 012000219114943 |
| 02-19 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 SHAKE SHACK 1166 LOS ANGEL CA 4490950001142046 SEQ # 104923100021 | 20.78 | 000001000210000 |
| 02-22 | Outgoing Wire | Fred Hulls | 2,692.30 | 000000000007886 |
| 02-22 | Analysis Servic | ANALYSIS ACTIVITY FOR 01/21 | 3,751.01 | 000000000000000 |
| 02-22 | Preauth Debit | BILLMATRIX BILLPAYFEE 210222 15876609572 | 5.00 | 031101113688559 |
| 02-22 | Preauth Debit | CHAN & CHEN LLP SALE 210222 | 400.00 | 021000023763810 |
| 02-22 | Preauth Debit | LAMBORGHINI AGEN BILL PAY 210222 15876609571 | 1,461.96 | 031101113841831 |
| 02-26 | Onln Bkg Trfn | DTO ACC 08003171363 | 250.00 | 012000226161426 |
| 02-26 | Onln Bkg Trfn | DTO ACC 08003171348 | 600.00 | 012000226161841 |
| 02-26 | Onln Bkg Trfn | DTO ACC 08003050575 | 750.00 | 012000226161238 |

```
DAILY BALANCES
Date          Amount      Date          Amount      Date          Amount
01-31         271.13      02-09         698.35      02-17      25,813.45
02-01         178.36      02-10         256.36      02-18         367.49
02-02         108.88      02-11         106.36      02-19         446.71
02-05         512.99      02-12         412.26      02-22      -3,663.56
02-08       1,856.19      02-16       1,389.15      02-26      14,736.44
```

OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

80-03171231        PAGE

##XXH1928DPCSTM        03312108003171231

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

```
                                    ACCOUNT STATEMENT
                                       Page 1 of 5
                            STARTING DATE: March 01, 2021
                              ENDING DATE: March 31, 2021
                    Total days in statement period: 31
                                        80-03171231
                                            ( 0)

                              Direct inquiries to:
                                 888 761-3967
```

URBAN COMMONS LLC
10250 CONSTELLATION BLVD STE 1750
CENTURY CITY CA  90067-6257

Commercial Analysis Checking

| | |
|---|---|
| Account number | 80-03171231 |
| Low balance | $-3,080.44 |
| Average balance | $5,391.81 |

| | | |
|---|---|---|
| Beginning bal | | $14,736.44 |
| Total additions | ( 21) | 632,970.00 |
| Total subtractions | ( 84) | 647,669.11 |
| Ending balance | | $37.33 |

CREDITS

| Number | Date | Transaction Description | Additions | Control Number |
|---|---|---|---|---|
| | 03-04 | Wire Trans-IN    TAYLOR R WOODS | 100,000.00 | 000000000007367 |
| | 03-08 | Onln Bkg Trft C FR ACC 08003121178 | 5,000.00 | 012000308140757 |
| | 03-08 | Onln Bkg Trft C FR ACC 08003121178 | 45,000.00 | 012000308154937 |
| | 03-09 | Onln Bkg Trft C FR ACC 08003121178 | 25,000.00 | 012000309155606 |
| | 03-09 | Onln Bkg Trft C FR ACC 08003121178 | 100,000.00 | 012000309161107 |
| | 03-11 | Onln Bkg Trft C FR ACC 08003121178 | 100,000.00 | 012000311130833 |
| | 03-11 | Wire Trans-IN    TAYLOR R WOODS | 50,000.00 | 000000000007068 |
| | 03-17 | Onln Bkg Trft C FR ACC 08003050906 | 4,000.00 | 012000317115434 |
| | 03-18 | Onln Bkg Trft C FR ACC 08003091066 | 300.00 | 012000318115553 |
| | 03-19 | Wire Trans-IN    TAYLOR R WOODS | 45,000.00 | 000000000007537 |
| | 03-22 | Onln Bkg Trft C FR ACC 08003171256 | 700.00 | 012000322140459 |
| | 03-22 | Onln Bkg Trft C FR ACC 08003171256 | 25,000.00 | 012000322162157 |
| | 03-26 | Onln Bkg Trft C FR ACC 08003171256 | 1,000.00 | 012000326161451 |
| | 03-29 | Onln Bkg Trft C FR ACC 08003121178 | 170.00 | 012000329131154 |
| | 03-29 | Onln Bkg Trft C FR ACC 08003171256 | 1,100.00 | 012000329130858 |
| | 03-29 | Wire Trans-IN    TAYLOR R WOODS | 80,000.00 | 000000000007851 |
| | 03-30 | Onln Bkg Trft C FR ACC 08003171348 | 1,000.00 | 012000330100646 |
| | 03-31 | Onln Bkg Trft C FR ACC 08003171348 | 500.00 | 012000331154719 |
| | 03-31 | Onln Bkg Trft C FR ACC 08003091066 | 19,200.00 | 012000331154427 |
| | 03-31 | Onln Bkg Trft C FR ACC 08003091066 | 25,000.00 | 012000331111934 |

##XXH1928DPCSTM          03312108003171231

```
                                        ACCOUNT STATEMENT
                                            Page 2 of 5
135 N. Los Robles Ave., 6TH FL.         STARTING DATE: March 01, 2021
Pasadena, CA. 91101                     ENDING DATE: March 31, 2021
                                    Total days in statement period: 31
        URBAN COMMONS LLC                       80-03171231
                                                  ( 0)
```

| Number | Date | Transaction Description | Additions | Control Number |
|--------|------|-------------------------|-----------|----------------|
| | 03-31 | Wire Trans-IN  TAYLOR R WOODS | 5,000.00 | 000000000008291 |

