| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**LEONARD PEÑA**<br>lpena@penalaw.com<br>Pena & Soma, APC<br>402 S. Marengo Avenue Suite B<br>Pasadena, CA 91101<br>Tel: 626-396-4000<br>Fax: 626-498-8875<br><br>State Bar Number: *192898* | FOR COURT USE ONLY |

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for: Carolyn A. Dye, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br><br><br>Urban Commons, LLC<br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-13523 ER<br>CHAPTER: 7<br><br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) _Carolyn A. Dye, Chapter 7 Trustee_ , filed a motion or application (Motion) entitled CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORIZATION TO SETTLE CERTAIN ADVERSARY CASES; MEMORANDUM OF POINTS AND AUTHORITIES;DECLARATIONS OF CAROLYN A. DYE

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☒ The full Motion is attached to this notice; or

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

☐ The full Motion was filed with the court as docket entry #_____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

   a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

   b. If you fail to comply with this deadline:

      (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

      (2) Movant will lodge an order that the court may use to grant the Motion; and

      (3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 8/2/2023

_____
Signature of Movant or attorney for Movant

LEONARD PENA
_____
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 2        **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, California 91101
Telephone (626)396-4000
Facsimile (626)498-8875

Attorneys Carolyn A. Dye,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>       Debtor. | ) Case No. 2:21-bk-13523 ER<br>)<br>) Chapter 7<br>)<br>) CHAPTER 7 TRUSTEE'S MOTION FOR<br>) AUTHORIZATION TO SETTLE CERTAIN<br>) ADVERSARY CASES; MEMORANDUM OF<br>) POINTS AND AUTHORITIES;<br>) DECLARATIONS OF CAROLYN A. DYE<br>)<br>) [NO HEARING TO BE HELD UNLESS<br>) REQUESTED BY AN INTERESTED<br>) PARTY PURSUANT TO LBR 9013-<br>) 1(o)] |

TO: THE HONORABLE ERNEST M. ROBLES, UNITED STATES

BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE DEBTOR AND

ALL PARTIES-ININTEREST HEREIN:

/ / /

/ / /

/ / /

/ / /

/ / /

1    Carolyn A. Dye, the Chapter 7 Trustee ("Trustee") for the

2  bankruptcy estate of Urban Commons, LLC ("Debtor"), hereby

3  submits her *Chapter 7 Trustee's Motion For Authorization To*

4  *Settle Certain Adversary Cases; Declaration Of Carolyn A. Dye In*

5  *Support Thereof* ("Motion").

6

7

8  Dated:  August 3, 2023        PEÑA & SOMA, APC

9

10                By   _____

                       LEONARD PEÑA

11                   Attorney for Carolyn A. Dye,
                   Chapter 7 Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

### I. INTRODUCTION

3  Carolyn A. Dye, the Chapter 7 Trustee in the above captioned

4  case ("Trustee") submits this Memorandum of Points and

5  Authorities in Support of her *Motion For Authorization To Settle*

6  *Certain Adversary Cases* ("Motion").  By this Motion, the Trustee

7  seeks the Court's approval to resolve certain of the adversary

8  cases filed by the Trustee in the above captioned case[1], subject

9  to the limitations discussed below.

10  The Trustee filed approximately 118 adversary cases in the

11  Debtor's case to recover pre- and post-petition transfers that

12  the Trustee believes are avoidable for the benefit of the

13  Debtor's estate and creditors.  Many of the adversary cases

14  (approximately 44%) seek to recover transfers of $150,000.00 or

15  less.  The remaining adversary cases (approximately 56%) seek to

16  recover transfers in excess of $150,000.00.  The Trustee seeks

17  this Court's authority to settle certain adversary cases,

18  without incurring the burden and expense of notice to all

19  parties and without having to obtain Bankruptcy Court approval

20  of each of the proposed settlements.  Relief from this burden

21  will not only benefit the Trustee but, more importantly the

22  estate, its creditors and the Court.

23  In particular, the Trustee seeks authority to settle, without

24  notice or Court review, any adversary claim that seeks to

25  recover transfers of $150,000.00 or less so long as the proposed

26  settlement recovers at least fifty percent of the transfer that

27  _____

28  [1] This Motion seeks authority to compromise the adversary cases
presently on file in the Debtor's case where the Trustee is the
Plaintiff as the Trustee of the Debtor's bankruptcy estate.

1  the Trustee ultimately believes is recoverable.[2] Trustee proposes
2  to give notice to all creditors every quarter to apprise the
3  Court and creditors which of the adversaries have been resolved
4  using this procedure.

5      To the extent that any proposed settlement of an adversary
6  proceeding does not meet the criteria set forth above or is an
7  adversary proceeding that seeks to recover more than $150,000.00
8  then the Trustee will seek approval of the settlement pursuant
9  to the requirements of Federal Rules of Bankruptcy Procedure
10 9019.

11     The effect of a favorable ruling on the present Motion
12 would be to authorize the Trustee to settle approximately 44% of
13 the adversary cases without further Court order or notice to
14 creditors.  This adversary settlement authority will benefit the
15 estate by (i) reducing professional fees and other costs for all
16 affected parties in interest, (ii) providing flexibility to
17 expeditiously resolving adversary cases, and (iii) facilitating
18 the efficient administration of the estate.

