LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, California 91101
Telephone (626)396-4000
Facsimile (626)498-8875

Attorneys for
Carolyn A. Dye,
Chapter 7 Trustee

**FILED & ENTERED**

AUG 24 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:21-bk-13523 ER |
| | ) |
| URBAN COMMONS, LLC, | ) Chapter 7 |
| | ) |
| Debtor. | ) ORDER GRANTING CHAPTER 7 |
| | ) TRUSTEE'S MOTION FOR |
| | ) AUTHORIZATION TO SETTLE CERTAIN |
| | ) ADVERSARY CASES |
| | ) |
| | ) [NO HEARING REQUIRED PURSUANT |
| | ) TO LBR 9013-1(o)(3)] |

The Court having considered the *Chapter 7 Trustee's Motion For Authorization To Settle Certain Adversary Cases and Notice Of Opportunity To Request A Hearing On Motion with* ("Motion") [Doc. No. 366] filed by Carolyn A. Dye, the Chapter 7 Trustee ("Trustee") and for good cause appearing therefore, the Court HEREBY ORDERS AS FOLLOWS:

1. The Motion is hereby granted in its entirety;

2. The Trustee is authorized to settle, without notice, Court review or a motion pursuant to Federal Rule of Bankruptcy Procedure 9019 any adversary proceeding presently on file in the

-1-

Debtor's case, where the Trustee is a Plaintiff, that seeks to recover transfers of $150,000.00 or less so long as the proposed settlement recovers at least fifty percent (50%) of the transfer that the Trustee believes is recoverable.

3. Commencing on October 1, 2023, and every quarter thereafter, the Trustee shall give notice to all creditors and the Court of all adversary proceedings settled pursuant to the terms of this Order.

IT IS SO ORDERED.

# # #

Date: August 24, 2023

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge

-2-