| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LEONARD PEÑA<br>lpena@penalaw.com<br>Pena & Soma, APC<br>402 S. Marengo Avenue Suite B<br>Pasadena, CA 91101<br>Tel: 626-396-4000<br>Fax: 626-498-8875<br><br>State Bar Number: *192898*<br><br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for: Carolyn A. Dye, Chapter 7 Trustee* | |

### UNITED STATES BANKRUPTCY COURT
#### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br><br><br>Urban Commons, LLC<br><br><br><br><br><br>Debtor(s.) | CASE NO.: 2:21-bk-13523 WB<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) _Carolyn A. Dye, Chapter 7 Trustee_, filed a motion or application (Motion) entitled: STIPULATION CONCERNING CLOSURE OF DEPOSITORY ACCOUNTS OF THE DEBTOR'S SUBSIDIARIES

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

    ☒ The full Motion is attached to this notice; or

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 1          **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

☐ The full Motion was filed with the court as docket entry #_____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 1/29/2024

_____
Signature of Movant or attorney for Movant

LEONARD PEÑA
_____
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2        **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

LEONARD PEÑA (State Bar No. 192898)
JULIE A. SOMA (State Bar No. 180170)
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, California 91101
Tel: (626) 396.4000
Fax: (626) 498.8875
lpena@penalaw.com

Attorney for Carolyn A. Dye,
Chapter 7 Trustee of
Urban Commons, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>        Debtor | Case No. 2:21-bk-13523-WB<br><br>Chapter 7<br><br>STIPULATION CONCERNING CLOSURE OF DEPOSITORY ACCOUNTS OF THE DEBTOR'S SUBSIDIARIES<br><br>[NO HEARING REQUIRED] |

This Stipulation Concerning Closure of Depository Accounts of the Debtor's Subsidiaries (the "Stipulation") is entered into by and between Carolyn A. Dye, as Chapter 7 Trustee (the "Chapter 7 Trustee") of the estate of Urban Commons, LLC (the "Debtor"), and Bank of America, N.A. ("Bank of America") (together, the "Parties"), by and through their respective counsel. By this Stipulation, the Chapter 7 Trustee seeks authority to (i) close the depository accounts (the "Bank Accounts") of the Debtor's non-debtor subsidiaries at Bank of America as set forth on Exhibit "A" hereto (the "Subsidiaries") and (ii) transfer any excess funds

1  in the Bank Accounts to the Debtor (collectively, the "Bank

2  Account Closure").   The Parties hereby stipulate and state as

3  follows:

4  **RECITALS**

5    A. The Chapter 7 Trustee has represented to Bank of America

6  that the Debtor is the sole member and interest holder in each of

7  the Subsidiaries.  The Subsidiaries are EHT DHSLC, LLC; EHT ESAN,

8  LLC; EHT ESPD, LLC; EHT HIA, LLC; EHT HIOR, LLC; EHT HISM, LLC;

9  EHT SDTC, LLC; EHT QMLB, LLC; and EHT WSAC, LLC.

10    B. Prior to the commencement of this case, each of the

11  Subsidiaries maintained one or more Bank Accounts at Bank of

12  America.  The current amounts on deposit in the Bank Accounts are

13  set forth on Exhibit A.

14    C. On April 29, 2021 (the "Petition Date"), an involuntary

15  petition was filed by Epic Entertainment Group, LLC, Selbert

16  Perkins Design, Inc. and InterCommunications Inc. against the

17  Debtor in the above-captioned matter [Docket No. 1] pursuant to

18  section 303 of the Bankruptcy Code (the "Chapter 7 Case").

19    D. On June 24, 2021, the United States Bankruptcy Court for the

20  Central District of California entered an order for relief against

21  the Debtor in the Chapter 7 Case [Docket No. 27].  On June 24,

22  2021, Carolyn A. Dye was duly appointed as the acting Chapter 7

23  Trustee.  [Docket No. 39].

24    E. Since the Petition Date, the Chapter 7 Trustee has been

25  reviewing the Debtor's books and records and recovering property

26  of the estate by bringing preference and fraudulent transfer

27  claims.

28

2

F. In connection with the Bank Account Closure, the Chapter 7 Trustee has represented to Bank of America that funds on deposit in the Bank Accounts are property of the Debtor's estate and requested any excess funds to be returned to the Debtor.

### STIPULATION

**NOW, THEREFORE,** subject to approval of this Stipulation by the Bankruptcy Court (the "Approval Order"), the Parties hereby stipulate and agree as follows:

1.    All of the recitals set forth above are incorporated by reference as if fully set forth herein.  This Stipulation constitutes the entire agreement of the Parties.  No modification, amendment or waiver of any of the provisions of this Stipulation is effective unless it is in writing and signed by all of the Parties.

2.    The effectiveness of this Stipulation is subject to, and conditioned upon, the "Effective Date," which means the first date by which each of the following conditions has occurred:

        a.    this Stipulation is executed by each of the Parties, and

        b.    the Bankruptcy Court has entered the Approval Order.

3.    Upon entry of the Approval Order, Bank of America is authorized to undertake the Bank Account Closure in accordance with Bank of America's customary depository and treasury management policies and procedures for similar transactions.  All excess funds net of any outstanding or applicable bank charges, fees and expenses in the Bank Accounts after the Bank Account Closure ("Net Funds") shall be returned to the Chapter 7 Trustee for the benefit of the Debtor and its estate.

3

       4.    **Indemnification**.    The Debtor shall indemnify, defend, and hold harmless Bank of America for and against any and all liabilities, obligations, losses, damages, penalties, claims, actions, judgments, costs, expenses or disbursements of whatsoever kind or nature which may be imposed on, asserted against or incurred by Bank of America as a result of the Bank Account Closure, ***provided*** that any indemnification under this paragraph shall be limited to a sum equal to the Net Funds.    This indemnity provision shall expire automatically **when** upon (a) the completion of all creditor distributions in the Chapter 7 Case and (b) the Court's entry of final orders approving the Chapter 7 Trustee's final report and closing the Chapter 7 Case, as to which no stay is pending and which have not been reversed, vacated or overturned, and as to which the time to appeal or move to reconsider has expired, and from which no appeal or motion to reconsider has been timely filed, or if timely filed, such appeal or motion to reconsider has been dismissed or denied with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

5.   The Parties acknowledge and consent to the exclusive jurisdiction of the Bankruptcy Court with respect to all matters relating to the interpretation and enforcement of the terms of this Stipulation.