DEBITS

| Date | Transaction Description | Subtractions | Control Number |
|------|-------------------------|--------------|----------------|
| 03-01 | Onln Bkg Trfn DTO ACC 08003171363 | 2,400.00 | 012000301111804 |
| 03-02 | Outgoing Wire  TD Ameritrade Clea ring, Inc. | 2,250.00 | 000000000006713 |
| 03-02 | Onln Bkg Trfn DTO ACC 08003050906 | 400.00 | 012000302112711 |
| 03-02 | Onln Bkg Trfn DTO ACC 08003050575 | 3,200.00 | 012000302114933 |
| 03-02 | Onln Bkg Trfn DTO ACC 08003171348 | 4,650.00 | 012000302112448 |
| 03-04 | Outgoing Wire  Woolley Investment s LLC | 25,000.00 | 000000000007570 |
| 03-04 | Outgoing Wire  CHIDI FUNK FAMILY TRUST | 25,000.00 | 000000000007615 |
| 03-04 | Onln Bkg Trfn DTO ACC 08003050575 | 1,700.00 | 012000304112812 |
| 03-04 | Onln Bkg Trfn DTO ACC 08003050575 | 6,000.00 | 012000304161557 |
| 03-05 | Outgoing Wire  First Choice Bank | 10,000.00 | 000000000008466 |
| 03-05 | Onln Bkg Trfn DTO ACC 08003050567 | 2,900.00 | 012000305150604 |
| 03-05 | Onln Bkg Trfn DTO ACC 08003050575 | 5,000.00 | 012000305165522 |
| 03-08 | Outgoing Wire  Hilaree Massaro | 1,923.08 | 000000000007285 |
| 03-08 | Outgoing Wire  Howard Wu | 10,000.00 | 000000000008644 |
| 03-08 | Outgoing Wire  Taylor Woods | 10,000.00 | 000000000008652 |
| 03-08 | Outgoing Wire  JMBM Depository Ac ct | 10,000.00 | 000000000008770 |
| 03-08 | Onln Bkg Trfn DTO ACC 08003171348 | 2,000.00 | 012000308134452 |
| 03-08 | Onln Bkg Trfn DTO ACC 08003050575 | 3,200.00 | 012000308161643 |
| 03-08 | Onln Bkg Trfn DTO ACC 08003171348 | 3,800.00 | 012000308161826 |
| 03-08 | Onln Bkg Trfn DTO ACC 08003050575 | 5,000.00 | 012000308154004 |
| 03-08 | Onln Bkg Trfn DTO ACC 08003086439 | 5,000.00 | 012000308163155 |
| 03-08 | Onln Bkg Trfn DTO ACC 08003050575 | 15,000.00 | 012000308133619 |
| 03-08 | Preauth Debit  BANK OF AMERICA QRMT Pymt 210305 URBAN COMM | 600.00 | 051000011101391 |
| 03-08 | Preauth Debit  WELLS FARGO CARD RESERVE 210308 | 2,005.00 | 091000012819534 |
| 03-08 | Preauth Debit  MBFS WEB PAY 210304 5000974113001 | 2,588.77 | 028000087350689 |
| 03-09 | Outgoing Wire  GTC Consultants In c. | 5,000.00 | 000000000007662 |
| 03-09 | Outgoing Wire  Donald J. Watson J r | 5,000.00 | 000000000007678 |
| 03-09 | Outgoing Wire  Richard B. Gerdts | 5,095.89 | 000000000007556 |
| 03-09 | Outgoing Wire  Abington Emerson I nvestments, LLC | 10,000.00 | 000000000007546 |
| 03-09 | Outgoing Wire  Mick Management In c. | 33,000.00 | 000000000007668 |
| 03-09 | Outgoing Wire  J. Brian Urtnowski , P.C. | 50,000.00 | 000000000007656 |
| 03-09 | Onln Bkg Trfn DTO ACC 08003171348 | 1,200.00 | 012000309125013 |
| 03-09 | Onln Bkg Trfn DTO ACC 08003050575 | 2,000.00 | 012000309164356 |
| 03-09 | Onln Bkg Trfn DTO ACC 08003050575 | 4,000.00 | 012000309162954 |
| 03-09 | Onln Bkg Trfn DTO ACC 08003050575 | 8,000.00 | 012000309160941 |
| 03-10 | Onln Bkg Trfn DTO ACC 08003171363 | 400.00 | 012000310120156 |
| 03-10 | Onln Bkg Trfn DTO ACC 08003050575 | 1,000.00 | 012000310115929 |
| 03-10 | Onln Bkg Trfn DTO ACC 08003050906 | 1,200.00 | 012000310140917 |