19 **II.**   <u>**THE REQUUESTED AUTHORIZATION IS PERMITED PURSUANT TO**</u>
20     <u>**BANKRUPTCY RULE 9019(b) AND WILL FACILITATE THE EFFICIENT**</u>
21     <u>**ADMINSITRATION OF THE ESTATE**</u>

22     Absent this Court's approval of the procedures set forth
23 under Role 9019(a) of the Federal Rules of Bankruptcy Procedure,
24 the Trustee would be required to seek this Court approval of all
25 adversary cases, regardless of the amount of the settlement.

26 ───────────────

27 [2] For example, although the Trustee may have initially discovered and sued to
recover transfers of $10,000.00 but during discovery or other negotiations
28 determines that the actual avoidance transfer is $5,000.00 the Trustee would
have authority to settle the adversary proceeding for $2,500.00 or more
without further Court order or notice.

1  Rule 9019(a) also requires prior notice and an opportunity for

2  hearing to all interested parties before approval of a

3  settlement or compromise.

4         The Trustee believes that the Court can utilize its

5  authority under Rule 9019(b) of the Federal Rules of Bankruptcy

6  Procedure to approve the settlement authority requested by this

7  Motion.  Rule 9019(b) provides as follows:

8             . . .

9             b) Authority To Compromise or Settle Controversies
           Within Classes. After a hearing on such notice as the
10           court may direct, the court may fix a class or classes
           of controversies and authorize the trustee to
11           compromise or settle controversies within such class
           or classes without further hearing or notice.
12             . . .

13

14      There are occasions in which a trustee will file many

15  complaints against many individual defendants which may involve

16  similar issues and relatively small amounts. In such situations,

17  many compromises or settlements may be reached during the course

18  of the litigation. *10 Collier on Bankruptcy Procedure 9019.03*

19  (16th 2023).  Forcing the trustee to file a separate motion each

20  time a compromise or settlement is reached would be expensive

21  and burdensome, Rule 9019(b) authorizes the court, after hearing

22  on such notice as the court directs, to fix a class or classes

23  of controversies and authorize the trustee to compromise or

24  settle controversies within such class or classes without

25  further hearing or notice.  *Id.*  *See also* (Rule 9019(b) permits

26  a chapter 11 plan administrator to settle controversies without

27  court approval). *Elder v. Uecker (In re Elder), 325 B.R. 292,*

28  *300 (N.D. Cal. 2005);* (Bankruptcy Court permitted trustee to

1   settle preference transfer adversary proceedings without notice

2   or hearing for no less that 25% of the judgment requested by the

3   trustee in the adversary proceedings) *In re Check Reporting*

4   *Serv.* 137 B.R. 653, 656 (Bankr. W.D. Mich. 1992).

5        Similarly, in this case, the settlement authorization

6   requested by this Motion will facilitate efficient

7   administration of this estate by streamlining the settlement of

8   the estate's adversary proceeding portfolio and will avoid

9   unnecessary consumption of attorneys' fees, costs and judicial

10  resources.  Without the authority sought herein both the estate

11  would need to send notice of any settlement to hundreds of

12  creditors; and the Bankruptcy Court and interested parties would

13  need to review and consider a large number of adversary

14  proceeding settlements wherein the amounts in controversy do not

15  justify expending fees and costs to seek approval of the

16  particular settlement.  Accordingly, authorizing the suggested

17  parameters for the settlement of the adversary proceedings makes

18  sense from a legal, economic and practical perspective.

19  **III. <u>CONCLUSION</u>**

20      For all the foregoing reasons, the Trustee respectfully

21  requests that this Court grant the Motion.

22

23

24  Dated:  August 3, 2023          PEÑA & SOMA, APC

25

26                          By _____

27                             LEONARD PEÑA
                               Attorneys for Carolyn A. Dye,
28                             Chapter 7 Trustee

-6-

## DECLARATION OF CAROLYN A. DYE

I, Carolyn A. Dye, declare as follows:

1.   I am the duly qualified and acting Chapter 7 trustee in the above-captioned case.

2.   I am an attorney at law admitted to practice in the State of California and before this Court.  I am the Chapter 7 Trustee appointed to administer the case of Urban Commons, LLC, initiated by the filing of an involuntary petition and the Order for Relief entered on June 24, 2021 by this court.  The case is proceeding as Case no. 2:21-13523-ER.

3.   I filed approximately 118 adversary cases in the Debtor's case to recover pre- and post-petition transfers that I believe are avoidable for the benefit of the Debtor's estate and creditors.  Many of the adversary cases (approximately 44%) seek to recover transfers of $150,000.00 or less.  The remaining adversary cases (approximately 56%) seek to recover transfers in excess of $150,000.00.  I seek this Court's authority to settle certain adversary cases, without the burden and expense of notice to all parties and without Bankruptcy Court approval of each proposed settlement.  Relief from this burden will not only benefit my office and that of my counsel, but more importantly the estate, its creditors and the Court.

4.   In particular, I seek authority to settle, without notice or Court review, any adversary claim that seeks to recover transfers of $150,000.00 so long as the proposed settlement recovers at least fifty percent (50%) of the transfer that I ultimately believe is recoverable.

1    5.    To the extent that any proposed settlement of an

2 adversary proceeding does not meet the criteria set forth above

3 or is an adversary proceeding that seeks to recover more than

4 $150,000.00 then I will seek approval of the settlement pursuant

5 to the requirements of Federal Rules of Bankruptcy Procedure

6 9019.