IN WITNESS WHEREOF, the Parties have executed this Stipulation as of the date written in the opening paragraph hereof.

Dated:    January 29, 2024    Respectfully submitted

Leonard Peña
PEÑA & SOMA, A
402 South Marengo Ave., Suite B
Pasadena, California 91101·
Tel: 626.396.4000
Fax: 626.498.8875
    lpena@penalaw.com

*Attorney for Carolyn A. Dye,*
*Chapter 7 Trustee of*
*Urban Commons, LLC*

January__, 2024

Jennifer Feldsher
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
jennifer.feldsher@morganlewis.com

*Attorney for Bank of America N.A.*

5

5.   The Parties acknowledge and consent to the exclusive jurisdiction of the Bankruptcy Court with respect to all matters relating to the interpretation and enforcement of the terms of this Stipulation.

IN WITNESS WHEREOF, the Parties have executed this Stipulation as of the date written in the opening paragraph hereof.

Dated:      January__, 2024      Respectfully submitted

Leonard Peña
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, California 91101
Tel: 626.396.4000
Fax: 626.498.8875
    lpena@penalaw.com

*Attorney for Carolyn A. Dye,*
*Chapter 7 Trustee of*
*Urban Commons, LLC*

January__, 2024

Jennifer Feldsher
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
jennifer.feldsher@morganlewis.com

*Attorney for Bank of America N.A.*

**EXHIBIT A**

| Client Name | Ledger Balance |
|---|---|
| EHT DHSLC, LLC | $335.97 |
| EHT ESAN, LLC | $2,692.82 |
| EHT ESPD, LLC | $1,597.12 |
| EHT HIA, LLC | $1,473.60 |
| EHT HIOR, LLC | $12,782.06 |
| EHT HISM, LLC | $35,207.44 |
| EHT HISM, LLC | $59,857.67 |
| EHT QMLB, LLC | $270,064.70 |
| EHT SDTC, LLC | $366.68 |
| EHT WSAC, LLC | $20,469.67 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
402 S. Marengo Avenue
Suite B
Pasadena, CA 91101

A true and correct copy of the foregoing document entitled:   Notice of Motion for Order without Hearing Pursuant to
LBR 9013-1(o)  and  Stipulation Concerning Closure Of Depository Accounts Of the Debtor's Subsidiairies
 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR
5005-2(d); and **(b)** in the manner stated below:


**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  1/29/24   , I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List
to receive NEF transmission at the email addresses stated below:

Melody G Anderson on behalf of Creditor Creditors Adjustment Bureau, Inc.
manderson@kjfesq.com

Mel Aranoff on behalf of Creditor Robert B. Cowan
maranoff@mbnlawyers.com

Simon Aron on behalf of Defendant Lone Oak Fund, LLC
saron@wrslawyers.com, moster@wrslawyers.com

Robert D Bass on behalf of Attorney Robert Bass
bob.bass47@icloud.com   ,

Robert D Bass on behalf of Defendant Pacific Laurel Scott LLC
bob.bass47@icloud.com

Tod V Beebe on behalf of Defendant New Omni Bank, National Association
tbeebe@clarkhill.com

Tanya Behnam on behalf of Defendant Fortress Credit Corp.
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Tanya Behnam on behalf of Interested Party Courtesy NEF
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Reem J Bello on behalf of Interested Party Courtesy NEF
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Eric Bensamochan on behalf of Defendant Interserv, L.P.
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Defendant Sky Holdings LLC

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 3        **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Defendant Brian Egnatz
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Defendant Howard Wu
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Defendant Peter M Kam
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Defendant Taylor Woods
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Courtesy NEF
eric@eblawfirm.us, G63723@notify.cincompass.com

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us, G63723@notify.cincompass.com

David A Berkley on behalf of Defendant IPFS Corporation
david.berkley@wbd-us.com, mary.koo@wbd-us.com;halai.hashimi@wbd-us.com

Shraddha Bharatia on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Anthony Bisconti on behalf of Creditor John Michael Dannelley
tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com

Anthony Bisconti on behalf of Creditor Mary A. Dannelley
tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com

Wendy D Brewer on behalf of Defendant ASAP Property Holdings INC.
wbrewer@fmdlegal.com

Wendy D Brewer on behalf of Defendant Galaxy Investment Capital, Inc.
wbrewer@fmdlegal.com

Wendy D Brewer on behalf of Defendant Lodging USA Lendco LLC
wbrewer@fmdlegal.com

Wendy D Brewer on behalf of Defendant George Min-Hsieng Lee
wbrewer@fmdlegal.com

Bert Briones on behalf of Defendant G8 Holdings, INC
bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net

Joseph E. Caceres on behalf of Defendant Crown Point Realty Capital, LLC
jec@locs.com, generalbox@locs.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 4        F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

Andrew W Caine on behalf of Defendant FWREF Nashville Airport, LLC, a Delaware limited liability company
acaine@pszjlaw.com

James Chu on behalf of Defendant Yosemite Valley Beef Distributors, LLC
chu.james.y@gmail.com

Karol K Denniston on behalf of Defendant United Overseas Bank Limited
karol.denniston@squirepb.com,
travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com

Carolyn A Dye (TR)
trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com

Jesse S Finlayson on behalf of Defendant Jamison Properties, INC.
jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com

Jesse S Finlayson on behalf of Defendant Third Point Capital, Inc.
jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com

Isaac M. Gabriel on behalf of Defendant Sitrick Group, LLC
gabriel.isaac@dorsey.com, Adelman.alexis@dorsey.com