##XXH1928DPCSTM          03312108003171231

ACCOUNT STATEMENT
Page 3 of 5

135 N. Los Robles Ave., 6TH FL.                STARTING DATE: March 01, 2021
Pasadena, CA. 91101                              ENDING DATE: March 31, 2021
                                          Total days in statement period: 31
     URBAN COMMONS LLC                                   80-03171231
                                                            ( 0)

| Date | Transaction Description | | Subtractions | Control Number |
|------|------------------------|---|-------------|----------------|
| 03-10 | Onln Bkg Trfn DTO ACC 08003171348 | | 2,200.00 | 012000310120308 |
| 03-11 | Outgoing Wire  Potter Anderson & Corroon LLP | | 100,000.00 | 000000000005907 |
| 03-11 | Onln Bkg Trfn DTO ACC 08003050575 | | 200.00 | 012000311113336 |
| 03-11 | Onln Bkg Trfn DTO ACC 08003121178 | | 50,000.00 | 012000311151820 |
| 03-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 ME ET F HTTPSPOST CA 4490950001142046 SEQ # 107326637427 | 24.66 | 000006374270000 |
| 03-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 GU YI R HTTPSPOST CA 4490950001142046 SEQ # 107327637427 | 68.16 | 000006374270000 |
| 03-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 VERIZONWRLSS RTCCR VB 800 922 O FL 4490950001142046 SEQ # 107323100171 | 527.74 | 000001001710000 |
| 03-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 107526637479 | 6.17 | 000006374790000 |
| 03-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 107528637479 | 17.04 | 000006374790000 |
| 03-16 | Analysis Servic | ANALYSIS ACTIVITY FOR 02/21 | 4,260.37 | 000000000000000 |
| 03-17 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 NO RTHE HTTPSPOST CA 4490950001142046 SEQ # 107523637515 | 46.39 | 000006375150000 |
| 03-18 | Onln Bkg Trfn DTO ACC 08003050906 | | 50.00 | 012000318124024 |
| 03-18 | Onln Bkg Trfn DTO ACC 08003171348 | | 850.00 | 012000318121619 |
| 03-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 107621637526 | 11.60 | 000006375260000 |
| 03-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 ME ET F HTTPSPOST CA 4490950001142046 SEQ # 107623637564 | 16.79 | 000006375640000 |
| 03-19 | Outgoing Wire  Woolley Investment s LLC | | 5,000.00 | 000000000007569 |
| 03-19 | Onln Bkg Trfn DTO ACC 08003086439 | | 2,000.00 | 012000319163016 |
| 03-19 | Onln Bkg Trfn DTO ACC 08003050575 | | 5,000.00 | 012000319161449 |
| 03-19 | Onln Bkg Trfn DTO ACC 08003050906 | | 6,000.00 | 012000319191129 |
| 03-19 | Onln Bkg Trfn DTO ACC 08003171256 | | 27,000.00 | 012000319191803 |
| 03-19 | POS Purchase | POS PURCHASE TERMINAL 77827301 SQ *BRIGITTE KNERR SANTA MON CA 4490950001142046 SEQ # 107719188346 | 75.00 | 000001883460000 |
| 03-19 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 107823637621 | 4.20 | 000006376210000 |
| 03-22 | Outgoing Wire  Potter Anderson & Corroon LLP | | 20,000.00 | 000000000008466 |
| 03-22 | Onln Bkg Trfn DTO ACC 08003050906 | | 675.00 | 012000322140555 |

80-03171231    PAGE

##XXH1928DPCSTM        03312108003171231

```
                                         ACCOUNT STATEMENT
                                             Page 4 of 5
135 N. Los Robles Ave., 6TH FL.          STARTING DATE: March 01, 2021
Pasadena, CA. 91101                      ENDING DATE: March 31, 2021
                                     Total days in statement period: 31
        URBAN COMMONS LLC                      80-03171231
                                                 ( 0)
```

| Date | Transaction Description | Subtractions | Control Number |
|------|------------------------|--------------|----------------|
| 03-22 | Onin Bkg Trfn DTO ACC 08003171348 | 3,800.00 | 012000322162810 |
| 03-22 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 108129637757 | 5.08 | 000006377570000 |
| 03-22 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 107921637675 | 6.64 | 000006376750000 |
| 03-22 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 NO BLE HTTPSPOST CA 4490950001142046 SEQ # 107921637712 | 20.30 | 000006377120000 |
| 03-22 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 YI FANG HTTPSPOST CA 4490950001142046 SEQ # 107829637667 | 26.55 | 000006376670000 |
| 03-23 | Onin Bkg Trfn DTO ACC 08868001960 | 100.00 | 012000323173523 |
| 03-23 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 108229637800 | 25.34 | 000006378000000 |
| 03-23 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 CA SSIA HTTPSPOST CA 4490950001142046 SEQ # 108128637792 | 101.36 | 000006377920000 |
| 03-25 | Onin Bkg Trfn DTO ACC 08003050575 | 200.00 | 012000325124251 |
| 03-25 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 108420637881 | 5.69 | 000006378870000 |
| 03-25 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 NO BLE HTTPSPOST CA 4490950001142046 SEQ # 108329637887 | 22.77 | 000006378810000 |
| 03-26 | Onin Bkg Trfn DTO ACC 08003050575 | 1,000.00 | 012000326161609 |
| 03-26 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 LJ S S HTTPSPOST CA 4490950001142046 SEQ # 108424637925 | 46.91 | 000006379250000 |
| 03-29 | Outgoing Wire  Potter Anderson & Corroon LLP | 30,000.00 | 000000000007989 |
| 03-29 | Onin Bkg Trfn DTO ACC 08003091066 | 2,060.00 | 012000329131448 |
| 03-29 | Onin Bkg Trfn DTO ACC 08868001960 | 50,000.00 | 012000329153927 |
| 03-29 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 108726637025 | 4.09 | 000006370250000 |
| 03-29 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 108523637935 | 11.73 | 000006379350000 |
| 03-29 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 YI FANG HTTPSPOST CA 4490950001142046 SEQ # 108523637977 | 16.35 | 000006379770000 |

```
                                    80-03171231         PAGE
##XXH1928DPCSTM          03312108003171231
```

```
                                        ACCOUNT STATEMENT
                                            Page 5 of 5
135 N. Los Robles Ave., 6TH FL.         STARTING DATE: March 01, 2021
Pasadena, CA. 91101                      ENDING DATE: March 31, 2021
                                    Total days in statement period: 31
        URBAN COMMONS LLC                        80-03171231
                                                   ( 0)
```