7    6.    The effect of a favorable ruling on the present Motion

8 would be to authorize me to settle approximately 44% of the

9 adversary cases without further Court order or notice of

10 creditors.  This adversary settlement authority will benefit the

11 estate by (i) reducing professional fees and other costs for all

12 affected parties in interest, (ii) providing flexibility to

13 expeditiously resolving adversary cases, and (iii) facilitating

14 the efficient administration of the estate.

15    7.    Absent the granting of the Motion, I would be required

16 to give notice of all settlements to approximately 180 different

17 interested parties at a time when the estate has less than

18 $200,000.00.  In addition, the estate would need to expend

19 attorneys' fees and costs related to preparing a 9019 motion for

20 each proposed settlement, an expense I do not believe is

21 justified given the amount in controversy in some of the

22 adversary proceedings.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-8-

1    8.   I believe the granting of the Motion will maximize the

2  recovery for the estate and its creditors and will not in any

3  manner compromise my counsel's or my ability to administer the

4  adversary cases for the estate's benefit.

5

6

7    I declare under penalty of perjury under the laws of the

8  United States of America that the foregoing is true and correct.

9    Executed this 3rd day of August 2023, at Los Angeles,

10 California.

11

12                            _____

13                            CAROLYN A. DYE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
402 S. Marengo Avenue
Suite B
Pasadena, CA 91101

A true and correct copy of the foregoing document entitled:   __Notice of Motion for Order without Hearing Pursuant to__
__LBR 9013-1(o)__ and CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORIZATION TO SETTLE CERTAIN
ADVERSARY CASES; MEMORANDUM OF POINTS AND AUTHORITIES;  DECLARATIONS OF CAROLYN
A. DYE   will be served or was served **(a)** on the judge in chambers in the form and manner required by
LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On (date)__8/3/2023___, I checked the
CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail
Notice List to receive NEF transmission at the email addresses stated below:

Mel Aranoff on behalf of Creditor Robert B. Cowan
maranoff@mbnlawyers.com

Simon Aron on behalf of Defendant Loan Oak Fund, LLC
saron@wrslawyers.com, moster@wrslawyers.com

Robert D Bass on behalf of Attorney Robert Bass
bob.bass47@icloud.com

Robert D Bass on behalf of Defendant Pacific Laurel Scott LLC
bob.bass47@icloud.com

Tanya Behnam on behalf of Defendant Fortress Credit Corp.
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Tanya Behnam on behalf of Interested Party Courtesy NEF
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Reem J Bello on behalf of Interested Party Courtesy NEF
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Eric Bensamochan on behalf of Defendant Sky Holdings LLC
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Defendant Brian Egnatz
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Defendant Howard Wu
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Defendant Taylor Woods

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 3        **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

Shraddha Bharatia on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Anthony Bisconti on behalf of Creditor John Michael Dannelley
tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com

Anthony Bisconti on behalf of Creditor Mary A. Dannelley
tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com

Bert Briones on behalf of Defendant G8 Holdings, INC
bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net

Karol K Denniston on behalf of Defendant United Overseas Bank Limited
karol.denniston@squirepb.com,
travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com

Carolyn A Dye (TR)
trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com

David P. Fuad on behalf of Defendant 10-1301 HSW OWNER, LLC
dfuad@orrick.com

David P. Fuad on behalf of Defendant Westbrook Real Estate Fund XI, L.P.
dfuad@orrick.com

Norma V Garcia on behalf of Creditor Clifford Rosen
ngarciaguillen@garciarainey.com, jnuzzo@garciarainey.com;geason@garciarainey.com;mjskapadia@garciarainey.com

Norma V Garcia on behalf of Creditor Ronald Christensen
ngarciaguillen@garciarainey.com, jnuzzo@garciarainey.com;geason@garciarainey.com;mjskapadia@garciarainey.com

Norma V Garcia on behalf of Plaintiff Clifford Rosen
ngarciaguillen@garciarainey.com, jnuzzo@garciarainey.com;geason@garciarainey.com;mjskapadia@garciarainey.com

Norma V Garcia on behalf of Plaintiff Ronald Christensen
ngarciaguillen@garciarainey.com, jnuzzo@garciarainey.com;geason@garciarainey.com;mjskapadia@garciarainey.com

Evelina Gentry on behalf of Defendant Silver Point Finance, LLC
evelina.gentry@akerman.com, rob.diwa@akerman.com

Alison S Gokal on behalf of Creditor Carl Carlson
service@gokallaw.com

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Eric D Goldberg on behalf of Creditor Mirae Asset Securities & Investments (USA), LLC
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Petitioning Creditor Epic Entertainment Group LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954
@notify.bestcase.com

Jeffrey I Golden on behalf of Petitioning Creditor InterCommunications Inc.
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954
@notify.bestcase.com

Jeffrey I Golden on behalf of Petitioning Creditor Selbert Perkins Design, Inc
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954
@notify.bestcase.com

Michael S Greger on behalf of Interested Party Constellation Place, LLC
mgreger@allenmatkins.com, kpreston@allenmatkins.com

Michael S Greger on behalf of Interested Party Courtesy NEF
mgreger@allenmatkins.com, kpreston@allenmatkins.com