Norma V. Garcia on behalf of Creditor Clifford Rosen
ngarciaguillen@garciarainey.com, jnuzzo@garciarainey.com;geason@garciarainey.com;mjskapadia@garciarainey.com

Norma V. Garcia on behalf of Creditor Ronald Christensen
ngarciaguillen@garciarainey.com, jnuzzo@garciarainey.com;geason@garciarainey.com;mjskapadia@garciarainey.com

Norma V. Garcia on behalf of Plaintiff Clifford Rosen
ngarciaguillen@garciarainey.com, jnuzzo@garciarainey.com;geason@garciarainey.com;mjskapadia@garciarainey.com

Norma V. Garcia on behalf of Plaintiff Ronald Christensen
ngarciaguillen@garciarainey.com, jnuzzo@garciarainey.com;geason@garciarainey.com;mjskapadia@garciarainey.com

Beth Gaschen on behalf of Defendant Potter Anderson & Corroon LLP
bgaschen@go2.law,
kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen on behalf of Interested Party Courtesy NEF
bgaschen@go2.law,
kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Evelina Gentry on behalf of Defendant Silver Point Finance, LLC
evelina.gentry@akerman.com, rob.diwa@akerman.com

Bernard R Given, II on behalf of Defendant Epic Entertainment Group, LLC
bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com

Bernard R Given, II on behalf of Petitioning Creditor Epic Entertainment Group LLC
bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                Page 5        F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

Alison S Gokal on behalf of Creditor Carl Carlson
service@gokallaw.com

Eric D Goldberg on behalf of Creditor Mirae Asset Securities & Investments (USA), LLC
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Eric D Goldberg on behalf of Defendant Mirae Asset Securities & Investments (USA), LLC
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey I Golden on behalf of Defendant Potter Anderson & Corroon LLP
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@
notify.bestcase.com

Jeffrey I Golden on behalf of Petitioning Creditor Epic Entertainment Group LLC
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@
notify.bestcase.com

Jeffrey I Golden on behalf of Petitioning Creditor InterCommunications Inc.
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@
notify.bestcase.com

Jeffrey I Golden on behalf of Petitioning Creditor Selbert Perkins Design, Inc
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@
notify.bestcase.com

Seth Goldman on behalf of Defendant Munger, Tolles & Olson, LLP
seth.goldman@mto.com

Michael H Goldstein on behalf of Defendant Goodwin Procter LLP
mgoldstein@goodwinprocter.com

David M Goodrich on behalf of Defendant Global Law Group Corporation
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Michael S Greger on behalf of Interested Party Constellation Place, LLC
mgreger@allenmatkins.com, kpreston@allenmatkins.com

Michael S Greger on behalf of Interested Party Courtesy NEF
mgreger@allenmatkins.com, kpreston@allenmatkins.com

Joseph G Harraka, Jr on behalf of Creditor Gruppo Italiano Progetti SRL
jgharraka@becker.legal, maferrentino@becker.legal

Douglas Harris on behalf of Interested Party Courtesy NEF
Douglas.harris@alston.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Christopher D Hughes on behalf of Defendant Keri A Nelson
chughes@nossaman.com

Christopher D Hughes on behalf of Defendant Steven H Nelson
chughes@nossaman.com

Kevin Hutty on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

Nicolino Iezza on behalf of Creditor Murphy O'Brien, Inc., a California corporation
niezza@spiwakandiezza.com

Christopher Johnson on behalf of Creditor Crestline Hotels & Resorts, LLC
cjohnson@sklarkirsch.com, scrippen@safarianchoi.com

Dirk O Julander on behalf of Attorney Dirk O. Julander
doj@jbblaw.com

Dirk O Julander on behalf of Attorney M. Adam Tate
doj@jbblaw.com

Dirk O Julander on behalf of Defendant Richard B Gerdts
doj@jbblaw.com

Clifford P Jung on behalf of Defendant 5740 FAMILY HOLDINGS LIMITED COMPANY
clifford@jyllp.com, ry@jyllp.com;jessica@jyllp.com

Clifford P Jung on behalf of Defendant JWW Hotel Investment, LLC
clifford@jyllp.com, ry@jyllp.com;jessica@jyllp.com

Clifford P Jung on behalf of Defendant Progeny Capital Partners, LLC
clifford@jyllp.com, ry@jyllp.com;jessica@jyllp.com

Daniel King on behalf of Defendant Pasadena Investment Capital LLC
dking@theattorneygroup.com, r44432@notify.bestcase.com

Daniel King on behalf of Defendant Taylor R. Woods
dking@theattorneygroup.com, r44432@notify.bestcase.com

Leib M Lerner on behalf of Interested Party Courtesy NEF
leib.lerner@alston.com, autodockettest-lax@alston.com;Melanie.mizrahie@alston.com

Adam A Lewis on behalf of Defendant Morrison & Foerster LLP
alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

Jason L. Liang on behalf of Defendant Mei Li Hsu
jliang@lianglyllp.com

Peter M Lively on behalf of Defendant Musictrip.com INC.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                          Page 7        F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

PeterMLively2000@yahoo.com

Kelvin J Lo on behalf of Defendant Happy Tree, Inc.
bklolaw@gmail.com

Aaron J Malo on behalf of Defendant Pacific Premier Bank
amalo@sheppardmullin.com, abilly@sheppardmullin.com;rgolder@sheppardmullin.com

Zachary Evan Mazur on behalf of Petitioning Creditor Epic Entertainment Group LLC
zachary@saracheklawfirm.com

Zachary Evan Mazur on behalf of Petitioning Creditor InterCommunications Inc.
zachary@saracheklawfirm.com

Zachary Evan Mazur on behalf of Petitioning Creditor Selbert Perkins Design, Inc
zachary@saracheklawfirm.com

Lisamarie McDermott on behalf of Defendant J. Brian Urtnowski, P.C.
lisamariem@jbulaw.net, stephanieg@jbulaw.net

Lisamarie McDermott on behalf of Defendant Nextera, LLC
lisamariem@jbulaw.net, stephanieg@jbulaw.net

Byron Z Moldo on behalf of Interested Party Courtesy NEF
bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com