| Date | Transaction Description | Subtractions | Control Number |
|------|------------------------|--------------|----------------|
| 03-30 | Preauth Debit  BANK OF AMERICA QRMT Pymt 210329 URBAN COMM | | |
| | | 670.44 | 051000017819732 |
| 03-31 | Outgoing Wire  Potter Anderson & Corroon LLP | 25,000.00 | 000000000000022 |
| 03-31 | Outgoing Wire  Potter Anderson & Corroon LLP | 25,000.00 | 000000000008327 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02-28 | 14,736.44 | 03-10 | 2,023.70 | 03-22 | 1,332.01 |
| 03-01 | 12,336.44 | 03-11 | 1,823.70 | 03-23 | 1,105.31 |
| 03-02 | 1,836.44 | 03-15 | 1,203.14 | 03-25 | 876.85 |
| 03-04 | 44,136.44 | 03-16 | -3,080.44 | 03-26 | 829.94 |
| 03-05 | 26,236.44 | 03-17 | 873.17 | 03-29 | 7.77 |
| 03-08 | 5,119.59 | 03-18 | 244.78 | 03-30 | 337.33 |
| 03-09 | 6,823.70 | 03-19 | 165.58 | 03-31 | 37.33 |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

80-03171231    PAGE

##XXH1928DPCSTM          04302108003171231

ACCOUNT STATEMENT
Page 1 of 4
STARTING DATE: April 01, 2021
ENDING DATE: April 30, 2021
Total days in statement period: 30
80-03171231
( 2)

Direct inquiries to:
888 761-3967

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

URBAN COMMONS LLC
10250 CONSTELLATION BLVD STE 1750
CENTURY CITY CA  90067-6257

Commercial Analysis Checking

| Account number | 80-03171231 |
| Enclosures | 2 |
| Low balance | $-3,669.25 |
| Average balance | $218.15 |

| | | |
|---|---|---|
| Beginning bal | | $37.33 |
| Total additions | ( 39) | 274,563.33 |
| Total subtractions | ( 53) | 274,395.52 |
| Ending balance | | $205.14 |

CREDITS

| Number | Date | Transaction Description | Additions | Control Number |
|---|---|---|---|---|
| | 04-01 | Onln Bkg Trft C FR ACC 08003171348 | 200.00 | 012000401120404 |
| | 04-01 | Onln Bkg Trft C FR ACC 08003171348 | 1,100.00 | 012000401174425 |
| | 04-02 | Wire Trans-IN   TAYLOR R WOODS | 15,000.00 | 000000000003833 |
| | 04-05 | Onln Bkg Trft C FR ACC 08003050906 | 1,100.00 | 012000405111754 |
| | 04-05 | Onln Bkg Trft C FR ACC 08003171256 | 2,000.00 | 012000405111347 |
| | 04-07 | Onln Bkg Trft C FR ACC 08003121178 | 40.00 | 012000407164105 |
| | 04-07 | Onln Bkg Trft C FR ACC 08003086439 | 75.00 | 012000407163602 |
| | 04-07 | Onln Bkg Trft C FR ACC 08003050567 | 90.00 | 012000407163703 |
| | 04-07 | Onln Bkg Trft C FR ACC 08868001960 | 90.00 | 012000407163937 |
| | 04-07 | Onln Bkg Trft C FR ACC 08003091066 | 200.00 | 012000407163450 |
| | 04-07 | Onln Bkg Trft C FR ACC 08003050906 | 1,500.00 | 012000407163152 |
| | 04-07 | Onln Bkg Trft C FR ACC 08003052936 | 5,500.00 | 012000407163340 |
| | 04-08 | Onln Bkg Trft C FR ACC 08003052936 | 49,500.00 | 012000408163342 |
| | 04-09 | Onln Bkg Trft C FR ACC 08003050906 | 500.00 | 012000409122432 |
| | 04-09 | Onln Bkg Trft C FR ACC 08003050906 | 500.00 | 012000409123058 |
| | 04-09 | Onln Bkg Trft C FR ACC 08003052936 | 2,500.00 | 012000409122359 |
| | 04-09 | Onln Bkg Trft C FR ACC 08003052936 | 10,000.00 | 012000409144848 |
| | 04-15 | Onln Bkg Trft C FR ACC 08003050575 | 1,000.00 | 012000415163435 |
| | 04-15 | Onln Bkg Trft C FR ACC 08003050575 | 1,500.00 | 012000415161443 |
| | 04-15 | Onln Bkg Trft C FR ACC 08003086439 | 2,805.00 | 012000415161408 |