Joseph G Harraka, Jr on behalf of Creditor Gruppo Italiano Progetti SRL
jgharraka@becker.legal, maferrentino@becker.legal

Douglas Harris on behalf of Interested Party Courtesy NEF
Douglas.harris@alston.com

Kevin Hutty on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

Nicolino Iezza on behalf of Creditor Murphy O'Brien, Inc., a California corporation
niezza@spiwakandiezza.com

Christopher Johnson on behalf of Creditor Crestline Hotels & Resorts, LLC
cjohnson@safarianchoi.com, scrippen@safarianchoi.com

Leib M Lerner on behalf of Interested Party Courtesy NEF
leib.lerner@alston.com, autodockettest-lax@alston.com;Melanie.mizrahie@alston.com

Aaron J Malo on behalf of Defendant Pacific Premier Bank
amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com

Zachary Evan Mazur on behalf of Petitioning Creditor Epic Entertainment Group LLC
zachary@saracheklawfirm.com

Zachary Evan Mazur on behalf of Petitioning Creditor InterCommunications Inc.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

zachary@saracheklawfirm.com

Zachary Evan Mazur on behalf of Petitioning Creditor Selbert Perkins Design, Inc
zachary@saracheklawfirm.com

Byron Z Moldo on behalf of Interested Party Courtesy NEF
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Miguel A Munoz on behalf of Debtor Urban Commons LLC
miguel@miguelmunozlaw.com, g12207@notify.cincompass.com;munoz.miguelb112802@notify.bestcase.com

Miguel A Munoz on behalf of Defendant Urban Commons LLC
miguel@miguelmunozlaw.com, g12207@notify.cincompass.com;munoz.miguelb112802@notify.bestcase.com

Bennett Murphy on behalf of Defendant Quinn Emanuel Urquhart & Sullivan, LLP
bmurphy@bennettmurphylaw.com

Scott H Noskin on behalf of Creditor Robert B. Cowan
snoskin@mbnlawyers.com, aacosta@mbnlawyers.com

Leonard Pena on behalf of Plaintiff Carolyn Dye
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Leonard Pena on behalf of Plaintiff Carolyn A Dye
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Leonard Pena on behalf of Plaintiff Carolyn A. Dye
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Leonard Pena on behalf of Trustee Carolyn A Dye (TR)
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Michael Salanick on behalf of Creditor Agnes Shene Hwa Chin
msalanick@salanicklaw.com

Michael Salanick on behalf of Creditor Michael Chiang
msalanick@salanicklaw.com

Joseph E Sarachek on behalf of Petitioning Creditor Epic Entertainment Group LLC
joe@saracheklawfirm.com, jon@saracheklawfirm.com

Joseph E Sarachek on behalf of Petitioning Creditor InterCommunications Inc.
joe@saracheklawfirm.com, jon@saracheklawfirm.com

Joseph E Sarachek on behalf of Petitioning Creditor Selbert Perkins Design, Inc
joe@saracheklawfirm.com, jon@saracheklawfirm.com

Scott A Schiff on behalf of Defendant ERJMJ Investments, LP
sas@soukup-schiff.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                    Page 6        **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

Jacqueline D Serrao on behalf of Creditor Tina Fenelly
jds@cabkgroup.com, attorneygary@gmail.com

Michael A Shakouri on behalf of Creditor Maguire Properties - 777 Tower, LLC
mshakouri@goodkinlaw.com, rnolan@pdv-llc.com

Charles Shamash on behalf of Interested Party Crown Point Realty Capital, LLC
cs@locs.com, generalbox@locs.com

Summer M Shaw on behalf of Interested Party Neufeld Marks
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Timothy J Silverman on behalf of Creditor Enterprise Bank & Trust, its successors and/or assignees
tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com

Timothy J Silverman on behalf of Defendant Enterprise Bank & Trust
tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com

Jade Smith-Williams on behalf of Plaintiff Berritto Enterprises LLC
jsmithwilliams@baileyglasser.com, jzumot@baileyglasser.com;mweintraub@baileyglasser.com

James E Till on behalf of Interested Party Courtesy NEF
james.till@limnexus.com, martha.araki@limnexus.com;myrtle.john@limnexus.com;david.nealy@limnexus.com

Jennifer R Tullius on behalf of Creditor Bruce Beretta
jtullius@tulliuslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Corey R Weber on behalf of Interested Party Courtesy NEF
cweber@bg.law, ecf@bg.law

Roye Zur on behalf of Creditor Capital Lending Resources, Inc. Profit Sharing Trust Dated April 1, 1997
rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Roye Zur on behalf of Other Professional WBC Special Assets, LLC
rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) 8/3/2023       , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours
after the document is filed.
Hon. Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                          Page 7      F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/3/2023 | NOEMI SANDOVAL | /S/ NOEMI SANDOVAL |
|----------|----------------|---------------------|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 8        **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

Label Matrix for local noticing
0973-2
Case 2:21-bk-13523-ER
Central District of California
Los Angeles
Tue Aug  1 11:58:24 PDT 2023

Constellation Place, LLC
c/o Michael S. Greger
Allen Matkins
2010 Main Street, Suite 800
Irvine, CA 92614-7214

Crestline Hotels & Resorts, LLC
3950 University Drive
Suite 301
Fairfax, VA 22030-2566