Shane J Moses on behalf of Defendant Belfor USA Group, Inc.
smoses@foley.com, llanglois@foley.com;lanii-langlois-4514@ecf.pacerpro.com;swells@foley.com

Miguel A Munoz on behalf of Debtor Urban Commons LLC
miguel@miguelmunozlaw.com, g12207@notify.cincompass.com;munoz.miguelb112802@notify.bestcase.com

Miguel A Munoz on behalf of Defendant Urban Commons LLC
miguel@miguelmunozlaw.com, g12207@notify.cincompass.com;munoz.miguelb112802@notify.bestcase.com

Bennett Murphy on behalf of Defendant Quinn Emanuel Urquhart & Sullivan, LLP
bennettmurphy@quinnemanuel.com

David C Nealy on behalf of Defendant Urban Realty & Management, Inc.
david.nealy@limnexus.com, mimi.cho@limnexus.com

Jeffrey P Nolan on behalf of Defendant Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
jnolan@pszjlaw.com

Jeffrey P Nolan on behalf of Defendant Brighton Management, LLC
jnolan@pszjlaw.com

Jeffrey P Nolan on behalf of Defendant FWREF Nashville Airport, LLC, a Delaware limited liability company
jnolan@pszjlaw.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 8          **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

Jeffrey P Nolan on behalf of Defendant Joseph Fan
jnolan@pszjlaw.com

Jeffrey P Nolan on behalf of Defendant Mei-Shueh Wu Yang
jnolan@pszjlaw.com

Jeffrey P Nolan on behalf of Defendant Nicolas Teng
jnolan@pszjlaw.com

Jeffrey P Nolan on behalf of Defendant Roland Wu
jnolan@pszjlaw.com

Jeffrey P Nolan on behalf of Defendant Yu Fen Chang
jnolan@pszjlaw.com

Scott H Noskin on behalf of Creditor Robert B. Cowan
snoskin@mbnlawyers.com, aacosta@mbnlawyers.com

Leonard Pena on behalf of Plaintiff Carolyn Dye
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Leonard Pena on behalf of Plaintiff Carolyn A Dye
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Leonard Pena on behalf of Plaintiff Carolyn A. Dye
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Leonard Pena on behalf of Trustee Carolyn A Dye (TR)
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Misty A Perry Isaacson on behalf of Defendant Basil O. Chidi Funk as the Trustee of the Chidi Funk Family Trust
misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net

Misty A Perry Isaacson on behalf of Interested Party Courtesy NEF
misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net

Jerry S Phillips on behalf of Defendant Epic Entertainment Group, LLC
jphillips@loeb.com

Jerry S Phillips on behalf of Petitioning Creditor Epic Entertainment Group LLC
jphillips@loeb.com

Michael E Plotkin on behalf of Defendant Phoenix Travel, Inc.
mepesq@earthlink.net, R58418@notify.bestcase.com

Michael J Quinn on behalf of Defendant Vedder Price PC
mquinn@vedderprice.com,
ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com,ahirschkowitz@vedderprice.com

Julie H Rome-Banks on behalf of Defendant Massive Dynamic Inc.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

julie@bindermalter.com

Michael Salanick on behalf of Creditor Agnes Shene Hwa Chin
msalanick@salanicklaw.com

Michael Salanick on behalf of Creditor Michael Chiang
msalanick@salanicklaw.com

Joseph E Sarachek on behalf of Petitioning Creditor Epic Entertainment Group LLC
joe@saracheklawfirm.com, jon@saracheklawfirm.com

Joseph E Sarachek on behalf of Petitioning Creditor InterCommunications Inc.
joe@saracheklawfirm.com, jon@saracheklawfirm.com

Joseph E Sarachek on behalf of Petitioning Creditor Selbert Perkins Design, Inc
joe@saracheklawfirm.com, jon@saracheklawfirm.com

Scott A Schiff on behalf of Defendant Direct Media Advertising, Inc.
sas@soukup-schiff.com

Scott A Schiff on behalf of Defendant ERJMJ Investments, LP
sas@soukup-schiff.com

Jacqueline D Serrao on behalf of Creditor Tina Fenelly
jds@cabkgroup.com, attorneygary@gmail.com

Michael A Shakouri on behalf of Creditor Maguire Properties - 777 Tower, LLC
mshakouri@goodkinlaw.com, rnolan@pdv-llc.com

Charles Shamash on behalf of Defendant Crown Point Realty Capital, LLC
cs@locs.com, generalbox@locs.com

Charles Shamash on behalf of Interested Party Crown Point Realty Capital, LLC
cs@locs.com, generalbox@locs.com

Summer M Shaw on behalf of Interested Party Neufeld Marks
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Timothy J Silverman on behalf of Creditor Enterprise Bank & Trust, its successors and/or assignees
tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com

Timothy J Silverman on behalf of Defendant Enterprise Bank & Trust
tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com

Jade Smith-Williams on behalf of Plaintiff Berritto Enterprises LLC
jsmithwilliams@baileyglasser.com, jzumot@baileyglasser.com;mweintraub@baileyglasser.com

Peter T Steinberg on behalf of Interested Party Courtesy NEF
mr.aloha@sbcglobal.net

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

James E Till on behalf of Defendant UBS Bank USA
james.till@till-lawgroup.com,
martha.araki@till-lawgroup.com;myrtle.john@till-lawgroup.com;sachie.fritz@till-lawgroup.com

James E Till on behalf of Defendant Heli Myyrylainen
james.till@till-lawgroup.com,
martha.araki@till-lawgroup.com;myrtle.john@till-lawgroup.com;sachie.fritz@till-lawgroup.com

James E Till on behalf of Interested Party Courtesy NEF
james.till@till-lawgroup.com,
martha.araki@till-lawgroup.com;myrtle.john@till-lawgroup.com;sachie.fritz@till-lawgroup.com