80-03171231          PAGE

##XXH1928DPCSTM          04302108003171231

```
                                              ACCOUNT STATEMENT
                                                 Page 2 of 4
135 N. Los Robles Ave., 6TH FL.            STARTING DATE: April 01, 2021
Pasadena, CA. 91101                         ENDING DATE: April 30, 2021
                                        Total days in statement period: 30
         URBAN COMMONS LLC                      80-03171231
                                                    ( 2)
```

| Number | Date | Transaction Description | Additions | Control Number |
|---|---|---|---|---|
| | 04-16 | Onln Bkg Trft C FR ACC 08003121178 | 25,000.00 | 012000416122822 |
| | 04-19 | Onln Bkg Trft C FR ACC 08003050575 | 5,000.00 | 012000419161904 |
| | 04-19 | Onln Bkg Trft C FR ACC 08003050575 | 10,000.00 | 012000419162637 |
| | 04-19 | Deposit | 283.33 | 000007059253740 |
| | 04-20 | Onln Bkg Trft C FR ACC 08003121178 | 5,000.00 | 012000420122237 |
| | 04-22 | Onln Bkg Trft C FR ACC 08003121178 | 15,000.00 | 012000422160706 |
| | 04-22 | Onln Bkg Trft C FR ACC 08003121178 | 30,000.00 | 012000422161948 |
| | 04-23 | Onln Bkg Trft C FR ACC 08003171264 | 2,000.00 | 012000423122358 |
| | 04-23 | Onln Bkg Trft C FR ACC 08003171264 | 3,500.00 | 012000423124442 |
| | 04-23 | Onln Bkg Trft C FR ACC 08003121178 | 25,000.00 | 012000423124351 |
| | 04-26 | Onln Bkg Trft C FR ACC 08003121178 | 13,100.00 | 012000426124311 |
| | 04-27 | Onln Bkg Trft C FR ACC 08003171264 | 130.00 | 012000427122044 |
| | 04-27 | Onln Bkg Trft C FR ACC 08003121178 | 14,050.00 | 012000427152631 |
| | 04-28 | Onln Bkg Trft C FR ACC 08003121178 | 5,000.00 | 012000428150738 |
| | 04-28 | Onln Bkg Trft C FR ACC 08003121178 | 12,900.00 | 012000428154328 |
| | 04-30 | Onln Bkg Trft C FR ACC 08003121178 | 800.00 | 012000430103809 |
| | 04-30 | Onln Bkg Trft C FR ACC 08868003255 | 1,100.00 | 012000430113118 |
| | 04-30 | Onln Bkg Trft C FR ACC 08003121178 | 5,000.00 | 012000430115403 |
| | 04-30 | Onln Bkg Trft C FR ACC 08003121178 | 6,500.00 | 012000430113219 |

CHECKS

| Number | Date | Amount | Control |
|---|---|---|---|
| 427 | 04-29 | 191.69 | 000009118339200 |
| 428 | 04-29 | 612.04 | 000009118339210 |

DEBITS

| Date | Transaction Description | Subtractions | Control Number |
|---|---|---|---|
| 04-01 | Onln Bkg Trfn DTO ACC 08003050575 | 200.00 | 012000401120550 |
| 04-01 | Onln Bkg Trfn DTO ACC 08003171363 | 1,100.00 | 012000401174618 |
| 04-02 | Onln Bkg Trfn DTO ACC 08003171256 | 2,000.00 | 012000402134854 |
| 04-02 | Onln Bkg Trfn DTO ACC 08003050575 | 13,000.00 | 012000402133947 |
| 04-05 | Onln Bkg Trfn DTO ACC 08003171363 | 120.00 | 012000405111908 |
| 04-05 | Onln Bkg Trfn DTO ACC 08003050575 | 950.00 | 012000405111838 |
| 04-05 | Onln Bkg Trfn DTO ACC 08003171348 | 2,000.00 | 012000405111439 |
| 04-07 | Onln Bkg Trfn DTO ACC 08003050575 | 7,510.00 | 012000407164220 |
| 04-08 | Outgoing Wire  Goodwin Procter LL P | 20,000.00 | 000000000007336 |
| 04-08 | Onln Bkg Trfn DTO ACC 08003171348 | 4,700.00 | 012000408164409 |
| 04-08 | Onln Bkg Trfn DTO ACC 08003050575 | 24,700.00 | 012000408163553 |
| 04-09 | Outgoing Wire  High Speed, LLC | 500.00 | 000000000005418 |
| 04-09 | Outgoing Wire  Howard Wu | 5,000.00 | 000000000006608 |
| 04-09 | Onln Bkg Trfn DTO ACC 08003050575 | 3,120.00 | 012000409122609 |
| 04-09 | Onln Bkg Trfn DTO ACC 08003050575 | 4,200.00 | 012000409145241 |

##XXH1928DPCSTM          04302108003171231

```
                                    ACCOUNT STATEMENT
                                       Page 3 of 4
135 N. Los Robles Ave., 6TH FL.        STARTING DATE: April 01, 2021
Pasadena, CA. 91101                     ENDING DATE: April 30, 2021
                                  Total days in statement period: 30
      URBAN COMMONS LLC                     80-03171231
                                              ( 2)
```