Crown Point Realty Capital, LLC
117 E Colorado Blvd., Suite 600
Pasadena, CA 91105-3712

Epic Entertainment Group LLC
Attn Steve Sheldon
207 East Broadway, #302
Long Beach, CA 90802-8825

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO Box 2952
Sacramento, CA 95812-2952

Gruppo Italiano Progetti SRL
c/o Joseph G. Harraka, Jr., Esq.
Becker LLP
5020 Campus Drive
Newport Beach, CA 92660-2120

InterCommunications Inc.
Attn Toni Alexander
1375 Dove Street, Suite 200
Newport Beach, CA 92660-2406

Maguire Properties - 777 Tower, LLC
c/o Goodkin Law Group
1800 Century Park East
10th Floor
Los Angeles, CA 90067-1513

Murphy O'Brien, Inc., a California corp
c/o Spiwak & Iezza, LLP
555 Marin Street, Suite 140
Thousand Oaks, CA 91360-4103

Selbert Perkins Design, Inc
Attn Robert Perkins
432 Culver Blvd
Playa Del Rey, CA 90293-7706

Urban Commons LLC
10250 Constellation Blvd
Suite 1750
Los Angeles, CA 90067-6257

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

1750 Daimler Trust LSR
c/o Linebarger Goggan Blair & Samps
PO Box 659443
San Antonio, TX 78265-9443

ADG Consulting, Inc.
c/o Sarachek Law Firm
670 White Plains Road, Fl. PH
Scarsdale, NY 10583-5025

AEI Consultants
2500 Camino Diablo
Walnut Creek, CA 94597-3998

Adam C. Rogoff
KRAMER LEVIN NAFTALIS & FRANKEL
1177 Avenue of the Americas
New York, NY 10036-2714

Adam Soibelman
R2 Law Group, LLC
23901 Calabasas Road
Suite 2006
Calabasas, CA 91302-1592

Adams and Reese LLP
Dept. 5208
Birmingham, AL 35287-0001

Adams and Reese LLP
c/o Robin B. Cheatham
701 Poydras Street, Suite 4500
New Orleans, LA 70139-4596

Aetna Life Insurance Company
Aaron McCollough
c/o McGuireWoods LLP
77 West Wacker Drive, Ste. 4100
Chicago, IL 60601-1818

Aimbridge Concession, Inc.
c/o Brownstein Hyatt Farber Schreck
2049 Century Park East Suite 3550
Los Angeles, CA 90067-3210

Air Supply Incorporated
655 E A Street
Upland, CA 91786-5349

Alan Tantleff, as Liquidating Trustee
G. David Dean, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1496

Allstate Insurance Company
PO Box 4344
Carol Stream, IL 60197-4344

Alternative Collections LLC
65 Lawrence Bell Dr. Suite 101
Buffalo, NY 14221-7182

American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Andy Stone and Jazz Reality, LLC
c/o Kenneth Mather, Esq, Gunster
401 E. Jackson Street, Suite 1500
Tampa, FL 33602-5204

BakerHostetler
Attn: Andrew Grossman
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-5318

Bank of America Business Card
PO Box 15796
Corona Del Mar, CA 92625

Bertirro Enterprises LLC
Jade Smith-Williams
BAILEY & GLASSER, LLP
1999 Harrison St., Suite 660
Oakland, CA 94612-3584

Brian Winn
110 E Wilshire Ave., Suite 212
Fullerton, CA 92832-1960

Brookfield Properties Management In
777 South Figueroa Street Suite 375
Los Angeles, CA 90017-5812

Bruce Beretta
c/o Tullius Law Group
Attn: Jennifer R. Tullius
515 S. Flower Street 18th Floor
Los Angeles, CA 90071-2231

C Below Subsurface Imaging
14280 Eulid Ave
Chino, CA 91710-8803

CAB assignee of Quadient Leasing USA
4340 Fulton Avenue, Third Fl.
Sherman Oaks, CA 91423-3925

CAB assignee of Santa Monica Seafood
4340 Fulton Avenue, Third Fl.
Sherman Oaks, CA 91423-3925

CAB assignee of Walters Wholesale Electric
4340 Fulton Avenue, Third Fl.
Sherman Oaks, CA 91423-3925

CITY OF LOS ANGELES, OFFICE OF FINANCE
Los Angeles City Attorney's Office
200 N Main Street, Ste 920
Los Angeles CA 90012-4128

COGENCY GLOBAL INC
122E 42ND ST 18TH FL NY NY 10168
New York, NY 10168-0002

CSC
251 Little Falls Drive
Wilmington, DE 19808-1674

Canon Finanancial Servies
14904 Collections Center Drive
Chicago, IL 606

Capital Lending Resources, Inc.
Profit Sharing Plan
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd.
Los Angeles, CA 90064-2524

Capital Lending Resources, Inc.
Profit Sharing Trust Dated April 1, 1997
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd.
Los Angeles, CA 90064-2524

Carl Carlson
c/o Gokal Law Group, Inc.
26080 Towne Centre Drive
Foothill Ranch, CA 92610-3441

Carl Carlson
c/o Gokal Law Group, Inc.
Attn: Alison S. Gokal
26080 Towne Centre Dr.
Foothill Ranch, CA 92610-3441