Jennifer R Tullius on behalf of Creditor Bruce Beretta
jtullius@tulliuslaw.com

Jennifer R Tullius on behalf of Defendant Bruce Beretta
jtullius@tulliuslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gerrick Warrington on behalf of Defendant WELLS FARGO BANK, N.A.
gwarrington@frandzel.com, achase@frandzel.com

Corey R Weber on behalf of Interested Party Courtesy NEF
cweber@bg.law, ecf@bg.law

Rebecca J Winthrop on behalf of Defendant National Financial Services LLC
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

Nathaniel R Wood on behalf of Defendant FVP Servicing, LLP
nrwood@yahoo.com

Nathaniel R Wood on behalf of Interested Party Courtesy NEF
nrwood@yahoo.com

S Christopher Yoo on behalf of Defendant Frost Brown Todd LLC
cyoo@fbtlaw.com, vdelgado@fbtlaw.com

David R Zaro on behalf of Defendant Parklico, INC.
dzaro@allenmatkins.com

Roye Zur on behalf of Creditor Capital Lending Resources, Inc. Profit Sharing Trust Dated April 1, 1997
rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Roye Zur on behalf of Other Professional WBC Special Assets, LLC
rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Joshua del Castillo on behalf of Defendant Parklico, INC.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                   Page 11     **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Julia W. Brand
United States Bankruptcy Court
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

Jennifer Feldsher
Julia Blackburn Otero
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)____*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/29/24 | NOEMI SANDOVAL | /S/ NOEMI SANDOVAL |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 12      **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

Label Matrix for local noticing
0973-2
Case 2:21-bk-13523-WB
Central District of California
Los Angeles
Wed Dec  6 16:06:08 PST 2023

Constellation Place, LLC
c/o Michael S. Greger
Allen Matkins
2010 Main Street, Suite 800
Irvine, CA 92614-7214

(p)CREDITORS ADJUSTMENT BUREAU  INC
ATTN WENDY THOMAS
4340 FULTON AVENUE THIRD FL
SHERMAN OAKS CA 91423-2777

Crestline Hotels & Resorts, LLC
3950 University Drive
Suite 301
Fairfax, VA 22030-2566

Crown Point Realty Capital, LLC
117 E Colorado Blvd., Suite 600
Pasadena, CA 91105-3712

Epic Entertainment Group LLC
Attn Steve Sheldon
207 East Broadway, #302
Long Beach, CA 90802-8825

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO Box 2952
Sacramento, CA 95812-2952

Gruppo Italiano Progetti SRL
c/o Joseph G. Harraka, Jr., Esq.
Becker LLC
5020 Campus Drive
Newport Beach, CA 92660-2120

InterCommunications Inc.
Attn Toni Alexander
1375 Dove Street, Suite 200
Newport Beach, CA 92660-2406

Maguire Properties - 777 Tower, LLC
c/o Goodkin Law Group
1800 Century Park East
10th Floor
Los Angeles, CA 90067-1513

Murphy O'Brien, Inc., a California corp
c/o Spiwak & Iezza, LLP
555 Marin Street, Suite 140
Thousand Oaks, CA 91360-4103

Selbert Perkins Design, Inc
Attn Robert Perkins
432 Culver Blvd
Playa Del Rey, CA 90293-7706

Urban Commons LLC
10250 Constellation Blvd
Suite 1750
Los Angeles, CA 90067-6257

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

1750 Daimler Trust LSR
c/o Linebarger Goggan Blair & Samps
PO Box 659443
San Antonio, TX 78265-9443

ADG Consulting, Inc.
c/o Sarachek Law Firm
670 White Plains Road, Fl. PH
Scarsdale, NY 10583-5025

AEI Consultants
2500 Camino Diablo
Walnut Creek, CA 94597-3998

AKERMAN LLP
Evelina Gentry
601 West Fifth Street, Suite 300
Los Angeles, California 90071-3506

Adam C. Rogoff
KRAMER LEVIN NAFTALIS & FRANKEL
1177 Avenue of the Americas
New York, NY 10036-2714

Adam Soibelman
R2 Law Group, LLC
23901 Calabasas Road
Suite 2006
Calabasas, CA 91302-1592

Adams and Reese LLP
Dept. 5208
Birmingham, AL 35287-0001

Adams and Reese LLP
c/o Robin B. Cheatham
701 Poydras Street, Suite 4500
New Orleans, LA 70139-4596

Aetna Life Insurance Company
Aaron McCollough
c/o McGuireWoods LLP
77 West Wacker Drive, Ste. 4100
Chicago, IL 60601-1818

Aimbridge Concession, Inc.
c/o Brownstein Hyatt Farber Schreck
2049 Century Park East Suite 3550
Los Angeles, CA 90067-3210

Air Supply Incorporated
655 E A Street
Upland, CA 91786-5349

Alan Tantleff, as Liquidating Trustee
G. David Dean, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1496

Allstate Insurance Company
PO Box 4344
Carol Stream, IL 60197-4344

(p)ASSET COMPLIANT SOLUTIONS
65 LAWRENCE BELL DR
STE 101
WILLIAMSVILLE NY 14221-7182

American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Andy Stone and Jazz Reality, LLC
c/o Kenneth Mather, Esq, Gunster
401 E. Jackson Street, Suite 1500
Tampa, FL 33602-5204

BakerHostetler
Attn: Andrew Grossman
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-5318

Bank of America Business Card
PO Box 15796
Corona Del Mar, CA 92625

Berritto Enterprises LLC
Jade Smith-Williams
BAILEY & GLASSER, LLP
1999 Harrison St., Suite 660
Oakland, CA 94612-3584

Brian Winn
110 E Wilshire Ave., Suite 212
Fullerton, CA 92832-1960

Brookfield Properties Management In
777 South Figueroa Street Suite 375
Los Angeles, CA 90017-5812

Bruce Beretta
c/o Tullius Law Group
Attn: Jennifer R. Tullius
515 S. Flower Street 18th Floor
Los Angeles, CA 90071-2231

C Below Subsurface Imaging
14280 Eulid Ave
Chino, CA 91710-8803

CAB assignee of Quadient Leasing USA
4340 Fulton Avenue, Third Fl.
Sherman Oaks, CA 91423-3925