| Date | Transaction Description | | Subtractions | Control Number |
|------|------------|-----|-----|-----|
| 04-13 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 UBER EATS HELP UBER CA 4490950001142046 SEQ # 110324717618 | 61.53 | 000007176180000 |
| 04-14 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL 00624071 10900 WILSHIRE BLV LA CA 4490950001142046 SEQ # 110414143036 | 203.00 | 00000143D360000 |
| 04-14 | Onln Bkg Trfn | DTO ACC 08003050906 | 50.00 | 012000414130259 |
| 04-14 | POS Purchase | MERCHANT PURCHASE TERMINAL 475542 LAX AIRPORT LOT P 4 LOS ANGEL CA 4490950001142046 SEQ # 110321161038 | 320.00 | 000001610380000 |
| 04-15 | Outgoing Wire | ADR Services, In. | 1,500.00 | 000000000007551 |
| 04-15 | Outgoing Wire | High Speed, LLC | 1,500.00 | 000000000007578 |
| 04-15 | Onln Bkg Trfn | DTO ACC 08003171348 | 800.00 | 012000415163508 |
| 04-15 | Preauth Debit | ALLSTATE INS CO PREM PYMT 210415 | 1,394.90 | 021000027776887 |
| 04-16 | Outgoing Wire | Potter Anderson & Corroon LLP | 25,000.00 | 000000000005325 |
| 04-16 | Onln Bkg Trfn | DTO ACC 08003171348 | 80.00 | 012000416121626 |
| 04-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 MA NPUK HTTPSPOST CA 4490950001142046 SEQ # 110521637853 | 106.41 | 000006378530000 |
| 04-19 | Outgoing Wire | ASAP Property Hold ings Inc. | 5,000.00 | 000000000007397 |
| 04-19 | Onln Bkg Trfn | DTO ACC 08868001960 | 10,000.00 | 012000419162721 |
| 04-20 | Onln Bkg Trfn | DTO ACC 08003050575 | 5,000.00 | 012000420122355 |
| 04-20 | Analysis Servic | ANALYSIS ACTIVITY FOR 03/21 | 3,269.62 | 000000000000000 |
| 04-21 | Preauth Debit | REP CF MBFS D000012333 210421 | 15.00 | 096016930524706 |
| 04-21 | Preauth Debit | DTF - 14.95 D000012330 210421 | 789.45 | 096016930527467 |
| 04-22 | Outgoing Wire | Loretta Wu | 3,000.00 | 000000000007048 |
| 04-22 | Outgoing Wire | Goodwin Procter LL P | 10,000.00 | 000000000007062 |
| 04-22 | Onln Bkg Trfn | DTO ACC 08003050575 | 2,800.00 | 012000422163554 |
| 04-22 | Onln Bkg Trfn | DTO ACC 08003050575 | 5,500.00 | 012000422165102 |
| 04-22 | Onln Bkg Trfn | DTO ACC 08003171348 | 5,515.00 | 012000422160830 |
| 04-22 | Onln Bkg Trfn | DTO ACC 08003171363 | 7,960.00 | 012000422163924 |
| 04-23 | Outgoing Wire | Mick Management In c. | 20,000.00 | 000000000004993 |
| 04-23 | Onln Bkg Trfn | DTO ACC 08003050906 | 8,225.00 | 012000423123809 |
| 04-23 | Onln Bkg Trfn | DTO ACC 08003050575 | 8,500.00 | 012000423124547 |
| 04-26 | Preauth Debit | REP CF MBFS D000012667 210426 | 8.95 | 096016930554258 |
| 04-26 | Preauth Debit | MBFS - 8.95 D000012676 210426 | 2,588.77 | 096016930555132 |
| 04-26 | Preauth Debit | AMEX EPAYMENT ACH PMT 210426 | 10,816.66 | 091000010037111 |
| 04-27 | Onln Bkg Trfn | DTO ACC 08003050575 | 130.00 | 012000427122118 |
| 04-27 | Onln Bkg Trfn | DTO ACC 08003050575 | 6,520.00 | 012000427152802 |
| 04-27 | Onln Bkg Trfn | DTO ACC 08003171348 | 7,515.00 | 012000427152723 |
| 04-28 | Outgoing Wire | JMBM Depository Ac ct | 5,000.00 | 000000000006584 |
| 04-28 | Outgoing Wire | Frost Brown Todd L LC | 12,822.50 | 000000000006912 |
| 04-30 | Onln Bkg Trfn | DTO ACC 08003050906 | 5,000.00 | 012000430115435 |
| 04-30 | Onln Bkg Trfn | DTO ACC 08003086439 | 7,500.00 | 012000430113250 |

##XXH1928DPCSTM          04302108003171231

80-03171231          PAGE

ACCOUNT STATEMENT
Page 4 of 4
STARTING DATE: April 01, 2021
ENDING DATE: April 30, 2021
Total days in statement period: 30
80-03171231
( 2)

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

URBAN COMMONS LLC

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03-31 | 37.33 | 04-13 | 770.80 | 04-22 | 6,555.75 |
| 04-01 | 37.33 | 04-14 | 197.80 | 04-23 | 330.75 |
| 04-02 | 37.33 | 04-15 | 307.90 | 04-26 | 16.37 |
| 04-05 | 67.33 | 04-16 | 121.49 | 04-27 | 31.37 |
| 04-07 | 52.33 | 04-19 | 404.82 | 04-28 | 108.87 |
| 04-08 | 152.33 | 04-20 | -2,864.80 | 04-29 | -694.86 |
| 04-09 | 832.33 | 04-21 | -3,669.25 | 04-30 | 205.14 |

OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Leonard Pena 192898**
**402 South Marengo Ave., Suite B**
**Pasadena, CA 91101**
**626-396-4000 Fax: 626-270-4864**
California State Bar Number: **192898 CA**
lpena@penalaw.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Urban Commons, LLC**

CASE NO.: **2:21-bk-13523 ER**

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**12**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **November 11, 2021**

**See Declaration of Carolyn A. Dye attached at the end of these schedules**
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **November 11, 2021**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Urban Commons, LLC
10250 Constellation
Los Angeles, CA 90067


Leonard Pena
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, CA 91101


United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

1750 Daimler Trust LSR
c/o Linebarger Goggan Blair & Samps
PO Box 659443
San Antonio, TX 78265-9443


Adam C. Rogoff
KRAMER LEVIN NAFTALIS & FRANKEL
1177 Avenue of the Americas
New York, NY 10036