Century Group International, LLC
222 N. Pacific Coast Highway
El Segundo, CA 90245-5648

Century Group International, LLC
222 N. Pacific Coast Highway
Suite 2150
El Segundo, CA 90245-5631

Cisco, Inc.
1702 Townhurst Dr.
Houston, TX 77043-2811

City of Long Beach
c/o Brutzkus Gubner Rozansky Seror
Attn: Corey Weber
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911

City of Los Angeles
Office of Finance
51108
Los Angeles, CA 90051

Clifford Rosen
GARCIA RAINEY BLANK & BOWERBANK
LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187

Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279-1087

Complete Copy Systems Group
4300 Beverly Blvd.
Los Angeles, CA 90004-6004

Constellation Place LLC
10250 Constellation Blvd. Suite 800
Los Angeles, CA 90067-6274

Constellation Place, LLC
c/o Michael S. Greger
Allen Matkins, et al.
1900 Main Street, Fifth Fl.
Irvine, CA 92614-7317

Craig Quinn, as Trustee of the Craig & Colle
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd.
Los Angeles, CA 90064-2524

Craig and Collen Quinn
Family Trust Dated September 2000
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

Creditors Adjustment Bureau
c/o Law Offices of Kenneth J. Freed
14226 Ventura Blvd.
Sherman Oaks, CA 91423-2715

Crestline Hotels & Resorts, LLC
c/o Safarian Choi & Bolstad LLP
Attn: David C. Bolstad
555 S. Flower Street, Suite 650
Los Angeles, CA 90071-2442

DENIS KLAVDIANOS
Glassberg, Pollak & Associates
1000 4th Street, Suite 570
San Rafael, CA 94901-3149

Danny Harris
c/oCarpenter Zuckerman & Rowley LLP
8827 West Olympic Blvd.
Los Angeles, CA 90012

Datasite LLC
The Baker Center
733 S. Marquette Ave., Suite 600
Minneapolis, MN 55402-2357

Deragisch I, LLC
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd
Los Angeles, CA 90064-2524

EHT US1, Inc.
c/o Paul Hastings LLP
Attn: Nick Bassett
2050 M St., N.W.
Washington, DC 20036-3598

ERJMJ Investments, LP
32 S La Senda Drive
Laguna Beach, CA 92651-6733

Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas
New York, NY 10105-0302

Epic Entertainment Group LLC
207 East Broadway, #302
Long Beach, CA 90802-8825

Epic Entertainment Group LLC
742 South Hill Street Ste. 904
Los Angeles, CA 90014-2745

Ervin Cohen Jessup LLP
9401 Wilshire Blvd 9th Floor
Beverly Hills, CA 90212-2945

Everest Discovery, LLC
c/o Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355-1002

Ford Motor Credit Company
Department 194101
PO Box 55000
Detroit, MI 48255-1941

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

GeoSoils, Inc.
5741 Palmer Way Suite D
Carlsbad, CA 92010-7248

George M. Lee and Galaxy Investment
81 N Mentor Ave
Pasadena, CA 91106-1740

George M. Lee and Galaxy Investment Capital
81 N Mentor Ave
Pasadena, CA 91106-1740

Gruppo Italiano Progetti Srl
c/o Becker LLC
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039-1023

Harry Kim
520 S. Grand Avenue Ste 1070
Los Angeles, CA 90071-2613

Hill Living Trust Dated July 23, 2018
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd
Los Angeles, CA 90064-2524

Holiday Hospitality Franchising, LLC
c/o Alston & Bird LLP
Attn: Leib M. Lerner
333 S. Hope Street, 16th Fl.
Los Angeles, CA 90071-1410

Hong You
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Howard Wu
14635 Whitfeld Ave
Pacific Palisades, CA 90272-2645

Huan Lu
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

InterCommunicationsInc
1375 Dove Street Suite 200
Newport Beach, CA 92660-2406

James W Bates
Law Offices of James W. Bates
1055 E. Colorado Blvd. 5th Floor
Pasadena, CA 91106-2327

Jeffrey Golden Esq
Weiland Golden Goodrich LLP
650 Town Center Drive Ste 600
Costa Mesa CA 92626-7121

Jiacheng Hou
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

John Dannelley & Mary A. Dannelley
c/o Bienert Katzman Littrell Willia
Attn: Anthony R. Bisconti
903 Calle Amanecer Suite 350
San Clemente, CA 92673-6253

John Jenkins
c/o Equity Legal Group, P.C.
Attn: Kevin W. Chiang
201 S. Lake Ave. Suite 506
Pasadena, CA 91101-3085

Joseph E. Sarachek
670 White Plains Rd. Fl PH
Scarsdale, NY 10583-5025

Joseph A. Sarachek, Esq.
Sarachek Law Firm
670 White Plains Road, Fl. PH
Scarsdale, NY 10583-5025

Joseph Fan
c/o Wallin & Russell
Attn: Michael Wallin
26000 Towne Centre Drive Suite 130
Foothill Ranch, CA 92610-3444

Juice Capital
c/o Rutan & Tucker LLP
Attn: Heather N. Herd
18575 Jamboree Road 9th Floor
Irvine, CA 92612-2559

Junhao Pan
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Just Jill Inc.
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

Kenton Harris
1002 Willalee Ave.
Glendale, CA 91214-3235

LA Construction Heating and Air Con
6430 Variel Ave Suite 102
Woodland Hills, CA 91367-2539