CAB assignee of Santa Monica Seafood
4340 Fulton Avenue, Third Fl.
Sherman Oaks, CA 91423-3925

CAB assignee of Walters Wholesale Electric
4340 Fulton Avenue, Third Fl.
Sherman Oaks, CA 91423-3925

CITY OF LOS ANGELES, OFFICE OF FINANCE
Los Angeles City Attorney's Office
200 N Main Street, Ste 920
Los Angeles CA 90012-4128

COGENCY GLOBAL INC
122E 42ND ST 18TH FL NY NY 10168
New York, NY 10168-0002

CSC
251 Little Falls Drive
Wilmington, DE 19808-1674

Canon Finananical Servies
14904 Collections Center Drive
Chicago, IL 606

Capital Lending Resources, Inc.
Profit Sharing Plan
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd.
Los Angeles, CA 90064-2524

Capital Lending Resources, Inc.
Profit Sharing Trust Dated April 1, 1997
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd.
Los Angeles, CA 90064-2524

Carl Carlson
c/o Gokal Law Group, Inc.
26080 Towne Centre Drive
Foothill Ranch, CA 92610-3441

Carl Carlson
c/o Gokal Law Group, Inc.
Attn: Alison S. Gokal
26080 Towne Centre Dr.
Foothill Ranch, CA 92610-3441

Century Group International, LLC
222 N. Pacific Coast Highway
El Segundo, CA 90245-5648

Century Group International, LLC
222 N. Pacific Coast Highway
Suite 2150
El Segundo, CA 90245-5631

Cisco, Inc.
1702 Townhurst Dr.
Houston, TX 77043-2811

City of Long Beach
c/o Brutzkus Gubner Rozansky Seror
Attn: Corey Weber
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911

City of Los Angeles
Office of Finance
51108
Los Angeles, CA 90051

Clifford Rosen
GARCIA RAINEY BLANK & BOWERBANK
LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187

Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279-1087

Complete Copy Systems Group
3300 Beverly Blvd.
Los Angeles, CA 90004-6004

Constellation Place LLC
10250 Constellation Blvd. Suite 800
Los Angeles, CA 90067-6274

Constellation Place, LLC
c/o Michael S. Greger
Allen Matkins, et al.
1900 Main Street, Fifth Fl.
Irvine, CA 92614-7317

Craig Quinn, as Trustee of the Craig & Colle
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd.
Los Angeles, CA 90064-2524

Craig and Collen Quinn
Family Trust Dated September 2000
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

Creditors Adjustment Bureau
c/o Law Offices of Kenneth J. Freed
14226 Ventura Blvd.
Sherman Oaks, CA 91423-2715

Crestline Hotels & Resorts, LLC
c/o Safarian Choi & Bolstad LLP
Attn: David C. Bolstad
555 S. Flower Street, Suite 650
Los Angeles, CA 90071-2442

DENIS KLAVDIANOS
Glassberg, Pollak & Associates
1000 4th Street, Suite 570
San Rafael, CA 94901-3149

Danny Harris
c/oCarpenter Zuckerman & Rowley LLP
8827 West Olympic Blvd.
Los Angeles, CA 90012

Datasite LLC
The Baker Center
733 S. Marquette Ave., Suite 600
Minneapolis, MN 55402-2357

Deragisch I, LLC
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd
Los Angeles, CA 90064-2524

EHT US1, Inc.
c/o Paul Hastings LLP
Attn: Nick Bassett
2050 M St., N.W.
Washington, DC 20036-3598

ERJMJ Investments, LP
32 S La Senda Drive
Laguna Beach, CA 92651-6733

Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas
New York, NY 10105-0302

Epic Entertainment Group LLC
207 East Broadway, #302
Long Beach, CA 90802-8825

Epic Entertainment Group LLC
742 South Hill Street Ste. 904
Los Angeles, CA 90014-2745

Ervin Cohen Jessup LLP
9401 Wilshire Blvd 9th Floor
Beverly Hills, CA 90212-2945

Everest Discovery, LLC
c/o Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355-1002

Ford Motor Credit Company
Department 194101
PO Box 55000
Detroit, MI 48255-1941

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

GeoSoils, Inc.
5741 Palmer Way Suite D
Carlsbad, CA 92010-7248

George M. Lee and Galaxy Investment
81 N Mentor Ave
Pasadena, CA 91106-1740

George M. Lee and Galaxy Investment Capital
81 N Mentor Ave
Pasadena, CA 91106-1740

Gruppo Italiano Progetti Srl
c/o Becker LLC
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039-1023

Harry Kim
520 S. Grand Avenue Ste 1070
Los Angeles, CA 90071-2613

Hill Living Trust Dated July 23, 2018
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd
Los Angeles, CA 90064-2524

Holiday Hospitality Franchising, LLC
c/o Alston & Bird LLP
Attn: Leib M. Lerner
333 S. Hope Street, 16th Fl.
Los Angeles, CA 90071-1410

Hong You
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Howard Wu
14635 Whitfeld Ave
Pacific Palisades, CA 90272-2645

Huan Lu
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

InterCommunicationsInc
1375 Dove Street Suite 200
Newport Beach, CA 92660-2406

James W Bates
Law Offices of James W. Bates
1055 E. Colorado Blvd. 5th Floor
Pasadena, CA 91106-2327

Jeffrey Golden Esq
Weiland Golden Goodrich LLP
650 Town Center Drive Ste 600
Costa Mesa CA 92626-7121

Jiacheng Hou
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

John Dannelley & Mary A. Dannelley
c/o Bienert Katzman Littrell Willia
Attn: Anthony R. Bisconti
903 Calle Amanecer Suite 350
San Clemente, CA 92673-6253

John Jenkins
c/o Equity Legal Group, P.C.
Attn: Kevin W. Chiang
201 S. Lake Ave. Suite 506
Pasadena, CA 91101-3085

Joseph E. Sarachek
670 White Plains Rd. Fl PH
Scarsdale, NY 10583-5025

Joseph E. Sarachek, Esq.
Sarachek Law Firm
670 White Plains Road, Fl. PH
Scarsdale, NY 10583-5025