Adam Soibelman
R2 Law Group, LLC
23901 Calabasas Road
Suite 2006
Calabasas, CA 91302


Adams and Reese LLP
Dept. 5208
Birmingham, AL 35287


AEI Consultants
2500 Camino Diablo
Walnut Creek, CA 94597


Aimbridge Concession, Inc.
c/o Brownstein Hyatt Farber Schreck
2049 Century Park East Suite 3550
Los Angeles, CA 90067


Air Supply Incorporated
655 E A Street
Upland, CA 91786


Allstate Insurance Company
PO Box 4344
Carol Stream, IL 60197

Alternative Collections LLC
65 Lawrence Bell Dr. Suite 101
Buffalo, NY 14221


American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879


BakerHostetler
Attn: Andrew Grossman
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036


Bank of America Business Card
PO Box 15796
Corona Del Mar, CA 92625


Brian Winn
110 E Wilshire Ave., Suite 212
Fullerton, CA 92832


Brookfield Properties Management In
777 South Figueroa Street Suite 375
Los Angeles, CA 90017


Bruce Beretta
c/o Tullius Law Group
Attn: Jennifer R. Tullius
515 S. Flower Street 18th Floor
Los Angeles, CA 90071


C Below Subsurface Imaging
14280 Eulid Ave
Chino, CA 91710

Canon Finanancial Servies
14904 Collections Center Drive
Chicago, IL 60693-0149


Carl Carlson
c/o Gokal Law Group, Inc.
Attn: Alison S. Gokal
26080 Towne Centre Dr.
Foothill Ranch, CA 92610


Century Group International, LLC
222 N. Pacific Coast Highway
El Segundo, CA 90245


Cisco, Inc.
1702 Townhurst Dr.
Houston, TX 77043


City of Long Beach
c/o Brutzkus Gubner Rozansky Seror
Attn: Corey Weber
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367


City of Los Angeles
Office of Finance
51108
Los Angeles, CA 90051


Clifford Rosen
GARCIA RAINEY BLANK & BOWERBANK LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626


Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279

Complete Copy Systems Group
3300 Beverly Blvd.
Los Angeles, CA 90004


Constellation Place LLC
10250 Constellation Blvd. Suite 800
Los Angeles, CA 90067


Creditors Adjustment Bureau
c/o Law Offices of Kenneth J. Freed
14226 Ventura Blvd.
Sherman Oaks, CA 91413


CSC
251 Little Falls Drive
Wilmington, DE 19808


Danny Harris
c/oCarpenter Zuckerman & Rowley LLP
8827 West Olympic Blvd.
Los Angeles, CA 90012


Datasite LLC
The Baker Center
733 S. Marquette Ave., Suite 600
Minneapolis, MN 55402


EHT US1, Inc.
c/o Paul Hastings LLP
Attn: Nick Bassett
2050 M St., N.W.
Washington, DC 20036


Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas
New York, NY 10105

Epic Entertainment Group, LLC
207 East Broadway #302
Long Beach, CA 90802


ERJMJ Investments, LP
32 S La Senda Drive
Laguna Beach, CA 92651


Ervin Cohen Jessup LLP
9401 Wilshire Blvd 9th Floor
Beverly Hills, CA 90212


Ford Motor Credit Company
Department 194101
PO Box 55000
Detroit, MI 48255-1941


Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


George M. Lee and Galaxy Investment
81 N Mentor Ave
Pasadena, CA 91106


GeoSoils, Inc.
5741 Palmer Way Suite D
Carlsbad, CA 92010


Howard Wu
14635 Whitfeld Ave
Pacific Palisades, CA 90272

InterCommunications Inc.
1375 Dove Street Suite 200
Newport Beach, CA 92660


James W Bates
Law Offices of James W. Bates
1055 E. Colorado Blvd. 5th Floor
Pasadena, CA 91106


John Dannelley & Mary A. Dannelley
c/o Bienert Katzman Littrell Willia
Attn: Anthony R. Bisconti
903 Calle Amanecer Suite 350
San Clemente, CA 92673


John Jenkins
c/o Equity Legal Group, P.C.
Attn: Kevin W. Chiang
201 S. Lake Ave. Suite 506
Pasadena, CA 91101


Joseph Fan
c/o Wallin & Russell
Attn: Michael Wallin
26000 Towne Centre Drive Suite 130
Foothill Ranch, CA 92610


Juice Capital
c/o Rutan & Tucker LLP
Attn: Heather N. Herd
18575 Jamboree Road 9th Floor
Irvine, CA 92612


LA Construction Heating and Air Con
6430 Variel Ave Suite 102
Woodland Hills, CA 91367


Maguire Properties
P.O. Box 840835
Los Angeles, CA 90084

MarBorg Industries
PO Box 4127
Santa Barbara, CA 93140


Matax Consulting
1370 Valley Vista Drive Suite 235
Diamond Bar, CA 91765


Mercedes Benz Financial
PO Box 5209
Carol Stream, IL 60197


Otto Rene Pineda
c/o Levin & Nalbandyan
Jacob Nalbandyan
811 Wilshire Blvd. Suite 800
Los Angeles, CA 90017


Pacific Premier Trust
c/o Feldman Law
Andrew M. Feldman
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156


Paul Hwee
c/o Burkhalter Kessler Clement &
Attn: Alton Burkhalter
2020 Main Street Suite 600
Irvine, CA 92614