(p)LOS ANGELES COUNTY TREASURER AND TAX COL
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Lee Opolinsky Living Trust Dated May 31, 199
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

MAGUIRE PROPERTIES . 777 TOWER, LLC
c/o Goodkin Law Group, APC
1800 Avenue of the Stars
Suite 675
Los Angeles, CA 90067-4221

Maguire Properties
P.O. Box 840835
Los Angeles, CA 90084-0900

(p)MARBORG INDUSTRIES
ATTN KATHLEEN BORGATELLO KOEPER
PO BOX 4127
SANTA BARBARA CA 93140-4127

Matax Consulting
1370 Valley Vista Drive Suite 235
Diamond Bar, CA 91765-3954

(p)MERCEDES BENZ FINANCIAL SERVICES
14327 HERITAGE PARKWAY #400
FORT WORTH TX 76177-3300

Michael Chiang and Agnes Chin
c/o Law Offices of Michael Salanick
700 S Flower St Ste 1000
Los Angeles CA 90017-4112

Michael and Christina Poyer Family Trust of
Elkins Kalt Weintraub Reuben Gartisde LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

Mirae Asset Securities & Investments (USA),
Rachel Albanese
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

Monica Burrell
2562 Iroquois Ave
Lakewood, CA 90713-2712

Nana Gong
Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Otto Rene Pineda
c/o Levin & Nalbandyan
Jacob Nalbandyan
811 Wilshire Blvd. Suite 800
Los Angeles, CA 90017-1854

PACIFIC PREMIER TRUST, a Division of PACIFIC
Glassberg, Pollak & Associates
1000 4th Street
Suite 570
San Rafael, CA 94901-3149

Pacific Premier Trust
c/o Feldman Law
Andrew M. Feldman
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156-7816

Paul Hwee
c/o Burkhalter Kessler Clement &
Attn: Alton Burkhalter
2020 Main Street Suite 600
Irvine, CA 92614-8226

Pikepass
3401 W Memorial Road Suite 130
Oklahoma City, OK 73134-1722

Polina Yatsyna
4240 Fulton Ave Unit 108
STUDIO CITY, CA 91604-1803

Potter Anderson & Corroon LLP
Attn: Christopher M. Samis
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108

Prince Lobel Tye LLP
One International Place Suite 3700
Boston, MA 02110-3218

Provident Trust Group LLC
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

R&R Electric
2803 Carlsbad Street
Redondo Beach, CA 90278-1716

ROBERT HALF MANAGEMENT RESOURCES
ROBERT HALF / RECOVERY DEPT
PO BOX 5024
SAN RAMON CA 94583-5024

Reg Bus Charter Company
c/o Ronald Appel
2522 Chambers Rd
Tustin, CA 92780-6962

Regus Management Group LLC
655 North Central Ave 17th Floor
Glendale, CA 91203-1439

Robert B Cowan
c/o Melvin Aranof Mirman
Rubman & Nahmias
21860 Burbank Blvd Ste 360
Woodland Hills CA 91367-7406

Robert B. Cowan
3707 W. Garden Grove Blvd.
Orange, CA 92868-4803

Ronald Chistensen
GARCIA RAINEY BLANK & BOWERBANK
LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187

Rossmoyne, Inc.
2500 Ocean View Blvd.
Glendale, CA 91208-1212

Royal Business Bank
Brian T. Harvey, c/o Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Russell Kern
c/o Simon Aron, Esq.
11400 West Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582

Sarachek Law Firm
670 White Plains Rd. Fl PH
Scarsdale, NY 10583-5025

Scott Hochstadt
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

Selbert Perkins Design Inc
Attn Robin Perkins
432 Culver Blvd
Playa Del Rey CA 90293-7706

Selbert Perkins Design, Inc.
432 Culver Blvd
Playa del Rey, CA 90293-7706

Sitrick Group, LLC
16255 Ventura Blvd., Suite 300
Encino, CA 91436-2300

State of Delaware
Division of Corporations
PO Box 5509
Binghamton, NY 13902-5509

Synter Resource Group LLC
5935 Rivers Ave Suite 102
Charleston, SC 29406-6071

Taylor Woods
826 Emerald Way
Laguna Beach, CA 92651-1273

Tina Fenelly
c/o John L. Norman
1428 N. Broadway
Santa Ana, CA 92706-3905

Ting Cao
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Transworld Systems Inc
500 Virgina Dr. Suite 514
Fort Washington, PA 19034-2733

U.S. Bank National Association, as Trustee
60 Livingston Ave
EP-MN-WS1D
St. Paul, MN 55107-2292

UPS
2085 Lynnhave Pkwy
Virginia Beach, VA 23456-1497

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Urban Commons 2 West II LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067-6257

Urban Commons 2 West III LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067-6257

Urban Commons 2 West IV LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067-6257

Urban Commons 2 West LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067-6257

Urban Commons Queensway, LLC
Susan E. Kaufman, Esquire
919 N. Market Street, Suite 460
Wilmington, DE 19801-3014

Verizon
PO Box 660108
Dallas, TX 75266-0108

Voy Ventures
c/o Steven Booska
PO Box 2169
Oakland, CA 94621-0069

BC Special Assets LLC
c/o Elkins Kalt Weintrabu et.al.
Attn: Julie Kimball
10345 W. Olympic Blvd.
Los Angeles, CA 90064-2524