Joseph Fan
c/o Wallin & Russell
Attn: Michael Wallin
26000 Towne Centre Drive Suite 130
Foothill Ranch, CA 92610-3444

Juice Capital
c/o Rutan & Tucker LLP
Attn: Heather N. Herd
18575 Jamboree Road 9th Floor
Irvine, CA 92612-2559

Junhao Pan
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Just Jill Inc.
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

Kenton Harris
4002 Willalee Ave.
Glendale, CA 91214-3235

LA Construction Heating and Air Con
6430 Variel Ave Suite 102
Woodland Hills, CA 91367-2539

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Lee Opolinsky Living Trust Dated May 31, 199
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

MAGUIRE PROPERTIES . 777 TOWER, LLC
c/o Goodkin Law Group, APC
1800 Avenue of the Stars
Suite 675
Los Angeles, CA 90067-4221

Maguire Properties
P.O. Box 840835
Los Angeles, CA 90084-0900

(p)MARBORG INDUSTRIES
ATTN KATHLEEN BORGATELLO KOEPER
PO BOX 4127
SANTA BARBARA CA 93140-4127

Matax Consulting
1370 Valley Vista Drive Suite 235
Diamond Bar, CA 91765-3954

(p)MERCEDES BENZ FINANCIAL SERVICES
14327 HERITAGE PARKWAY #400
FORT WORTH TX 76177-3300

Michael Chiang and Agnes Chin
c/o Law Offices of Michael Salanick
700 S Flower St Ste 1000
Los Angeles CA 90017-4112

Michael and Christina Poyer Family Trust of
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

Mirae Asset Securities & Investments (USA),
Rachel Albanese
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

Monica Burrell
4562 Iroquois Ave
Lakewood, CA 90713-2712

Nana Gong
Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Otto Rene Pineda
c/o Levin & Nalbandyan
Jacob Nalbandyan
811 Wilshire Blvd. Suite 800
Los Angeles, CA 90017-1854

PACIFIC PREMIER TRUST, a Division of PACIFIC
Glassberg, Pollak & Associates
1000 4th Street
Suite 570
San Rafael, CA 94901-3149

Pacific Premier Trust
c/o Feldman Law
Andrew M. Feldman
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156-7816

Paul Hwee
c/o Burkhalter Kessler Clement &
Attn: Alton Burkhalter
2020 Main Street Suite 600
Irvine, CA 92614-8226

Pikepass
4401 W Memorial Road Suite 130
Oklahoma City, OK 73134-1722

Polina Yatsyna
4240 Fulton Ave Unit 108
STUDIO CITY, CA 91604-1803

Potter Anderson & Corroon LLP
Attn: Christopher M. Samis
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108

Prince Lobel Tye LLP
One International Place Suite 3700
Boston, MA 02110-3218

Provident Trust Group LLC
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

R&R Electric
2803 Carlsbad Street
Redondo Beach, CA 90278-1716

ROBERT HALF MANAGEMENT RESOURCES
ROBERT HALF / RECOVERY DEPT
PO BOX 5024
SAN RAMON CA 94583-5024

Red Bus Charter Company
c/o Ronald Appel
2522 Chambers Rd
Tustin, CA 92780-6962

Regus Management Group LLC
655 North Central Ave 17th Floor
Glendale, CA 91203-1439

Robert B Cowan
c/o Melvin Aranof Mirman
Bubman & Nahmias
21860 Burbank Blvd Ste 360
Woodland Hills CA 91367-7406

Robert B. Cowan
3707 W. Garden Grove Blvd.
Orange, CA 92868-4803

Ronald Chistensen
GARCIA RAINEY BLANK & BOWERBANK
LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187

Rossmoyne, Inc.
3500 Ocean View Blvd.
Glendale, CA 91208-1212

Royal Business Bank
Brian T. Harvey, c/o Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Russell Kern
c/o Simon Aron, Esq.
11400 West Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582

(p)SARACHEK LAW FIRM
ATTN BNC NOTICING
670 WHITE PLAINS ROAD
PENTHOUSE
SCARSDALE NY 10583-5024

Scott Hochstadt
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

Selbert Perkins Design Inc
Attn Robin Perkins
432 Culver Blvd
Playa Del Rey CA 90293-7706

Selbert Perkins Design, Inc.
432 Culver Blvd
Playa del Rey, CA 90293-7706

Sitrick Group, LLC
16255 Ventura Blvd., Suite 300
Encino, CA 91436-2300

State of Delaware
Division of Corporations
PO Box 5509
Binghamton, NY 13902-5509

Synter Resource Group LLC
5935 Rivers Ave Suite 102
Charleston, SC 29406-6071

Taylor Woods
826 Emerald Way
Laguna Beach, CA 92651-1273

Tina Fenelly
c/o John L. Norman
1428 N. Broadway
Santa Ana, CA 92706-3905

Ting Cao
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Transworld Systems Inc
500 Virgina Dr. Suite 514
Fort Washington, PA 19034-2733

U.S. Bank National Association, as Trustee
60 Livingston Ave
EP-MN-WS1D
St. Paul, MN 55107-2292

UPS
2085 Lynnhave Pkwy
Virginia Beach, VA 23456-1497

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Urban Commons 2 West II LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067-6257

Urban Commons 2 West III LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067-6257

Urban Commons 2 West IV LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067-6257

Urban Commons 2 West LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067-6257

Urban Commons Queensway, LLC
Susan E. Kaufman, Esquire
919 N. Market Street, Suite 460
Wilmington, DE 19801-3014

Verizon
PO Box 660108
Dallas, TX 75266-0108

Voy Ventures
c/o Steven Booska
PO Box 2169
Oakland, CA 94621-0069

WBC Special Assets LLC
c/o Elkins Kalt Weintrabu et.al.
Attn: Julie Kimball
10345 W. Olympic Blvd.
Los Angeles, CA 90064-2524