Pikepass
4401 W Memorial Road Suite 130
Oklahoma City, OK 73134


Polina Yatsyna
4240 Fulton Ave Unit 108
Studio City, CA 91604

Prince Lobel Tye LLP
One International Place Suite 3700
Boston, MA 02110


R&R Electric
2803 Carlsbad Street
Redondo Beach, CA 90278


Red Bus Charter Company
c/o Ronald Appel
2522 Chambers Rd
Tustin, CA 92780


Regus Management Group LLC
655 North Central Ave 17th Floor
Glendale, CA 91203


Robert B. Cowan
3707 W. Garden Grove Blvd.
Orange, CA 92866


ROBERT HALF MANAGEMENT RESOURCES
ROBERT HALF / RECOVERY DEPT
PO BOX 5024
San Ramon, CA 94583


Ronald Chistensen
GARCIA RAINEY BLANK & BOWERBANK LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626


Rossmoyne, Inc.
3500 Ocean View Blvd.
Glendale, CA 91208

Selbert Perkins Design, Inc.
432 Culver Blvd.
Playa Del Rey, CA 90293


State of Delaware
Division of Corporations
PO Box 5509
Binghamton, NY 13902-5509


Synter Resource Group LLC
5935 Rivers Ave Suite 102
Charleston, SC 29406


Taylor Woods
826 Emerald Way
Laguna Beach, CA 92651


Transworld Systems Inc
500 Virgina Dr. Suite 514
Fort Washington, PA 19034


UPS
2085 Lynnhave Pkwy
Virginia Beach, VA 23456


Urban Commons 2 West II LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067


Urban Commons 2 West III LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067

Urban Commons 2 West IV LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067


Urban Commons 2 West LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067


Verizon
PO Box 660108
Dallas, TX 75266


Voy Ventures
c/o Steven Booska
PO Box 2169
Oakland, CA 94621


WBC Special Assets LLC
c/o Elkins Kalt Weintrabu et.al.
Attn: Julie Kimball
10345 W. Olympic Blvd.
Los Angeles, CA 90065


Weileen Leu
c/o Equity Legal Group, P.C.
Attn: Kevin W. Chiang
201 S. Lake Ave. Suite 506
Pasadena, CA 91101


Wells Fargo Small Business Lending
MAC N9777-01B
PO Box 5511
Sioux Falls, SD 57117-5511


West Bay Capital, LLC.
c/o FCI Lending Services
PO Box 27370
Anaheim, CA 92809

Wimberly Allison Tong & Goo, NA, In
c/o Lee Lefkowitz Zarin & Steinmetz
Lee J. Lefkowitz
81 Main Street Suite 415
White Plains, NY 10601


Wolters Kluwer
PO Box 4349
Carol Stream, IL 60197-4349


XPO LOGISTICS FREIGHT INC.
9151 Boulevard 26
North Richland Hills, TX 76180


Yana Solomakhina
c/o Steven L. Mazza
Carpenter, Zuckerman & Rowley LLP
8827 West Olympic Blvd.
Beverly Hills, CA 90211


Zarin & Steinmetx
81 Main Street Suite 415
White Plains, NY 10601


Zurich American Insurance
c/o Christopher McEvoy, VP
600 Red Brook Blvd, 6th FL
Owings Mills, MD 21117

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Leonard Pena 192898**
**402 South Marengo Ave., Suite B**
**Pasadena, CA 91101**
**626-396-4000 Fax: 626-270-4864**
California State Bar Number: **192898 CA**
lpena@penalaw.com

FOR COURT USE ONLY

☒ *Attorney for:   Carolyn A. Dye, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

   **Urban Commons, LLC**

Debtor(s),

CASE NO.: **2:21-bk-13523 ER**
ADVERSARY NO.:
CHAPTER:   **7**

Plaintiff(s),

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO   FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

Defendant(s).

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Carolyn A. Dye, Chapter 7 Trustee**                           , the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☐  I am the president or other officer or an authorized agent of the Debtor corporation

☐  I am a party to an adversary proceeding

☐  I am a party to a contested matter

☐  I am the attorney for the Debtor corporation

X  I am the Chapter 7 Trustee of the Debtor's bankruptcy estate.

2.a.  ☐  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.  ☒  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**November 10, 2021**
_____
Date

By: **See Declaration of Carolyn A. Dye attached at the end of these schedules**
_____
Signature of Debtor, or attorney for Debtor

Name: **Carolyn A. Dye, Chapter 7 Trustee**
_____
Printed name of Debtor, or attorney for Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

1                          **DECLARATION OF CAROLYN A. DYE**

2       I, Carolyn A. Dye, declare as follows:

3       1.    I have personal knowledge of the facts described herein

4 and if called as a witness, I could and would testify competently

5 thereto.

6       2.    I am the chapter 7 trustee of Urban Commons, LLC and

7 offer this declaration regarding the schedules concurrently filed

8 with this declaration.

9       3.    The attached schedules were prepared by me in my

10 capacity as the Chapter 7 Trustee ("Trustee") of Urban Commons,

11 LLC and my counsel Peña & Soma, APC pursuant to the Court's order

12 extending time to file schedules entered on August 30, 2021,

13 docket no. 133.

14       4.    My knowledge of the contents of the schedules is based

15 on limited and incomplete records obtained from the Debtor's

16 offices and forwarded mail and without the assistance or input of

17 the Debtor or its insiders.

18       I declare under penalty of perjury under the laws of the

19 United States of America that the foregoing is true and correct.

20

21       Executed this _11th_ day of November 2021 at Los Angeles,

22 California.

23

24       _____
                   CAROLYN A. DYE

25                    Chapter 7 Trustee

26

27

28

<div align="center">1</div>