WBC Special Assets, LLC
Elkins Kalt Weintraub Reuben Gartside, L
10345 W. Olympic Blvd
Los Angeles, CA 90064-2524

WBC Special Assets, LLC
a Delaware Limited Liability Company
as assignee of West Bay Capital, LLC
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd.
Los Angeles CA 90064-2524

Weiland Golden Goodrich LLP
c/o Jeff Golden
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626-7121

Weileen Leu
c/o Equity Legal Group, P.C.
Attn: Kevin W. Chiang
201 S. Lake Ave. Suite 506
Pasadena, CA 91101-3085

Weiwen Sun
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Wells Fargo Small Business Lending
MAC N9777-01B
PO Box 5511
Sioux Falls, SD 57117-5511

Wenli Tian
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

West Bay Capital, LLC.
c/o FCI Lending Services
PO Box 27370
Anaheim, CA 92809-0112

Wileen Leu
Equity Legal Group, P.C.
201 S. Lake Ave.
Suite 506
Pasadena, CA 91101-3085

Wimberly Allison Tong & Goo, NA, Inc
William J. Roberts
300 Spectrum Center Drive, Suite 500
Irvine CA 92618-4989

Wolters Kluwer
PO Box 4349
Carol Stream, IL 60197-4349

XPO LOGISTICS FREIGHT INC.
Bankruptcy Dept
9151 Boulevard 26
North Richland Hills, TX 76180-5605

XPO LOGISTICS FREIGHT INC.
9151 Boulevard 26
North Richland Hills, TX 76180-5605

Xingyu Wu
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Xuchen Fang
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Yan Zhuang
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Yana Solomakhina
c/o Steven L. Mazza
Carpenter, Zuckerman & Rowley LLP
8827 West Olympic Blvd.
Beverly Hills, CA 90211-3613

Yixuan Chen
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Yutong Niu
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Zarin & Steinmetx
81 Main Street Suite 415
White Plains, NY 10601-1719

Ziyuan Li
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Zurich American Insurance
c/o Christopher McEvoy, VP
600 Red Brook Blvd, 6th FL
Owings Mills, MD 21117-5192

Carl Carlson
c/o Gokal Law Group, Inc.
Foothill Ranch, CA 92610

Carolyn A Dye (TR)
Law Offices of Carolyn Dye
15030 Ventura Blvd., Suite 527
Sherman Oaks, CA 91403-5470

Clifford Rosen
695 Town Center Drive
Costa Mesa, CA 92626-1924

Leonard Pena
PENA & SOMA APC
402 South Marengo Ave Ste B
Pasadena, CA 91101-3113

Miguel A Munoz
Law Offices of Miguel A. Munoz
714 W. Olympic Blvd #450
Los Angeles, CA 90015-1486

Robert Bass
832 Ike Mooney Rd. NE
Silverton, OR 97381-8707

Ronald Christensen
695 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7187

ina Fenelly
c/o Leibowitz Law Group
4050 Katella Ave. Suite 201
Los Alamitos, CA 90720-3475

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962-2180

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
ATTN: BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

MarBorg Industries
PO Box 4127
Santa Barbara, CA 93140

Mercedes Benz Financial
PO Box 5209
Carol Stream, IL 60197

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Capital Lending Resources, Inc. Profit Sha

(u)Courtesy NEF

(u)Enterprise Bank & Trust, its successors

(u)LEA Accountancy LLP

(u)Mirae Asset Securities & Investments (USA)

(u)WBC Special Assets, LLC

(u)Clifford A. Rosen c/o Norma V. Garcia 695

(u)Creditors Adjustment Bureau
c/o Law Offices of Kenneth J. Freed
14226 Ventura Blvd.
Sherman Oak

(d)Epic Entertainment Group, LLC
207 East Broadway #302
Long Beach, CA 90802-8825

(d)FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

(d)InterCommunicationsInc
1375 Dove Street, Suite 200
Newport Beach, CA 92660-2406

(u)John M. and Mary A. Dannelley

(u)John M. and Mary A. Dannelley, trustees of

(u)Li Mei Chen c/o Norma V. Garcia 695 Town C

(u)Murphy O'Brien, Inc., a California corp

(d)Polina Yatsyna
1240 Fulton Ave Unit 108
Studio City, CA 91604-1803

(d)ROBERT HALF MANAGEMENT RESOURCES,
ROBERT HALF / RECOVERY DEPT
PO BOX 5024
San Ramon, CA 94583-5024

(u)Ronald A. Christensen, MD c/o Norma V. G.

(d)Sarachek Law Firm
670 White Plains Road, Fl. PH
Scarsdale, NY 10583-5025

(d)Selbert Perkins Design, Inc.
432 Culver Blvd.
Playa Del Rey, CA 90293-7706

(d)Urban Commons LLC
10250 Constellation Blvd
Suite 1750
Los Angeles, CA 90067-6257

(u)Agnes Shene Hwa Chin

(u)Bruce Beretta

(u)John Michael Dannelley

(u)Mary A. Dannelley

(u)Michael Chiang
, CA

(u)Neufeld Marks

(u)Robert B. Cowan

End of Label Matrix
Mailable recipients    180
Bypassed recipients     28
Total                  208