WBC Special Assets, LLC
Elkins Kalt Weintraub Reuben Gartside, L
10345 W. Olympic Blvd
Los Angeles, CA 90064-2524

WBC Special Assets, LLC
a Delaware Limited Liability Company
as assignee of West Bay Capital, LLC
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd.
Los Angeles CA 90064-2524

Weiland Golden Goodrich LLP
c/o Jeff Golden
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626-7121

Weileen Leu
c/o Equity Legal Group, P.C.
Attn: Kevin W. Chiang
201 S. Lake Ave. Suite 506
Pasadena, CA 91101-3085

Weiwen Sun
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Wells Fargo Small Business Lending
MAC N9777-01B
PO Box 5511
Sioux Falls, SD 57117-5511

Wenli Tian
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

West Bay Capital, LLC.
c/o FCI Lending Services
PO Box 27370
Anaheim, CA 92809-0112

Wileen Leu
Equity Legal Group, P.C.
201 S. Lake Ave.
Suite 506
Pasadena, CA 91101-3085

Wimberly Allison Tong & Goo, NA, Inc
William J. Roberts
300 Spectrum Center Drive, Suite 500
Irvine CA 92618-4989

Wolters Kluwer
PO Box 4349
Carol Stream, IL 60197-4349

XPO LOGISTICS FREIGHT INC.
%Bankruptcy Dept
9151 Boulevard 26
North Richland Hills, TX 76180-5605

XPO LOGISTICS FREIGHT INC.
9151 Boulevard 26
North Richland Hills, TX 76180-5605

Xingyu Wu
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Xuchen Fang
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Yan Zhuang
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Yana Solomakhina
c/o Steven L. Mazza
Carpenter, Zuckerman & Rowley LLP
8827 West Olympic Blvd.
Beverly Hills, CA 90211-3613

Yixuan Chen
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Yutong Niu
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Zarin & Steinmetx
81 Main Street Suite 415
White Plains, NY 10601-1719

Ziyuan Li
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Zurich American Insurance
c/o Christopher McEvoy, VP
600 Red Brook Blvd, 6th FL
Owings Mills, MD 21117-5192

Carl Carlson
c/o Gokal Law Group, Inc.
Foothill Ranch, CA 92610

Carolyn A Dye (TR)
Law Offices of Carolyn Dye
15030 Ventura Blvd., Suite 527
Sherman Oaks, CA 91403-5470

Clifford Rosen
695 Town Center Drive
Costa Mesa, CA 92626-1924

Dirk O. Julander
Julander Brown and Bollard
9110 Irvine Center Drive
Irvine, CA 92618-4659

Helene Saller
Julander Brown and Bollard
9110 Irvine Center Drive
Irvine, CA 92618-4659

Jordana McConnell
Julander Brown and Bollard
9110 Irvine Center Drive
Irvine, CA 92618-4659

Leonard Pena
PENA & SOMA APC
402 South Marengo Ave Ste B
Pasadena, CA 91101-3113

M. Adam Tate
Julander Brown and Bollard
9110 Irvine Center Drive
Irvine, CA 92618-4659


Miguel A Munoz
Law Offices of Miguel A. Munoz
714 W. Olympic Blvd #450
Los Angeles, CA 90015-1486

Robert Bass
832 Ike Mooney Rd. NE
Silverton, OR 97381-8707

Ronald Christensen
695 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7187


Tina Fenelly
c/o Leibowitz Law Group
4050 Katella Ave. Suite 201
Los Alamitos, CA 90720-3475


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Creditors Adjustment Bureau, Inc.
c/o Law Offices of Kenneth J. Freed
4340 Fulton Ave., Third Floor
Sherman Oaks, CA 91423

Alternative Collections LLC
65 Lawrence Bell Dr. Suite 101
Buffalo, NY 14221

Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962-2180


LOS ANGELES COUNTY TREASURER AND TAX COLLECT
ATTN: BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

MarBorg Industries
PO Box 4127
Santa Barbara, CA 93140

Mercedes Benz Financial
PO Box 5209
Carol Stream, IL 60197


Sarachek Law Firm
670 White Plains Rd. Fl PH
Scarsdale, NY 10583

(d)Sarachek Law Firm
670 White Plains Road, Fl. PH
Scarsdale, NY 10583


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Capital Lending Resources, Inc. Profit Sha

(u)Courtesy NEF

(u)Enterprise Bank & Trust, its successors an


(u)LEA Accountancy LLP

(u)Mirae Asset Securities & Investments (USA)

(u)WBC Special Assets, LLC

(u)Clifford A. Rosen c/o Norma V. Garcia 695

(u)Creditors Adjustment Bureau
c/o Law Offices of Kenneth J. Freed
14226 Ventura Blvd.
Sherman Oak

(d)Epic Entertainment Group, LLC
207 East Broadway #302
Long Beach, CA 90802-8825

(d)FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

(d)InterCommunicationsInc
1375 Dove Street, Suite 200
Newport Beach, CA 92660-2406

(u)John M. and Mary A. Dannelley

(u)John M. and Mary A. Dannelley, trustees of

(u)Li Mei Chen c/o Norma V. Garcia 695 Town C

(u)Murphy O'Brien, Inc., a California corp

(d)Polina Yatsyna
4240 Fulton Ave Unit 108
Studio City, CA 91604-1803

(d)ROBERT HALF MANAGEMENT RESOURCES
ROBERT HALF / RECOVERY DEPT
PO BOX 5024
San Ramon, CA 94583-5024

(u)Ronald A. Christensen, MD c/o Norma V. Gar

(d)Selbert Perkins Design, Inc.
432 Culver Blvd.
Playa Del Rey, CA 90293-7706

(d)Urban Commons LLC
10250 Constellation Blvd
Suite 1750
Los Angeles, CA 90067-6257

(u)Agnes Shene Hwa Chin

(u)Bruce Beretta

(u)John Michael Dannelley

(u)Mary A. Dannelley

(u)Michael Chiang
, CA

(u)Neufeld Marks

(u)Robert B. Cowan

End of Label Matrix
Mailable recipients   186
Bypassed recipients    27
Total              213